JAMES A. BRYANT II (*CA BAR* 255652)
THE COCHRAN FIRM - CALIFORNIA
4929 Wilshire Blvd. Suite 1010
Los Angeles, California 90010
Telephone:   323-435-8205
Facsimile:    310-802-3829
Email:          james.bryant@thecalawgroup.com

*Attorneys for 8ᵗʰ Wonder Entertainment, LLC, Trisha Lum, and Nickie Lum-Davis*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT CALIFORNIA

| | |
|---|---|
| 8ᵀᴴ WONDER ENTERTAINMENT, LLC; TRISHA LUM; and NICKIE LUM-DAVIS, <br><br> Plaintiffs, <br><br> vs. <br><br> VIACOM INTERNATIONAL, INC. a/k/a VH1 NETWORKS a/k/a MTV NETWORKS; MTV NETWORKS ENTERPRISES, INC.; NEW POP CULTURE PRODUCTIONS, INC.; MONAMI ENTERTAINMENT, LLC; MONA SCOTT-YOUNG; NFGTV, INC.; JIM ACKERMAN; KENNY HULL; JEFF OLDE; TOBY BARRAUD; STEFAN SPRINGMAN; CHRISTIAN MCLAUGHLIN, INTERLOC FILMS and DOES 1 – 50. <br><br> Defendants. | Case No.: 2:14-cv-1748 <br><br> (1) COPYRIGHT INFRINGEMENT (17 U.S.C. § 101 et seq.) <br><br> (2) BREACH OF IMPLIED CONTRACT <br><br> (3) BREACH OF CONFIDENCE |

1

**COMPLAINT**

Plaintiffs, 8th Wonder Entertainment, LLC ("8th Wonder"), Trisha Lum ("Lum") and Nickie Lum Davis ("Davis"), by their attorneys, The Cochran Firm - California, for their Complaint against Defendants Viacom International, Inc. a/k/a VH1 Networks a/k/a MTV Networks ("Viacom" or "VH1"), MTV Networks Enterprises, Inc. ("MTVN"), New Pop Culture Productions, Inc. ("NPCP"), Monami Entertainment, LLC ("Monami"), NFGTV, Inc. ("NFGTV"), Mona Scott-Young ("Scott"), Jim Ackerman ("Ackerman"), Jeff Olde ("Olde"), Toby Barraud ("Barraud"), Stefan Springman ("Springman"), Christian McLaughlin ("McLaughlin"), Kenny Hull ("Hull") and Intrerloc Films ("Interloc") and Does 1-50, collectively "Defendants".

## SUMMARY OF ACTION

1.      The television and film industries have the unsettling and notorious reputations of being a haven for the theft of scripts and novel ideas created by unsuspecting and trusting writers and producers, by more powerful and connected industry players. As the story often goes a writer or producer will submit a script or treatment to a network or studio with the hopes of possibly getting a television show or movie made. Shortly thereafter, and much to the writer's disappointment, they receive a letter of no interest from the network or studio whom they submitted their work to. Finally, a year goes by and that same network or studio, that writer had submitted their work to, releases a blockbuster movie or hit television show that is virtually identical to the writer's work.

2.      Prior to Plaintiffs pitching their treatment titled "Hip Hop Wives" to several major television networks, Plaintiffs developed a ready for production package that included attached talent, detailed storyline arcs, character arcs and ancillary characters.

3.      On February 27, 2009, Plaintiffs, along with attached talent Chrissy Lampkin, Tashera Simmons and Mashonda Tifere, attended a pitch meeting with

**COMPLAINT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

VH1 executives for consideration for the production and distribution of "Hip Hop Wives." The Plaintiffs' pitched to VH1 a reality show based in New York City that followed four women who were in relationships with hip hop celebrities, and highlighted the ups and downs that these women all go through in their daily lives.

4.    On March 17, 2009, with VH1 being very impressed with the proposed show and the attached talent, VH1 submitted to the Plaintiffs television deal offer to produce and distribute the show on the VH1 network.

5.    As both VH1 and Plaintiffs were vigorously negotiating the terms of the proposed television deal, Mona Scott-Young, manager for attached talent Chrissy Lampkin, began receiving information from Plaintiffs including the treatment, show detail documents and other novel ideas, under the condition that all information she received was to be kept confidential.

6.    However, little did Plaintiffs know that as negotiations for final agreements between VH1 and talent were being completed, VH1 Senior Vice President Jim Ackerman and Scott began to secretly plot to steal Plaintiffs' work.

7.    In October 2009, just shortly two months after executing a performer agreement with 8th Wonder, Chrissy Lampkin, without any legitimate explanation unexpectedly announced that she would no longer be participating in the show.

8.    Then in December 2009, Senior Vice President Jeff Olde shockingly informed 8th Wonder that VH1 would be terminating the television deal because VH1 did not want to have an urban based show that had a similar audience to "Basketball Wives," and that VH1 would not be producing a "Hip Hop Wives" type show in the future.

9.    Jeff Olde's representations were pure deception, and a veiled attempt to steal Plaintiffs' copyrighted work, as not only were VH1 and Scott secretly engaging in the negotiation of a television production deal using Plaintiffs' copyrighted work, VH1 ultimately premiered a virtually identical show under the

**COMPLAINT**

name "Love & Hip Hop," crediting Ackerman and Scott as creators, and further crediting Olde, Ackerman, Scott, Barraud, Springman, Hull, and McLaughlin as executive producers. Credit none of these ethically bankrupt Defendants deserve.

## PARTIES

10.    Plaintiff Trisha Lum is a resident of California currently residing in Los Angeles, California. She is the author, creator and copyright holder of the Work "Hip Hop Wives."

11.    Plaintiff Nickie Lum-Davis is a resident of California currently residing in Los Angeles, California. She is the author, creator and copyright holder of the Work "Hip Hop Wives."

12.    Plaintiff 8th Wonder Entertainment, LLC is a production company whose principal place of business is in Los Angeles, Caledonia. It is the copyright holder of the Work "Hip Hop Wives."

13.    Defendant Viacom International, Inc. a/k/a VH1 Networks, a/k/a MTV Networks, is a production and distribution company whose principal place of business is in Santa Monica, California.

14.    Defendant MTV Networks Enterprises, Inc. is a production and distribution company that, on information and belief, is wholly owned by Viacom. MTVN's whose principal place of business is in Santa Monica, California.

15.    Defendant New Pop Culture Productions, Inc. is a production company that, on information and belief, is wholly owned by Viacom. NPCP's principal place of business is in New York, New York.

16.    Defendant Monami Entertainment, LLC, is a production company whose principal place of business is in New York, New York.

17.    Defendant Mona Scott-Young is a resident of New York, is the owner of Monami and the alleged executive producer and creator of the show "Love & Hip Hop."

**COMPLAINT**

18.     Defendant NFGTV, Inc. is a production company whose principal place of business is in New York, New York.

19.     Defendant Toby Barraud is a resident of New York, is the owner of NFGTV and the alleged executive producer to the show "Love & Hip Hop."

20.     Defendant Stefan Springman is a resident of New York, is the owner of NFGTV and the alleged executive producer of the show "Love & Hip Hop."

21.     Defendant Jim Ackerman is a resident of New York, the former Senior Vice President of Development and Production for VH1 East Coast, and the alleged executive producer and creator of the show "Love & Hip Hop."

22.     Defendant Jeff Olde is a resident of New York, the former Executive Vice President of Original Programming and Production for VH1, and the alleged executive producer of the show "Love & Hip Hop."

23.     Christian McLaughlin is a resident of New York, an executive producer for development and production at VH1, and alleged executive producer for the show "Love & Hip Hop."

24.     Kenny Hull is a resident of New York currently residing in California, managing member of Interloc Films, and alleged executive producer for the show "Love & Hip Hop."

25.     Interloc Films is a production company whose principal place of business is Los Angeles, California.

26.     Plaintiffs are informed and believe and thereon allege that, at all times mentioned in this complaint, each of the Defendants was the agent, servant, employee, representative, subsidiary, affiliate, partner, member, associate or co-conspirator of one or more of the other Defendants, and all other things alleged have been done by Defendants were done in the course or scope of the relationship and with the knowledge and consent of their principal employers, owners, superiors, affiliates, masters, parent corporations, partners, members, associates, or

**COMPLAINT**

representatives, except as otherwise specifically alleged within this Complaint

## JURISDICTION AND VENUE

27.    This Complaint arises under the federal Copyright Act, 17 U.S.C. §§ 101 et seq., and the statutory and common law of the State of California.

28.    This Court has personal jurisdiction over Defendant Viacom under Federal Rule of Civil Procedure 4(k)(1)(a) and California's long arm statute, C.C.P. §410, because Defendant's principal place of business is located in Santa Monica, California.

29.    This Court has personal jurisdiction over Defendant MTVN under Federal Rule of Civil Procedure 4(k)(1)(a) and California's long arm statute, C.C.P. §410, because Defendant's principal place of business is located in Santa Monica, California.

30.    This Court has personal jurisdiction over Defendant NPCP under Federal Rule of Civil Procedure 4(k)(1)(a) and California's long arm statute, C.C.P. §410, because Defendant has continuous and systematic contacts with California and does substantial business in California, and because Defendant purposefully availed itself of the laws and courts of California by participating in the conduct set forth in this Complaint.

31.    This Court has personal jurisdiction over Defendant Monami under Federal Rule of Civil Procedure 4(k)(1)(a) and California's long arm statute, C.C.P. §410, because Defendant has continuous and systematic contacts with California and does substantial business in California, and because Defendant purposefully availed itself of the laws and courts of California by participating in the conduct set forth in this Complaint.

32.    This Court has personal jurisdiction over Defendant Scott under Federal Rule of Civil Procedure 4(k)(1)(a) and California's long arm statute, C.C.P. §410, because Defendant has continuous and systematic contacts with

**COMPLAINT**

California and does substantial business in California, and because Defendant purposefully availed itself of the laws and courts of California by participating in the conduct set forth in this Complaint.

33.     This Court has personal jurisdiction over Defendant NFGTV under Federal Rule of Civil Procedure 4(k)(1)(a) and California's long arm statute, C.C.P. §410, because Defendant has continuous and systematic contacts with California and does substantial business in California, and because Defendant purposefully availed itself of the laws and courts of California by participating in the conduct set forth in this Complaint.

34.     This Court has personal jurisdiction over Defendant Ackerman under Federal Rule of Civil Procedure 4(k)(1)(a) and California's long arm statute, C.C.P. §410, because Defendant has continuous and systematic contacts with California and does substantial business in California, and because Defendant purposefully availed itself of the laws and courts of California by participating in the conduct set forth in this Complaint.

35.     This Court has personal jurisdiction over Defendant Olde under Federal Rule of Civil Procedure 4(k)(1)(a) and California's long arm statute, C.C.P. §410, because Defendant has continuous and systematic contacts with California and does substantial business in California, and because Defendant purposefully availed itself of the laws and courts of California by participating in the conduct set forth in this Complaint.

36.     This Court has personal jurisdiction over Defendant Barraud under Federal Rule of Civil Procedure 4(k)(1)(a) and California's long arm statute, C.C.P. §410, because Defendant has continuous and systematic contacts with California and does substantial business in California, and because Defendant purposefully availed itself of the laws and courts of California by participating in the conduct set forth in this Complaint.

**COMPLAINT**

37.     This Court has personal jurisdiction over Defendant Springman under Federal Rule of Civil Procedure 4(k)(1)(a) and California's long arm statute, C.C.P. §410, because Defendant has continuous and systematic contacts with California and does substantial business in California, and because Defendant purposefully availed itself of the laws and courts of California by participating in the conduct set forth in this Complaint.

38.     This Court has personal jurisdiction over Defendant McLaughlin under Federal Rule of Civil Procedure 4(k)(1)(a) and California's long arm statute, C.C.P. §410, because Defendant has continuous and systematic contacts with California and does substantial business in California, and because Defendant purposefully availed itself of the laws and courts of California by participating in the conduct set forth in this Complaint.

39.     This Court has personal jurisdiction over Defendant Hull under Federal Rule of Civil Procedure 4(k)(1)(a) and California's long arm statute, C.C.P. §410, because Defendant has continuous and systematic contacts with California and does substantial business in California, and because Defendant purposefully availed itself of the laws and courts of California by participating in the conduct set forth in this Complaint.

40.     This Court has personal jurisdiction over Defendant Interloc under Federal Rule of Civil Procedure 4(k)(1)(a) and California's long arm statute, C.C.P. §410, because Defendant's principal place of business is located in Los Angeles, California.

41.     This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 (federal question) and 1367 (supplemental jurisdiction). The amount of controversy exceeds $75,000.

42.     Venue is proper in the district under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the claims asserted herein occurred in

**COMPLAINT**

this District. Venue is also proper under 28 U.S.C. § 1391(b)(1) because Defendants are subject to personal jurisdiction in this District and therefore "reside" in this District as that term is defined in 28 U.S.C. § 1391(c).

<div align="center">

## FACTUAL ALLEGATIONS

</div>

### A. <u>Lum and Davis Draft the Treatment for "Hip Hop Wives."</u>

43.    In or around January 2009, Lum and Tashera Simmons ("Simmons") conceived of a novel idea for a television series titled "Hip Hop Wives" (the "Project"). While television networks had begun to air a myriad of reality television shows, at the time that Lum and Simmons devised of this reality show concept, no network had any programming that would highlight the daily lives of women married to hip hop celebrities.

44.    After Lum and Simmons discussed the idea, the two reached out to Davis, to develop a treatment for the "Hip Hop Wives" concept. The concept of the series was as follows:

- "Hip Hop Wives" is a reality/docu-soap program that delves into the lives of four women in relationships to some of the biggest names in hip hop.

- Cameras will follow these four women in order to give the viewer a better understanding of who they are, and the ups and downs that come with being the "wife" of a hip hop icon.

- The viewers will see each of these women in their daily lives, individually and as real life friends, which will highlight the personal struggles that each of these women endure as wives, mothers and friends.

- "Hip Hop Wives" will also unveil, for the first time, the truth behind the legal troubles, rumors and scandals that surround some of hip hops most talented men, through the lives of these four

<div align="center">

9

**COMPLAINT**

</div>

women.

- "Hip Hop Wives" will encourage the viewers to watch as the drama unfolds in a no-holds barred, in-depth, insider look at the women who were chosen to be married by hip hop icons.

45.     Lum, Davis and Simmons immediately identified the following women as talent to be attached to the reality show:

- Tashera Simmons, wife of rapper DMX.
- Debbie Lorenzo ("Lorenzo"), wife of Irv Gotti.
- Mashonda Tifere ("Tifere"), wife of producer Swizz Beats.
- Chrissy Lampkin ("Lampkin"), fiancé to rapper Jim Jones.

46.     Shortly after "brainstorming" the creative concepts of "Hip Hop Wives," Lum and Davis immediately began to draft a treatment.

47.     On or about February 20, 2009, after spending countless days and evenings placing their ideas into writing, Lum and Davis finalized the treatment formally titled "Hip Hop Wives," (the "Work"). Attached hereto and incorporated herein is a true and correct copy of the Work as Exhibit A. Lum and Davis agreed to a 50/50 separate and exclusive ownership interest in the rights, title and interest pertaining to and arising from the Work.

48.     During the development of the Work, Davis, a former executive at 8th Wonder, who resigned as an officer of the company in October 2009, reached out to 8th Wonder's President Michael McQuarn ("McQuarn") about the possibility of 8th Wonder pitching the Project to television networks, and ultimately producing the show.

49.     Upon review of the Work, 8th Wonder agreed to assist with "pitching" the proposed reality show and providing production company services. In doing so, Lum and Davis granted to 8th Wonder a ten percent interest in the rights of "Hip Hop Wives."

10

**COMPLAINT**

50.     Davis registered the Work with the Writers Guild of America East, Inc. on March 9, 2009. The Registration Number is 1337691. Plaintiffs also registered the Work with the United States Copyright Office on March 4, 2014. The Registration Number is PAu003710399. Further, , Plaintiffs never assigned, licensed or otherwise transferred their copyright interest to Defendants or any third parties, nor have they dedicated such rights, title and/or interest to the public.

51.     On or around February 20, 2009, Simmons, Lampkin, Tifere and Lorenzo each signed a talent attachment letter of intent with Lum, memorializing each woman's commitment to be attached with the Work (the "Talent Attachment Letters"). Attached hereto and incorporated herein are true and correct copies of the Talent Attachment Letters as Exhibit B.

52.     Shortly thereafter, Lum, Davis and 8th Wonder began developing storyline arcs, character arcs and ancillary character arcs, to be presented along with the Work and with the Talent Attachment Letters.

53.     During the periods between February 20, 2009 and February 25, 2009, 8th Wonder's agency William Morris and Endeavor, through its agents Lance Klein and Amanda Kogan, set up pitch meetings for "Hip Hop Wives" to be conducted with the Los Angeles branches of the networks Soapnet, Lifetime, Oxygen, Bravo, E!, Style and VH1.

**B.** **Plaintiffs Pitch The Treatment to VH1, MTVN, Ackerman and NPCP in Confidence and with Intent to Be Compensated.**

54.     On February 27, 2009, McQuarn, Courtney Le ("Le") of 8th Wonder, Davis, Lum, and attached talent Simmons, Tifere and Lampkin met with VH1 executives Jeff Olde, Senior VP of Production and Programming, Alex Demyaneko of Series of Development and Sean Boyle VH1 West Coast Development Executive, at VH1's Santa Monica, California office, to pitch to them the reality show concept "Hip Hop Wives" (the "VH1 Pitch Meeting"). At

the start of the VH1 Pitch Meeting 8th Wonder presented to VH1 the Work, Talent Attachment Letters, storyline arcs breakdowns, character arcs, ancillary character arcs, and other confidential documents and information.

55.    At the time that Plaintiffs submitted the confidential documents and information to VH1 executives during the VH1 Pitch Meeting, Plaintiffs believed that VH1, MTVN Ackerman and NPCP would honor their contractual and confidential duties and refrain from stealing their Work and ideas. Unfortunately it would later be discovered that Plaintiffs miscalculated the Defendants' intentions.

**C. VH1 Submits To 8th Wonder a Television Deal for "Hip Hop Wives."**

56.    On or about March 17, 2009, after what Plaintiffs believe to be a successful pitch of the Work and their ideas to VH1, through its counsel Ryan Henriquez, VH1, by way of NPCP, submitted an offer to 8th Wonder for the paper development, potential casting, potential presentation, potential pilot and potential series of the Project (the "VH1 Agreement"). A true and correct copy of the VH1 Agreement is attached hereto and incorporated herein as Exhibit C.

57.    Between the periods of March 17, 2009 and April 24, 2009 attorneys for 8th Wonder and VH1 successfully negotiated the terms of the VH1 Agreement.

58.    On or about July 13, 2009, VH1 submitted to 8th Wonder Artist Performer Agreements for Lampkin, Tifere, Simmons and Lorenzo, for their participation in the Project, which further cemented Plaintiffs' belief that VH1 was acting in good faith to pursuant to the terms negotiated in the VH1 Agreement.

59.    Upon receiving the VH1 Performer Agreements, 8th Wonder immediately disseminated them to the talents' representatives for review.

60.    One such representative who received the Performer Agreement, a copy of the Work and other confidential information was Lampkin's manager, Scott.

61.    On or around late July 2009, and upon delivery of the confidential

**COMPLAINT**

documents mentioned above, McQuarn contacted Scott and informed her that the documents that she had received were to be kept in strict confidence. Scott immediately acknowledged 8th Wonder's request and agreed to comply with it.

62.    On or about July 15, 2009, Simmons executed the Artist Performer Agreement.

63.    On or about August 4, 2009, Lampkin executed the Artist Performer Agreement. Attached hereto and incorporated herein is a true and correct copy of the Artist Performer Agreement as Exhibit D.

64.    On or about October 29, 2009, as the television deal between 8th Wonder and VH1 was coming to a close, despite having no legal grounds to do so, 8th Wonder received a bewildering letter from Lampkin's counsel informing 8th Wonder that Lampkin would no longer be involved in the Project, and wished to terminate the Performer Agreement that she had executed just two months prior on the grounds that the Project did not have an immediate start date ("Lampkin Termination"). Attached hereto and incorporated herein is a true and correct of the Lampkin Termination as Exhibit E.

65.    Lampkin's blindsiding departure from the Project left 8th Wonder completely baffled by her actions, as Lampkin and her team were made well aware that negotiations with VH1 were essentially complete, and that the Project would begin shortly after Lorenzo and Tifere finalized their Performer Agreements. It would not be until some years later that 8th Wonder would discover that it had been duped by Scott and Monami.

66.    Despite Lampkin's departure, 8th Wonder continued on with negotiations with Tifere and Lorenzo, finally completing those negotiations roughly around November 25, 2009. Further, 8th Wonder proceeded with reviewing alternate talent that had previously been identified, such as Emily Bustamante, as replacements for Lampkin.

**COMPLAINT**

**D. VH1 Deceptively Terminates the Television Deal with 8th Wonder.**

67.    Under the impression that the television deal was all but set for production, in or around mid-December 2009, McQuarn received a shocking call from Olde, Viacom's SVP of Production and Programming, informing McQuarn that, despite nearly a year of negotiations between the parties, VH1 had decided that it would not be producing "Hip Hop Wives" because VH1 wanted to focus its efforts on its current running reality show "Basketball Wives," and had no future plans to pursue a reality show based upon the Project. Olde reasoned with McQuarn that VH1 did not want to air two shows that shared some urban markets, and that may compete against the other. It would later be discovered that Olde's representation to McQuarn was an absolute farce, and that VH1's true intention was to steal Plaintiffs' Work.

68.    Devastated after the call with Olde, McQuarn had to break the bad news to rest of the parties involved in the Project, but was unable to inform Davis due to the fact that she had departed the country for the Congo a month prior.

69.    On or around January 13, 2010, Viacom, through its subsidiary NPCP, submitted to 8th Wonder a termination agreement, in order to memorialize its bad faith decision that VH1 would no longer be engaging in a television deal with 8th Wonder for the Project (the "Termination Agreement").

70.    As part of the terms of the Termination Agreement, 8th Wonder was to receive a fee in the amount of $5,000 for the delivery of a casting tape and any other work commissioned by VH1. However,  VH1 was well aware no casting tape had even been created nor had any other work been commissioned, as all work on the development of the Project had essentially been completed prior to the VH1 Pitch Meeting. Further, 8th Wonder was to receive $1,000 per episode for the use of either Lorenzo, Tifere or Simmons in any VH1 programming that would aired within 12 months from the date of execution of the Agreement. However, VH1

**COMPLAINT**

"conveniently" failed to include Lampkin in this Agreement, as the reasons for doing so would become blatantly obvious as more facts would come to light.

71.    On information and belief, VH1's true intentions were to deceive 8th Wonder into executing a termination agreement containing a "right to steal clause" in order to proceed with concurrent negotiations with Scott and Monami for a television deal using Plaintiffs' Work, without the fear of legal ramifications for intentionally infringing on the Work.

72.    On or around February 8, 2010, 8th Wonder executed the Termination Agreement solely based upon the reasonable reliance of Olde's misrepresentation that VH1 would not be pursuing the Project because of conflicts that existed with "Basketball Wives" and would have no future plans to do so.

73.    Despite 8th Wonder fraudulently induced into executing the Termination Agreement, neither Lum nor Davis were parties to the Termination Agreement, neither were bound by the terms of the termination agreement, or any agreement similar in nature, and were never made aware of the Termination Agreement between 8th Wonder and VH1.

### E.  **VH1, Ackerman, Scott and Monami Conspire to Steal Plaintiffs' Work**

74.    In or around the summer of 2012, McQuarn ran into a former VH1 executive familiar with the Plaintiffs' Work and subsequent negotiations with VH1. During a conversation with this former VH1 executive, the executive disclosed to McQuarn that VH1 and Scott had duped the Plaintiffs. The former VH1 executive informed McQuarn that during the fall of 2009, Scott and a VH1 executive at VH1 East Coast had been secretly negotiating a deal to take the Plaintiffs' Work and create a show without Plaintiffs. Further, the former VH1 executive explained that Lampkin terminating the Performer Agreement was no coincidence, as VH1 and Scott felt she would be essential to the show they were proposing to make.

**COMPLAINT**

75.     On information and belief, Ackerman, Senior Vice President of Development and Production for VH1 East Coast and Scott took Plaintiffs' Work, storyline arcs, character arcs and ancillary character arcs, as well as, Plaintiffs' novel ideas, and began developing Plaintiffs' Work for VH1's benefit, while VH1 was still in negotiations with 8th Wonder.

76.     On information and belief, sometime in 2011, at a private screening of Season 2 of "Love & Hip Hop," held at Scott's New York residence, Ackerman made the false admission that he was the mastermind that came up with the idea to create "Love & Hip Hop."

77.     Ackerman's false admission couldn't be further from the truth, as Ackerman was well aware that he in fact had not come up with the idea of "Love & Hip Hop," but instead had stolen Plaintiffs' Work with the intent to avoid compensating Plaintiffs.

**F.  Defendants Make Show Without Plaintiffs.**

78.     After, VH1 duped 8th Wonder into believing that they had no intention of making "Hip Hop Wives." Plaintiffs shelved the Project and moved on.

79.     On March 14, 2011, VH1 aired the premiere of the show "Love & Hip Hop," which is a reality/docu-drama based upon the daily lives of four women who are in relationships with hip hop icons. On information and belief, "Love & Hip Hop" was based directly on Plaintiffs' Work, storyline arcs and character arcs and ancillary characters.

80.     The following Defendants were all involved in the development, production and distribution of the stolen Work:

- Viacom and MTVN are credit as producers and distributors of the show.
- Scott and Ackerman are credit as creators of the show.
- Scott, Ackerman, Olde, Hull, Barraud, Springman and McLaughlin

**COMPLAINT**

are credit as executive producers of the show.

- NPCP, Monami, NFGTV and Interloc are credited as producers of the show.

Each and every Defendant identified above violated the Plaintiffs' copyright in the Work, Plaintiffs never granted or assigned to Defendants any rights or license for the use of the Plaintiffs' copyright.

81.    The basis of "Love & Hip Hop" was nearly identical to Plaintiffs' Work, including:

a. **Theme and Mood:** No show to date had focused on the daily lives of four women who were in some form of serious relationship with hip hops largest icons, and the trial and tribulations that come with being in a relationship with hip hop celebrities. Further, "Love & Hip Hop" also focused on the relationship specifically between the four women, and the drama that ensues amongst them, their significant others, their family and outside friends. The mood of the show is set as a continuous high octane dramatic soap opera of friendship, betrayal and love that was meant to pull on one's heartstrings, while raising one's eyebrows. The theme and mood for the two shows are virtually identical.

b. **Plot and Sequence of Events:** The plot and sequence of events are nearly identical between "Love & Hip Hop" and the Work. Both take venture into the daily lives of four women in relationships with hip hop icons, who band together because of their first hand and unique experiences that they share due to their significant others. The women attempt to support each other through the struggles of relationships, personal careers, and becoming independently known, not just known as the person who dates the celebrity. Both have a sequence of events

**COMPLAINT**

that deal with one character that is dating a celebrity and very much wants to be married to him, as they eventually become engaged. Another character is coming out of a very tough and public marital dispute, where she tries to pick her life back up after dealing with the embarrassing actions with her husband and another music celebrity. Another character put her relationship first ahead of her aspiring career as a talented make-up artist.

c. **Setting:** The setting for both "Love & Hip Hop" and the Treatment is the hip hop scene in New York City, the homes of the cast, the homes of the cast's friends, the New York club scene, and various New York business settings.

d. **Characters:** Of the four main characters in "Love & Hip Hop," two characters, Christine Lampkin and Mashonda Tiefer, were specifically attached as main characters to the Work and another character, Emily Bustamante, was identified as an alternate main character that was presented in the Plaintiffs' storylines and character arcs that were presented during the VH1 Pitch Meeting.

In short, "Love & Hip Hop" and "Hip Hop Wives" are virtually identical.

82.     McQuarn and Le were the first to discover that VH1's "Love & Hip Hop" was identical to "Hip Hop Wives" when they viewed a recording of the show several days after its March 14, 2011 premiere, after having received a number of calls congratulating them on the production of their Work. Upon reviewing the credits McQuarn and Le were shocked to see that Scott had received an executive producer credit, and her company Monami had received a production company credit. Having fully watched the premiere episode McQuarn and Le were able to make a sound determination that VH1's "Love & Hip Hop" had the identical theme, plot, mood, setting and nearly identical characters as the Work.

18

**COMPLAINT**

83.     Shortly after the March 14, 2011 premiere of "Love & Hip Hop," after receiving several phone calls from several associates, Lum discovered that "Love & Hip Hop" was essentially the same show as the Work that she had been pitching, including talent Lampkin and Tifere. Upon receiving these calls Lum viewed the show's premiere episode, and was devastated at her discovery.

84.     Davis had departed the United States in November 2009 and began working on a documentary in the Congo, which then followed the production of a three season reality talent show for rapper Akon. Davis did not discover that her rights had been infringed upon by Defendants until late September 2011; however, she did not personally see the show until her return to the United States in November 2012, which she then discovered Scott was involved in the production of "Love & Hip Hop."

85.     During a February 21, 2013 radio interview with radio personalities Combat Jack and Dallas Penn, Scott unequivocally makes the false admission that she created "Love & Hip Hop," despite the fact that she was well aware that the show was created by Plaintiffs, highlighting her theft of the Work.

86.     Both Davis and Lum, whom have known Scott for many years prior to the development of the Work, and considered her a friend, felt completely betrayed by Scott. Scott has publicly touted on numerous occasions that she is an honest business woman who enjoys supporting other women for success in their careers, but as it turns out Scott is nothing more than an opportunist who would steal the work of those who confided trust in her for her own personal and financial gain.

### G. "Love & Hip Hop" Explodes Into One of VH1's Most Popular Shows

87.     The first public performance and distribution of the infringing show "Love & Hip Hop" occurred on Monday, March 14, 2011 with "Love & Hip Hop's" series premiere on the VH1 cable channel (the "Premiere").

88.     "Love & Hip Hop" had become an instant success.

**COMPLAINT**

89.     From March 2011 to the present Defendants have made four seasons of "Love & Hip Hop." Further, Defendants have also made the derivative spin-off "Love & Hip Hop Atlanta," which has completed two seasons, and are currently producing "Love & Hip Hop Los Angeles" in Los Angeles, California. All the shows mentioned above were all reproductions from Plaintiffs' Work and ideas, and constitute intentional and willful infringement on Plaintiffs' Work.

90.     The following are all shows and episodes (the "Infringing Works") that have been made by Defendants and each episode serves as separate acts of infringement on Plaintiffs' Work:

- "Love & Hip Hop" Season 1 aired nine episodes and ran from March 14, 2011 through May 18, 2011, airing each Monday during that period.
- "Love & Hip Hop" Season 2 aired eleven episodes and ran from November 16, 2011 through February 8, 2012, airing each Monday during that period.
- "Love & Hip Hop" Season 3 aired fourteen episodes and ran from January 9, 2013 through April 17, 2013, airing each Monday during that period.
- "Love & Hip Hop" Season 4 aired twelve episodes and ran from October 29, 2013 through February 11, 2014, airing each Monday during that period.
- "Love & Hip Hop Atlanta" Season 1 aired twelve episodes and ran from June 15, 2012 through September 5, 2012, airing each Monday during that period.
- "Love & Hip Hop Atlanta" Season 2 aired seventeen episodes and ran from April 24, 2013 through August 14, 2013, airing each Monday during that period.

**COMPLAINT**

- "Love & Hip Hop Los Angeles" is currently in production in Los Angeles, California.

91.    Further, as of March 9, 2014, Defendants continue to infringe on Plaintiffs' copyright through the distribution of the Infringing Works through online streaming on VH1.com, and various other distribution outlets, including but not limited to Amazon.com and iTunes, as well as the reproduction of the Work for "Love & Hip Hop Los Angeles." A true and correct copy of VH1's online distribution of the Infringing Works are attached hereto and incorporated herein as Exhibit F.

92.    Plaintiffs have received no compensation for creating the Work, the idea and/or expression of the idea on which "Love & Hip Hop" was based. Plaintiffs have suffered damages as a direct and proximate result of Defendants' conduct.

## H. Defendants Have All Availed Themselves of The Privilege of Conducting Activities in California

93.    NPCP has availed its self to the privilege of conducting business in California specifically when it engaged 8th Wonder in negotiations for the development, production and distribution of the Work. NPCP was fully knowledgeable that 8th Wonder, Lum and Davis were California residents having engaged in all meeting and communications with Plaintiffs in the State of California. Further, NPCP has a registered agent located in Sacramento, California for the purpose of doing business in California.

94.    On information and belief, Defendants Scott, Monami, NGFTV, Springman and Barraud have availed themselves to the privilege of conducting in business California as the Defendants, including VH1, NPCP and MTVN, are currently developing and producing another season of "Love & Hip Hop" in Los Angeles, as recently reported by several news outlets, and confirmed by Scott. A

21

**COMPLAINT**

true and correct copy of articles detailing "Love & Hip Hop Los Angeles" are attached hereto and incorporated herein as Exhibit G.

95.    Hull has availed its self to the privilege of conducting business in California, as he is currently residing in California and producing the CW show "Famous in 12."

96.    Scott, and through Scott, Monami, were fully knowledgeable that Plaintiffs were residents of the State of California, as Scott had relationships with all Plaintiffs, through professional and social settings, prior to Plaintiffs' initial June 2009 discussions with Scott regarding the Work.

97.    Olde and Ackerman, were fully knowledgeable that Plaintiffs were residents of the State of California, having served as executives for VH1, they were both intimately involved in the negotiations of the Work with Plaintiffs, whether directly or indirectly.

98.    On information and belief, Barraud, Springman and NFGTV were knowledgeable that Plaintiffs were residents of the State of California, having direct access to the Work and other documents that were provided to them by both VH1 and Monami.

99.    All Defendants have expressly aimed their conduct in California, and directly competed and continues to compete against Plaintiffs by distributing the Infringing Works in California to California residents via television and the internet. It is common knowledge that California's Los Angeles and the San Francisco Bay Area media markets are both ranked in the top 6 media markets in the country. Defendants, and each of them, are most certainly competing for California residents and California's prized media markets, as a show can only survive so long as its ratings justify a network to continue broadcasting that show.

## FIRST CAUSE OF ACTION

### Count 1

22

**(Trisha Lum Against All Defendants For Copyright Infringement)**

100.    Lum repeats and incorporates by reference the allegations set forth in the Complaint, as set forth herein.

101.    Lum is, and at all relevant times has been, the copyright owner of the exclusive rights under United States copyright laws with respect to certain works, including the Work.

102.    The Work has been issued a Certificate of Registration by the Writer's Guild of America. On March 4, 2014, the United States Copyright Office registered Plaintiffs' work entitled "Hip Hop Wives" and issued it registration number PAu003710399.

103.    Lum reserved all rights in her Work under the United States copyright laws. As such, Lum owns the exclusive rights to prepare derivative works based upon the copyrighted work, distribute copies of the copyrighted work, and display the copyrighted work publicly.

104.    Defendants, collectively and/or individually, are engaging, and have engaged, in the unauthorized use and violation of Lum's exclusive right in the Work, including unauthorized first publication, reproduction, sale, exploitation and distribution of the television program entitled "Love & Hip Hop," and the unauthorized distribution, publication, reproduction and preparation of other products derived from Plaintiffs' copyright protected Work.

105.    In part, the Defendants' unauthorized use of Lum's Work includes the production of the television program entitled "Love and Hip Hop," which includes Seasons 1 through 4, "Love and Hip Hop Atlanta," which includes Seasons 1 through 2, and the distribution, and dissemination of portions of Lum's Work through advertising, media sales, and ancillary merchandising and marketing, as well as dissemination of Lum's Work through the internet.

**COMPLAINT**

106.    Lum is informed and believes and thereon alleges that Defendants collectively, and/or individually, without permission, or Lum's consent, have used, and continue to use the Work to reproduce, distribute and advertise the production of "Love and Hip" and other derivative productions. In doing so, Defendants have violated Lum's exclusive copyrights including reproduction, first publication, and distribution. Defendants' actions, together, and/or individually, constitute infringement of Lum's copyrights and exclusive rights under copyright.

107.    Lum is informed and believes and thereon allege that Defendants collectively, and/or each of them individually, have unlawfully reproduced the Work and/or created derivative works based on the Work without Lum's permission.

108.    Defendants' conduct also constitutes contributory and vicarious copyright infringement Lum's copyrights.

109.    Defendants have engaged in, and continue to engage in the business of knowingly and systematically inducing, causing, and/or materially contributing to the violation of Lum's exclusive copyrights. The acts of infringement by Defendants have been willful, intentional, and purposeful, in reckless disregard of, and indifference to the rights of Lum.

110.    Defendants have had, and continue to have, the right and ability to supervise and/or control the infringing conduct of the Defendants, but have failed and refused to exercise such supervision and/or control. As a direct and proximate result of such failure and refusal, Defendants and their advertisers, agents, assigns and contracting parties, including Defendants, have infringed on Lum's copyright in the Work, and Defendants, and each of them, have derived a direct financial benefit from the infringements.

111.    As a direct and proximate result of the infringement by Defendants of Lum's exclusive rights, Lum is entitled to actual damages and Defendants' profits

**COMPLAINT**

pursuant to 17 U.S.C. § 504(c).

## Count 2

### (Nickie Lum-Davis Against All Defendants For Copyright Infringement)

112.    Davis repeats and incorporates by reference the allegations set forth in the Complaint, as set forth herein.

113.    Davis is, and at all relevant times has been, the copyright owner of the exclusive rights under United States copyright laws with respect to certain works, including the Work.

114.    The Work has been issued a Certificate of Registration by the Writer's Guild of America. On March 4, 2014, the United States Copyright Office registered Plaintiffs' work entitled "Hip Hop Wives" and issued it registration number PAu003710399.

115.    Davis reserved all rights in her Work under the United States copyright laws. As such, Davis owns the exclusive rights to prepare derivative works based upon the copyrighted work, distribute copies of the copyrighted work, and display the copyrighted work publicly.

116.    Defendants, collectively and/or individually, are engaging, and have engaged, in the unauthorized use and violation of Davis' exclusive right in the Work, including unauthorized first publication, production, sale, exploitation and distribution of the television program entitled "Love & Hip Hop," and the unauthorized distribution, publication, reproduction and preparation of other products derived from Plaintiffs' copyright protected Work.

117.    In part, the Defendants' unauthorized use of Davis' Work includes the production of the television program entitled "Love and Hip Hop," which includes Seasons 1 through 4, "Love and Hip Hop Atlanta," which includes Seasons 1 through 2, and the distribution, and dissemination of portions of Davis' Work through advertising, media sales, and ancillary merchandising and marketing, as

**COMPLAINT**

well as dissemination of Davis' Work through the internet.

118.    Davis is informed and believes and thereon alleges that Defendants collectively, and/or individually, without permission, or Davis' consent, have used, and continue to use the Work to reproduce, distribute and advertise the production of "Love and Hip" and other derivative productions. In doing so, Defendants have violated Davis' exclusive copyrights including reproduction, first publication, and distribution. Defendants' actions, together, and/or individually, constitute infringement of Davis' copyrights and exclusive rights under copyright.

119.    Davis is informed and believes and thereon allege that Defendants collectively, and/or each of them individually, have unlawfully reproduced the Work and/or created derivative works based on the Work without Davis' permission.

120.    Defendants' conduct also constitutes contributory and vicarious copyright infringement of Davis' copyrights.

121.    Defendants have engaged in, and continue to engage in the business of knowingly and systematically inducing, causing, and/or materially contributing to the violation of Davis' exclusive copyrights. The acts of infringement by Defendants have been willful, intentional, and purposeful, in reckless disregard of, and indifference to the rights of Davis.

122.    Defendants have had, and continue to have, the right and ability to supervise and/or control the infringing conduct of the Defendants, but have failed and refused to exercise such supervision and/or control. As a direct and proximate result of such failure and refusal, Defendants and their advertisers, agents, assigns and contracting parties, including Defendants, have infringed on Davis' copyright in the Work, and Defendants, and each of them, have derived a direct financial benefit from the infringements.

123.    As a direct and proximate result of the infringement by Defendants of

Davis' exclusive rights, Davis' is entitled to actual damages and Defendants' profits pursuant to 17 U.S.C. § 504(c).

## Count 3

### (8th Wonder Against All Defendants For Copyright Infringement)

124.    8th Wonder repeats and incorporates by reference the allegations set forth in the Complaint, as set forth herein.

125.    8th Wonder is, and at all relevant times has been, the copyright owner of the exclusive rights under United States copyright laws with respect to certain works, including the Work.

126.    The Work has been issued a Certificate of Registration by the Writer's Guild of America. On March 4, 2014, the United States Copyright Office registered Plaintiffs' work entitled "Hip Hop Wives" and issued it registration number PAu003710399.

127.    8th Wonder reserved all rights in its Work under the United States copyright laws. As such, 8th Wonder, owns the exclusive rights to prepare derivative works based upon the copyrighted work, distribute copies of the copyrighted work, and display the copyrighted work publicly.

128.    Defendants, collectively and/or individually, are engaging, and have engaged, in the unauthorized use and violation of 8th Wonder's exclusive right in the Work, including unauthorized first publication, production, sale, exploitation and distribution of the television program entitled "Love & Hip Hop," and the unauthorized distribution, publication, reproduction and preparation of other products derived from Plaintiffs' copyright protected Work.

129.    In part, the Defendants' unauthorized use of 8th Wonder's Work includes the production of the television program entitled "Love and Hip Hop," which includes Seasons 1 through 4, "Love and Hip Hop Atlanta," which includes Seasons 1 through 2, and the distribution, and dissemination of portions of 8th

Wonder's Work through advertising, media sales, and ancillary merchandising and marketing, as well as dissemination of 8th Wonder's Work through the internet.

130. 8th Wonder is informed and believes and thereon alleges that Defendants collectively, and/or individually, without permission, or 8th Wonder's consent, have used, and continue to use the Work to reproduce, distribute and advertise the production of "Love and Hip" and other derivative productions. In doing so, Defendants have violated 8th Wonder's exclusive copyrights including reproduction, first publication, and distribution. Defendants' actions, together, and/or individually, constitute infringement of 8th Wonder's copyrights and exclusive rights under copyright.

131. 8th Wonder is informed and believes and thereon allege that Defendants collectively, and/or each of them individually, have unlawfully reproduced the Work and/or created derivative works based on the Work without 8th Wonder's permission.

132. Defendants' conduct also constitutes contributory and vicarious copyright infringement of 8th Wonder's copyrights.

133. Defendants have engaged in, and continue to engage in the business of knowingly and systematically inducing, causing, and/or materially contributing to the violation of 8th Wonder's exclusive copyrights. The acts of infringement by Defendants have been willful, intentional, and purposeful, in reckless disregard of, and indifference to the rights of 8th Wonder.

134. Defendants have had, and continue to have, the right and ability to supervise and/or control the infringing conduct of the Defendants, but have failed and refused to exercise such supervision and/or control. As a direct and proximate result of such failure and refusal, Defendants and their advertisers, agents, assigns and contracting parties, including Defendants, have infringed on 8th Wonder's copyright in the Work, and Defendants, and each of them, have derived a direct

**COMPLAINT**

financial benefit from the infringements.

135.    As a direct and proximate result of the infringement by Defendants of 8th Wonder's exclusive rights, 8th Wonder's is entitled to actual damages and Defendants' profits pursuant to 17 U.S.C. §  504(c).

## SECOND CAUSE OF ACTION

### Count 1

### (Trisha Lum and Nickie Lum-Davis Against Viacom, MTVN & NPCP for Breach of Implied Contract)

136.    Lum and Davis repeat and incorporate by reference the allegations set forth in the Complaint, as set forth herein.

137.    The Work and related pitch for "Hip Hop Wives" is an original and novel work, idea and expression thereof.

138.    Lum and Davis submitted their idea and Work to Viacom, MTVN, Ackerman and NPCP at the VH1 Pitch Meeting with the object of persuading Viacom, MTVN & NPCP to purchase their ideas and Work f or commercial development.

139.    Lum, Davis, Viacom, MTVN, and NPCP, at all relevant times, knew that writers-creators pitch creative ideas to prospective purchasers with the object of selling those ideas for compensation.

140.    Lum, Davis, Viacom, MTVN, and NPCP, at all relevant times, knew that it was standard industry practice for ideas to be pitched with the expectation of compensation in the event of use.

141.    Lum, Davis, Viacom, MTVN, and NPCP expressly understood that Lum and Davis submitted their idea with the understanding that, if the Project was made, Lum and Davis would be compensated as creator, writer, producer and executive producer of the Project.

142.    Viacom, MTVN, and NPCP accepted the Work and ideas by setting

**COMPLAINT**

up the VH1 Pitch Meeting, hearing Plaintiffs' entire pitch without interruption and keeping copies of Plaintiffs' Work, storyline arcs breakdowns, character arcs, ancillary character arcs and talent attachment agreements after the meeting.

143.    Viacom, MTVN, and NPCP's acceptance of the Work and ideas formed an implied-in-fact contract.

144.    Viacom, MTVN, and NPCP breached that contract by assisting others in producing and distributing "Love & Hip Hop," a television show that was based on Lum and Davis' Work and ideas, and its derivatives, without compensating Lum and Davis when profits were made.

145.    Lum and Davis were damaged as a direct and proximate result of Viacom, MTVN, and NPCP's breach. Lum and Davis have been damaged in an amount to be proven at trial, and they believe that have been damaged in amount that exceeding several million dollars, including but not limited to the value of Lum's and Davis' ideas, and the loss of share of the profits derived from their ideas. Lum and Davis have also been deprived of credits to the show that they are entitled to.

## Count 2

### (8th Wonder Against Viacom, MTVN & NPCP for Breach of Implied Contract)

146.    8th Wonder repeats and incorporates by reference the allegations set forth in the Complaint, as set forth herein.

147.    The Work and related pitch for "Hip Hop Wives" is an original and novel work, idea and expression thereof.

148.    8th Wonder submitted its idea and Work to Viacom, MTVN, and NPCP at the VH1 Pitch Meeting with the object of persuading Viacom, MTVN & NPCP to purchase their ideas and Work for commercial development.

149.    8th Wonder, Viacom, MTVN, and NPCP, at all relevant times, knew

**COMPLAINT**

that production companies pitch creative ideas to prospective purchasers with the object of selling and producing those ideas for compensation.

150.    8th Wonder, Viacom, MTVN, and NPCP, at all relevant times, knew that it was standard industry practice for ideas to be pitched with the expectation of compensation in the event of use.

151.    8th Wonder, Viacom, MTVN, and NPCP expressly understood that 8th Wonder submitted the Work with the understanding that, if the Project was made, 8th Wonder would be compensated as producer and executive producer of the Project.

152.    Viacom, MTVN, and NPCP accepted the Work and ideas by setting up the VH1 Pitch Meeting, hearing Plaintiffs' entire pitch without interruption and keeping copies of Plaintiffs' Work, storyline arcs breakdowns, character arcs, ancillary character arcs and talent attachment agreements after the meeting.

153.    Viacom, MTVN, and NPCP's acceptance of the Work and ideas formed an implied-in-fact contract.

154.    Viacom, MTVN, and NPCP breached that contract by assisting others in producing and distributing "Love & Hip Hop," a television show that was based on 8th Wonder's Work and ideas, and its derivatives, without compensating 8th Wonder when profits were made.

155.    8th Wonder was damaged as a direct and proximate result of Viacom's, MTVN's, and NPCP's breach. 8th Wonder was damaged as a direct and proximate result of Viacom, MTVN, and NPCP's breach. 8th Wonder has been damaged in an amount to be proven at trial, and they believe that have been damaged in amount that exceeding several million dollars, including but not limited to the value of 8th Wonder's ideas, and the loss of share of the profits derived from its ideas. 8th Wonder has also been deprived of credits to the show that they are entitled to.

**COMPLAINT**

### THIRD CAUSE OF ACTION

### Count 1

### (Trisha Lum and Nickie Lum-Davis Against Viacom, MTVN, Olde, Ackerman & NPCP for Breach of Confidence)

156.    Lum and Davis repeat and incorporate by reference the allegations set forth in the Complaint, as set forth herein.

157.    Lum and Davis filed the treatment for "Hip Hop Wives" with the Writers Guild of America on March 9, 2009. Lum and Davis also registered the Work with the United States Copyright Office on March 4, 2014.

158.    Lum and Davis pitched their Work and ideas to Viacom, MTVN, Ackerman and NPCP in confidence at the VH1 Pitch Meeting.

159.    It is standard industry practice in the entertainment industry for televisions networks to accept pitches and treatments for scripted and unscripted television shows in confidence.

160.    Viacom, MTVN, Olde, Ackerman and NPCP knew, or should have known, about this standard industry practice.

161.    Viacom, MTVN, Olde, Ackerman and NPCP knew, or should have known, that Lum and Davis expected their Work, novel pitch and ideas to be kept in strict confidence.

162.    Viacom, MTVN, Olde, Ackerman and NPCP voluntarily accepted and received Lum and Davis' ideas, Work, storyline arcs breakdowns, character arcs and ancillary character arcs in confidence with the understanding, based on actual knowledge and knowledge of standard industry practice, that it was not to be disclosed to others.

163.    Viacom, MTVN, Olde, Ackerman and NPCP disclosed Lum and Davis' Work and ideas to others who eventually "created" and "produced" "Love & Hip Hop," which was based on the Work.

164.    Lum and Davis did not give permission to Viacom, MTVN, Olde, Ackerman or NPCP to disclose their ideas or the Work to any third party.

165.    Lum and Davis were damaged as a direct and proximate result of Viacom's, MTVN's, Olde's, Ackerman's and NPCP's conduct, because the show was made at the exclusion of Lum and Davis, and Lum and Davis were never compensated.

166.    This knowing and purposeful disregard for Lum's and Davis' rights is oppressive and malicious. Lum and Davis are informed and believe that officers, directors or managing agents of Viacom, MTVN and NPCP had advanced knowledge of these oppressive and malicious acts and consciously disregarded them or authorized, ratified or perpetuated the oppressive and malicious acts themselves. As a result of such, Lum and Davis are entitled to punitive damages pursuant to California Civil Code § 3294 in an amount to be proven at trial.

## Count 2

### (8th Wonder Against Viacom, MTVN & NPCP for Breach of Confidence)

167.    8th Wonder repeats and incorporates by reference the allegations set forth in the Complaint, as set forth herein.

168.    8th Wonder registered the Work with the United States Copyright Office on March 4, 2014.

169.    8th Wonder pitched the Work and its ideas to Viacom, MTVN, Olde, Ackerman and NPCP in confidence at the VH1 Pitch Meeting.

170.    It is standard industry practice in the entertainment industry for televisions networks to accept pitches and treatments for scripted and unscripted television shows in confidence.

171.    Viacom, MTVN, Olde, Ackerman and NPCP knew, or should have known, about this standard industry practice.

172.    Viacom, MTVN, Olde, Ackerman and NPCP knew, or should have

33

**COMPLAINT**

known, that 8th Wonder expected its Work, novel pitch and ideas to be kept in strict confidence.

173.    Viacom, MTVN, Olde, Ackerman and NPCP voluntarily accepted and received 8th Wonder's ideas, Work, storyline arcs breakdowns, character arcs and ancillary character arcs in confidence with the understanding, based on actual knowledge and knowledge of standard industry practice, that it was not to be disclosed to others.

174.    Viacom, MTVN, Olde, Ackerman and NPCP disclosed 8th Wonder's Work and ideas to others who eventually "created" and "produced" "Love & Hip Hop," which was based on the Work.

175.    8th Wonder did not give permission to Viacom, MTVN, Olde, Ackerman or NPCP to disclose its ideas or the Work to any third party.

176.    8th Wonder was damaged as a direct and proximate result of Viacom's, MTVN's, Olde's Ackerman's and NPCP's conduct, because the show was made at the exclusion of 8th Wonder, and 8th Wonder was never compensated.

177.    This knowing and purposeful disregard for 8th Wonder's rights is oppressive and malicious. 8th Wonder is informed and believes that officers, directors or managing agents of Viacom, MTVN and NPCP had advanced knowledge of these oppressive and malicious acts and consciously disregarded them or authorized, ratified or perpetuated the oppressive and malicious acts themselves. As a result of such, 8th Wonder is entitled to punitive damages pursuant to California Civil Code § 3294 in an amount to be proven at trial.

### Count 3

### (8th Wonder Against Scott For Breach of Confidence)

178.    8th Wonder repeats and incorporates by reference the allegations set forth in the Complaint, as set forth herein.

**COMPLAINT**

179.    8th Wonder registered the Work with the United States Copyright Office on March 4, 2014.

180.    In or around mid-July 2009, 8th Wonder produced to Scott the Work, storyline arcs breakdowns and character arcs, due to the fact that Scott was the manager to Lampkin, a performer who was attached to the Work.

181.    In or around late July 2009, McQuarn of 8th Wonder contacted Scott to inform her that she would be allowed to review materials under the condition that the Work and all related materials MUST remain in confidence and cannot be disclosed to any other parties.

182.    Scott knew that 8th Wonder expected its Work, novel pitch and ideas to be kept in strict confidence.

183.    Scott voluntarily accepted and received 8th Wonder's ideas, Work, storyline arcs breakdowns, character arcs and ancillary character arcs in confidence with the understanding, based on actual knowledge that it was not to be disclosed to others.

184.    Scott disclosed 8th Wonder's Work and ideas to others who eventually created, produced and distributed "Love & Hip Hop," which was based on the Work.

185.    8th Wonder did not give permission to Scott to disclose its ideas or the Work to any third party.

186.    8th Wonder was damaged as a direct and proximate result of Scott's conduct, because the show was made at the exclusion of 8th Wonder, and 8th Wonder was never compensated.

187.    This knowing and purposeful disregard for 8th Wonder's rights is oppressive and malicious. 8th Wonder is informed and believes that Scott had advanced knowledge of these oppressive and malicious acts and perpetuated the oppressive and malicious acts herself. As a result of such, 8th Wonder is entitled to

**COMPLAINT**

punitive damages pursuant to California Civil Code § 3294 in an amount to be proven at trial.

## Count 4

### (Lum Against Scott For Breach of Confidence)

188.    Lum repeats and incorporates by reference the allegations set forth in the Complaint, as set forth herein.

189.    8th Wonder registered the Work with the United States Copyright Office on March 4, 2014.

190.    Between late June and early July 2009, Lum engaged in numerous conversations with Scott regarding Lampkin's role in the Project and the Work and Plaintiffs' ideas, as they related to "Hip Hop Wives," because Scott

191.    It was understood between Lum and Scott all materials and other information Scott had become privy to shall remain under the condition that the Work and all related materials were strictly made in confidence and cannot be disclosed to any other parties.

192.    Scott knew that Lum expected its Work, novel pitch and ideas to be kept in strict confidence.

193.    Scott voluntarily accepted and received Plaintiffs' ideas, Work, storyline arcs breakdowns, character arcs and ancillary character arcs in confidence with the understanding, based on actual knowledge that it was not to be disclosed to others.

194.    Scott disclosed Lum's Work and ideas to others who eventually created, produced and distributed "Love & Hip Hop," which was based on the Work.

195.    Lum did not give permission to Scott to disclose its ideas or the Work to any third party.

196.    Lum was damaged as a direct and proximate result of Scott's conduct,

**COMPLAINT**

because the show was made at the exclusion of Lum, and Lum was never compensated.

197.    This knowing and purposeful disregard for Lum's rights is oppressive and malicious. Lum is informed and believes that Scott had advanced knowledge of these oppressive and malicious acts and perpetuated the oppressive and malicious acts herself. As a result of such, Lum is entitled to punitive damages pursuant to California Civil Code § 3294 in an amount to be proven at trial.

## **PRAYER FOR RELIEF**

A.  That the Court enter judgment in favor of Plaintiffs and against Defendants on all counts of Plaintiffs' first cause of action for copyright infringement, adjudge that Defendants have intentionally and willfully infringed on Plaintiffs' federally protected copyrights, in violation of 17 U.S.C. § 504(b), award actual damages.

B.  For a permanent injunction enjoining Defendants and its respective agents, employees, officers, directors, attorneys, successors, licensees, partners, affiliated companies, subsidiaries, and assigns, and all persons acting in concert with each or any of them, from:

        i.    imitating, copying, or making any other infringing use or infringing distribution or broadcast of the Work and/or materials now or hereafter created which infringe upon the copyright in the Project;

        ii.    imitating, copying, or making any other infringing use or infringing distribution or broadcast of the Work and/or materials now or hereafter created which infringe upon Plaintiffs' other copyrights;

        iii.    manufacturing, assembling, producing, distributing, broadcasting, offering for distribution, or broadcast, circulating,

**COMPLAINT**

selling, offering for sale, advertising, importing, promoting, or displaying any television program, website or related merchandise or serving bearing any simulation, reproduction, counterfeit, copy or colorable imitation of the Work;

iv.  using any simulation, reproduction, counterfeit, copy or colorable imitation of the Work in connection with the manufacture, assembly, production, distribution, broadcast, offering for distribution or broadcast, circulation, sale, offering for sale, import, advertisement, promotion, or display of any television program, website or related merchandise or service not authorized or licensed by Plaintiffs;

v.  using any designation of origin or description which can or is likely to lead anyone to believe that any television program, website or related merchandise or service has been produced, manufactured, assembled, distributed, broadcast, offered for distribution or broadcast, circulation, sold, offered for sale, imported, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by Plaintiffs, when such facts are not true;

vi.  using simulations, reproductions, counterfeits, copies or colorable imitations of the Work in the distribution, broadcast, offering for distribution or broadcast, circulation, sale, offering for sale, import, advertisement, promotion, or display of any television program, website or related merchandise or service not authorized or licensed by Plaintiffs; and

vii.  engaging in any other activity constituting an infringement of any of Plaintiffs' copyrights, or of Plaintiffs' rights in, or right

38

to use or exploit, these copyrights.

C.   That Defendants are jointly and severally liable;

D.   That Defendants must pay all contract expectation damages to Plaintiffs' as a result of VH1's, MTVN's and NPCP's breach.

E.   That Defendants must pay all compensatory damages to Plaintiffs.

F.   That Defendants must pay all consequential damages to Plaintiffs.

G.   That Defendants must pay all punitive damages to Plaintiffs.

H.   That Defendants must disgorge their profits to Plaintiffs.

I.   For prejudgment interest according to law.

J.   For other such and further relief as the Court deem proper and just.

## **JURY DEMAND**

Plaintiffs demand a trial by jury.

**COMPLAINT**

1

2   DATED: March 10, 2014              Respectfully submitted,

3

4                                     THE COCHRAN FIRM - CALIFORNIA

5

6                                     By: _____

7                                     James A. Bryant (CA Bar No. 255652)

8                                     james.bryant@thecalawgroup.com

9                                     4929 Wilshire Blvd. Suite 1010
                                      Los Angeles, CA 90010

10                                    Telephone: (323) 435-8205

11                                    Fax: (310) 802-3829

12                                    *Attorneys for Plaintiffs*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COMPLAINT**

**EXHIBIT A**





## 8th Wonder
### ENTERTAINMENT

### *Hip Hop Wives*
Created by Trisha Attles, Tashera Simmons and Nickie Shapira

**"Heavy must be the hand that wears the ring of a hip hop star."**

Follow the cameras as they delve deep into the lives of four women married to some of the biggest names in hip hop.  Who are these women?  This show will reveal the ups and the downs that come with being the wife of a hip hop icon.

Meet Tashera, wife of the controversial multi-platinum megastar, DMX.  Having first met when she was only 10 years old, their relationship and marriage has lasted over 20 years and seen the birth of 4 children.  Witness as she struggles with her husband through his legal woes and public infidelities.  Her deep rooted spirituality and commitment to family has kept her by his side, but his latest bout in jail is testing her resolve like never before.

Meet Debbie, wife of Irv Gotti—the man who discovered such hit artists as Ja Rule, Jay Z and DMX.  The two have lived separately for the past 5 years, but through it all, Deb has managed to be a model mother and despite her husband's fame and womanizing, has managed to provide a "normal life" for their kids, and even found the time to return to school to pursue a higher degree.

Meet Mashonda, wife of super producer Swizz Beats (T.I., Jay Z, Eve, DMX).  It was thought to be a match made in heaven—the merger of a superstar producer with his new singing sensation, Mashonda--but after 4 years of marriage, the honeymoon is over.  Witness as she struggles with the divorce amidst the public humiliation of Swizz's new love interest, and as she rediscovers life as a single, independent woman, determined to make her mark as a singer, entrepreneur and philanthropist.

Meet Chrissy, soon-to-be wife of hip hop bad boy, Jim Jones.  As a celebrity stylist, model and a favorite for hip hop videos, Chrissy was publicly pursued by a number of A-list men in the music industry, but she chose Jim--the "love of her life."

See each of these women in their daily lives, individually and as real-life friends, as they share in the spoils and struggle with the challenges being a hip hop wife entails.  Get the real story of the ups and downs of fame and the personal struggles each of these women share as wives, mothers, and friends.  Learn the truth behind the legal troubles, rumors and scandals that have surrounded some of the most talented men in hip hop and for the first time, see how it has affected the women who stand beside them.

Watch as the drama unfolds in the no-holds barred, in-depth, insider look at the women these hip hop icons chose to "wife."  All eyes are on them as these four women reveal to the world how, *heavy must be the hand that wears the ring of a Hip Hop star."*

**EXHIBIT B**

February 20, 2009

Trisha Lum-Attles
Turtle Island, Inc.
369 N. Doheny Drive, Ste. 19
Beverly Hills, CA 90211

Dear Trisha:

This email will confirm my interest and willingness to participate
as a main character and Executive Producer in the reality series
currently entitled, "HIP HOP WIVES."

I also represent with this letter that aside from GOTTI'S WAY, I
will not participate in a reality television program that has the
same theme as HIP HOP WIVES.

I am aware that as a main character for HIP HOP WIVES, you
will be interviewing me and members of my family. As a main
character I am willing to participate in interviews and
appearances to promote the show Hip Hop Wives.

I look forward to seeing you next week.

Regards,

Tashera Simmons

To 310 203 9515

February 20, 2009

Trisha Lum-Attles
Turtle Island, Inc.
369 N. Doheny Drive, Ste. 19
Beverly Hills, CA 90211

Dear Trisha:

This email will confirm my interest and willingness to participate as a main character in the reality series currently entitled, "HIP HOP WIVES." I will not participate in a reality television program that has the same theme as HIP HOP WIVES.

I am aware that as a main character for HIP HOP WIVES, you will be interviewing me and members of my family. As a main character I am willing to participate in interviews and appearances to promote the show Hip Hop Wives. This contract shall be terminated 6 months from the date hereof.    M.T
I look forward to seeing you next week.

Regards,

Mashonda Tifere

Case 2:14-cv-01748-DDP-JCG   Document 1   Filed 03/10/14   Page 46 of 114   Page ID #:46

February 20, 2009

Trisha Lum-Attles

Turtle Island, Inc.

369 N. Doheny Drive, Ste. 19

Beverly Hills, CA 90211

Dear Trisha:

This email will confirm my interest and willingness to participate as a main character in the reality series currently entitled, "HIP HOP WIVES."

I also represent with this letter that aside from GOTTI'S WAY, I will not participate in a reality television program that has the same theme as HIP HOP WIVES.

I am aware that as a main character for HIP HOP WIVES, you will be interviewing me and members of my family. As a main character I am willing to participate in interviews and appearances to promote the show Hip Hop Wives.

I look forward to seeing you next week.

Regards,

Christine Lampkin

B

February 20, 2009

Trisha Lum-Attles
Turtle Island, Inc.
369 N. Doheny Drive, Ste. 19
Beverly Hills, CA 90211

Dear Trisha:

This email will confirm my interest and willingness to participate as a main character in the reality series currently entitled, "HIP HOP WIVES."

I also represent with this letter that aside from GOTTI'S WAY, I will not participate in a reality television program that has the same theme as HIP HOP WIVES.

I am aware that as a main character for HIP HOP WIVES, you will be interviewing me and members of my family. As a main character I am willing to participate in interviews and appearances to promote the show Hip Hop Wives.

I look forward to seeing you next week.

Regards,

Debbie Lorenzo

**EXHIBIT C**

From: Henriquez, Ryan [mailto:Ryan.Henriquez@mtvstaff.com]
Sent: Tuesday, March 17, 2009 12:19 PM
To: Amanda Kogan
Cc: Demyanenko, Alex; Boyle, Sean; Sperry, Carolyn
Subject: "Wives of Hip-Hop"/ Edmonds Entertainment Group / VH1 Offer

Dear Amanda:

Set forth below are the proposed deal terms for an agreement between New Pop Culture Productions Inc. ("we," "us" or "POP") and Edmonds Entertainment Group ("Producer") 8TH WONDER ENTERTAINMENT, which shall act as the production company and furnish the executive producer services of Tracey Edmonds and Sheila Ducksworth MICHAEL MCQUARN AND NICKIE SHAPIRA (collectively, "Artist") for paper development, a potential casting, potential presentation ("Presentation"), potential pilot ("Pilot") and potential series ("Series") of a project currently entitled "Wives of Hip Hop" (the "Project"). The concept for the Project is a reality/docu-soap program profiling the lives of wives or girlfriends of hip-hop stars ("Concept").

All of our obligations will be expressly conditioned upon: (a) our review and approval of binding agreements with Tashera Simmons, Turtle Island Productions (f/s/o Trisha Attles), and 8th Wonder Entertainment; (b) Producer's and Artist's full execution and delivery to us of an agreement, in form and substance reasonably satisfactory to us, including the inducement letter; (c) POP's approval of the chain-of-title for the Project; and (d) Producer's and Artist's compliance with all governmental requirements in connection with Artist's employment, including, but not limited to, completing, signing and delivering to POP all required tax and immigration forms provided by POP (if and as applicable).

1.    PAPER DEVELOPMENT: Upon satisfaction of the conditions precedent, we will order and Producer will deliver development materials in connection with the Project, including without limitation a written format/treatment, outlines, episode breakdowns, list of potential scenarios, proposed budgets for the Presentation, Pilot, and Series, and any other materials reasonably required by Company (the "Development Materials"). Provided that neither Producer nor Artist is breach, then PCP shall pay Producer a flat fee of $5,000, which fee shall be paid upon the later to occur of (a) satisfaction of the conditions precedent and (b) final delivery by Producer and acceptance by POP of the Development Materials. Such fee shall be all-inclusive (e.g., shall include, without limitation, any production fee to Producer, any executive producer fee to Artist or principals of Turtle Island/8th Wonder, and all other costs and expenses of developing, producing, fully completing and delivering the Development Materials to POP, without exception). The Development Materials shall be finally delivered no later than April 1, 2009. For the avoidance of doubt, POP shall have final approval of the production plan, Presentation budget, Pilot budget, and Series budget for the Project.

2.    CASTING: We shall have the exclusive, irrevocable option ("Casting Option"), for three (3) months after final delivery by Producer and acceptance by us of the final version of the Development Materials ("Casting Option Period") within which to engage Producer and Artist to produce and deliver a casting tape (of a duration to be determined by us) featuring, without limitation, interviews with proposed principal on-camera talent and other possible cast members and other elements as Company may reasonably require (collectively, the "Casting Materials"). Provided that neither Producer nor Artist is breach, then POP shall pay Producer a flat fee equal to an amount of $25,000 $50,000 (the "Casting Fee"), which Casting Fee shall be payable as follows: (i) fifty percent (50%) upon commencement of services with respect to the Casting Materials; and (ii) fifty percent (50%) upon final delivery by Producer and acceptance by POP of the Casting Materials. Such fee shall be all-inclusive (e.g., shall include, without limitation, any production fee to Producer, any executive producer fee to Artist or principals of Turtle Island/8th Wonder, any fees payable to on-camera talent, and all other costs and expenses of developing, producing, fully completing and delivering the Casting Materials to POP, without exception). The Casting Materials shall be delivered no later than _____, 2009. TBD]

COMBINE DEVELOPMENT WITH CASTING PROCESS

3.    PRESENTATION/PILOT OPTION: We shall have the exclusive, irrevocable option ("Presentation/Pilot Option")

for six (6) months after the final delivery by Producer and acceptance by us of the final version of the Casting Materials ("Presentation/Pilot Option Period") within which to engage Producer and Artist's services in connection with either a Presentation or a Pilot. If a Presentation is ordered first, we will have an additional six (6) months from final delivery and acceptance of Presentation to engage Producer/Artist to render services on a Pilot or Initial Cycle.

4.     PRESENTATION/PILOT BUDGET:  The Presentation Budget shall be capped at $100,000 all-in and the Pilot Budget shall be capped at $200,000 all-in. Each budget shall include all executive producer/production company fees and on-air talent fees, shall be subject to our prior approval on a line-item and overall basis and shall be auditable. Each budget shall not have any flat or percentage overhead charge. Producer may retain 50% of underages (excluding underages for talent, clips and other third party materials) up to a maximum of 2.5% of the applicable budget (i.e., Producer may retain a maximum of 1.25% of the applicable budget for underages) and is responsible for all unapproved overages. Note, for purposes of clarification, we shall have prior approval over any showrunner EP or director that is engaged on the Presentation, Pilot, and Series.

5.     PRESENTATION/PILOT PRODUCTION COMPANY/EP FEES:  A flat, all-in fee of $7,500 for the Presentation and $15,000 or the Pilot, as applicable. Each of these fees shall be inclusive of all EP fees (including without limitation any fees payable to principals of Turtle Island or 8th Wonder), production company fees and production company overhead.

6.     PRESENTATION/PILOT CASTING DELIVERY DATE:  Final delivery on or before July 1, 2009. PROPOSE DATE

7.     SERIES OPTION: We will have the option DEEMED SATISFIED, which will be cast-contingent, for six (6) 3 months after the delivery of and acceptance by us of the Presentation or Pilot CASTING TAPE whichever is last to occur, to engage Producer as production company and Artist as executive producer for an initial cycle of the Series. This option period may be extended for one period of three (3) months upon payment to Producer of $1,000. The Series episodes will be approximately a half-hour or one hour in length, as determined by us.

8.     INITIAL CYCLE SERIES BUDGET: The Series budget will be capped at $300,000 per half-hour episode or $400,000 per one-hour episode, all-in, including all executive producer/production company fees and talent fees. The Series budget shall be subject to our prior approval on a line-item and overall basis and shall be auditable. The budget hall not have any flat or percentage overhead charge. Producer may retain 50% of underages (excluding underages for talent, clips and other third party materials) up to a maximum of 2.5% 10% of the budget (i.e., Producer may retain a maximum of 1.25% 5% of the budget for underages) and is responsible for all unapproved overages. 5% cumulative bumps for budget caps for subsequent cycles.

BUDGET IS TOO LOW. NEEDS TO BE AT 350K PER HALF HOUR AND 450K PER HOUR.

9.     SERIES PRODUCTION COMPANY/EP FEES:  A flat, all-in fee of $17,500 per half-hour episode or $22,500 per one-hour episode. This fee shall be inclusive of all EP fees (including without limitation any fees payable to principals of Turtle Island or 8th Wonder), production company fees and production company overhead. 5% cumulative bumps for subsequent cycles.

PRODUCING FEE: 10% OF THE BUDGET WITH FLOOR OF $40,000, NO CEILING

10.    ADDITIONAL MATERIALS: At our request, Producer will prepare and deliver to us materials ("Additional Materials") in addition to the deliverables for the Series, to be used as content for ancillary uses of the Series. These Additional Materials may include, without limitation, extended programming content (e.g., mini-episodes, so-called "after shows," behind-the-scenes content), promotional spots, gaming content, graphics/wallpaper content, any television special (e.g., launch or finale episodes), compilation (e.g., so-called "cram sessions," recap episodes or other clip shows), reunion or "best-of" programs; alternative versions of Series episodes (e.g., so-called "remix" episodes); and web/virtual reality content. To the extent that the production of any Additional Materials causes Producer to incur any actual, verifiable, non-overhead costs in addition to the approved budget for the Series, we shall fund such costs in accordance with a budget and cash flow schedule to be approved by us in writing in advance.

11.    CONTINGENT COMPENSATION: 7.5% 20% of 100% of MAGR AGR. Vesting 50% after completion of services n the Presentation or Pilot and initial cycle respectively. Customary definitions to be provided NEGOTIATED IN GOOD FAITH.

SEPARATE POT FOR MERCH, HOME VIDEO AND FORMAT SALES

12.    SUBSEQUENT CYCLES: We will have five additional (for a total of six) exclusive options, each of which will be cast contingent, to engage Producer to produce (and Artist to executive produce) additional production cycles of the Series. For the second Cycle, the option must be exercised by the later of six (6) 3 months after initial exhibition of the final episode from the Initial Cycle or nine (9) 6 months after final delivery and acceptance of the final episode from the Initial Cycle.  For all subsequent production cycles, the option exercise date will be nine (9) 6 months after final delivery and acceptance of the final episode from the immediately preceding production cycle.  On all production cycles (including the initial cycle), additional episodes of the Series may be ordered during the course of production of the initial order of episodes on the same terms and conditions.

LOCK FOR LIFE WITH A DROP DOWN RATE AT OUR ELECTION OF 50% OF LAST EP FEE

13.    CREDIT: EP credit for Artist, which may be squeezed and shared. Production logo credit in end titles for Producer at Producer's sole cost outside of the budget and subject to POP's customary guidelines. VH1 to have one or more executive producer/exec-in-charge credits, the final logo credit and a "VH1" presents (or similar) credit.

EP (SINGLE CARD): MICHAEL MCQUARN

EP (SINGLE CARD): NICKIE SHAPIRA

EP (SINGLE CARD): TRACEY E. EDMONDS

EP (SHARED CARD): TASHERA SIMMONS & TRISHA ATTLES

COEP (SINGLE CARD): SHEILA DUCKSWORTH

COEP (SHARED CARD): DEBBIE LORENZO, Chrissy Lampkin, Mashonda Tifrere

developed by credit to Trisha Attles, Tashera Simmons & Nickie Shapira

8th wonder to be able to designate one more ep

production company ANIMATED logo credits: 8th wonder entertainment (first position, single card), turtle island productions (second position, single card), edmonds entertainment (third position, single card)

14.    EXCLUSIVITY: The services of Producer and Artist shall be on a first-priority, in-person basis during all phases of pre-production, production and post-production for the Presentation, Pilot and Series and no material interference at all other times. Artist's services are of the essence.

NON EXCLUSIVE, NO MATERIAL INTERFERENCE

15.    APPROVALS: POP to have full business and creative approvals on the Project.

8TH WONDER TO HAVE MEANINGFUL CONSULTATION.

16.    OWNERSHIP: As between POP and Producer/Artist, POP will own and control all rights to the Project, including the Concept. All work done by Producer and Artist will be on a work made for hire basis. Producer will be responsible for clearing all third party materials and securing written acknowledgements from all third parties that all materials supplied by such third parties is on a work for hire basis. To the extent any materials are not deemed to be works made for hire, such materials will be assigned to POP. Producer shall be responsible for delivering a turnkey Presentation/Pilot and airable Series (if applicable).

17.    PRODUCT PLACEMENT: At POP's sole discretion and control. Producer will cooperate with POP to integrate elements, if applicable.

RIGHT TO SUBMIT PROPOSED TRADE OUT/PRODUCT INTEGRATION/SPONSORSHIP AND IF APPROVED, RIGHT TO RETAIN BENEFIT.

18.    UNIONS AND GUILDS: The Project will not be produced under the jurisdiction of any guild or union without our prior written approval.

19.    PUBLICITY: All publicity shall be under POP's sole control, subject to customary exclusions for publicity by

Producer issued AFTER the initial press release by POP.

20.    MISCELLANEOUS: Our agreement will have customary provisions for agreements of this type, including representations and warranties, takeover, indemnification, disability, default and force majeure.

SERIES SALES BONUS - $40K FOR CYCLE 2, $80K FOR CYCLE 3, $120K FOR SUBSEQUENT CYCLES.

MINIMUM ORDER OF 6 EPISODES FOR FIRST CYCLE, 13 EPISODES FOR SUBSEQUENT CYCLES

8th WONDER LOCKED TO ALL SPIN-OFFS

PLEASE PROPOSE A RATINGS BONUS

TRAVEL – FIRST CLASS

PER DIEM - $100 PER DAY

ENDEAVOR PACKAGE

1.5% OF BUDGET FOR LEGAL FEES FOR THE LAW FIRM EISNER, FRANK & KAHAN

SINCE I AM CONCURRENTLY SENDING THIS CORRESPONDENCE TO OUR CLIENTS AND THEIR OTHER REPRESENTATIVES, I RESERVE THEIR RIGHT TO COMMENT.

The terms of this offer are strictly confidential.

Please note that I am simultaneously circulating this offer internally, so it is subject to further review and comment. I look forward to discussing with you.

Thanks,

Ryan S. Henriquez
VH-1
VP, Business & Legal Affairs
345 Hudson Street
New York, NY 10014
ph 212.654.8538 / f 212.654.4782

**EXHIBIT D**

<u>**PERFORMER AGREEMENT**</u>

Date:           As of August 4, 2009                  Artist:  Christine Lampkin ("Artist")

Production:    "Hip Hop Wives" (working title)         Social Security. #: ▬▬▬▬▬▬▬

Producer:      8ᵗʰ Wonder Entertainment, LLC ("Producer")    Artist Address:
               c/o Eisner, Frank & Kahan                     c/o Tracy Christian
               9601 Wilshire Blvd., Suite 700                Don Buchwald and Associates, Inc.
               Beverly Hills, CA 90210                       6500 Wilshire Boulevard, #2200
               Attn: Darin Frank, Esq.                       Los Angeles, CA 90048
                                                             Tracyc@buchwald.com

                                                             With a copy to:
                                                             Sedlmayr & Associates, P.C.
                                                             200 Park Avenue South, Suite 1408
                                                             New York, NY 10003
                                                             Attn: Christine Calip

This Performer Agreement ("Agreement") shall set forth the terms and conditions of the agreement between Producer and Christine Lampkin ("Artist") in connection with Artist's services in connection with a potential casting tape, presentation, pilot and/or series and related ancillary materials in connection therewith, ("Project") intended for initial exhibition on MTV Networks ("MTVN") programming services. Any and all rights granted to Producer shall inure to the benefit of Producer, and Producer's licensees, assigns, successors-in-interest and affiliates, all of whom shall have the right to release, exploit or market the Project and or any work based thereon under any trade name, brand, producing mark, trademark or other characteristic in as they may so elect. The rights granted to Producer hereunder are in addition to any rights Producer may have as a member of the public. Artist acknowledges and agrees that MTVN is a third-party beneficiary under this Agreement with the full right to enforce the terms hereof, including, without limitation, terms with respect to exclusivity, promotion and publicity.

All of Producer's obligations under this Agreement are expressly conditioned upon and subject to Artist delivering to Producer: (a) executed originals of this Agreement (including all exhibits hereto); and (b) Artist's compliance with all governmental requirements in connection with Artist's engagement, including but not limited to, completing, signing, delivering to Producer all required tax forms (if and as applicable) and (c) Producer's receipt of any and all information and documentation required or requested by Company in connection with statutory record-keeping and identification verification regulations and requirements.

It is agreed between Producer and Artist as follows:

1.   <u>**CASTING TAPE, PRESENTATION, OR PILOT:**</u>

A.   <u>CASTING TAPE, PRESENTATION, OR PILOT SERVICES</u>: Producer hereby engages Artist to render on-camera performing services as an on-camera performer on a casting tape (the "Casting Tape"), presentation tape (the "Presentation") or pilot (the "Pilot") for the Project.

B.   <u>PILOT COMPENSATION</u>:  Provided that Artist renders and completes all required services in connection with a one (1) half hour Pilot, and is not in breach or default hereof, Artist shall be paid a flat fee of Six thousand dollars ($6,000) ("Pilot Compensation") in full consideration of the services performed and materials furnished in connection with the Pilot and all rights granted under this Agreement.  The Pilot

Compensation shall be payable (a) Fifty Percent (50%) upon the later of satisfaction of the Conditions Precedent or commencement of Artist's services in connection with the Pilot (at Producer's request); and (b) fifty percent (50%) upon completion of Artist's on-camera performing services for the Pilot as required by Producer. The Pilot Compensation (i.e., amount) shall be provided to Artist on a most favored nations basis with the Pilot Compensation payable to all other on-camera talent on the Pilot.

2.    **SERIES:**

A.    **SERIES OPTION:**  In the event Producer orders a series (the "Series") based on the Casting Tape, Presentation, or Pilot (as applicable), Producer shall have the exclusive option ("Option") to engage Artist to render on-camera performing services on the first cycle of Series episodes ("First Series Cycle"). Such Option shall be exercisable by Producer, if at all, no later than six (6) months following final and accepted delivery of the Casting Tape, Presentation, or Pilot (as applicable) to Producer.

B.    **ADDITIONAL SERIES CYCLES:**  Producer shall have six (6) additional, successive, dependent, exclusive options (each, an "Additional Series Cycle Option") to engage Artist to render on-camera performer services on up to six (6) additional cycles of the Series (each, an "Additional Series Cycle"). Each such Additional Series Cycle Option shall be exercisable by Producer, if at all, no later than the earlier to occur of (i) nine (9) months following final and accepted delivery of the final episode in the immediately preceding Series Cycle or (ii) six (6) months from the initial exhibition of the final episode in the immediately preceding Series Cycle. If so engaged, Artist shall render services customarily rendered by first-class on-camera talent of high-quality television reality programs. Producer shall have the right to terminate this Agreement at any time with or without cause or justification. Subject to Producer's rights in the event of disability, default or force majeure, Artist shall be guaranteed, on a "pay-or-play" basis, compensation for a minimum of three (3) episodes if the Series is produced as a weekly, or three (3) weeks of episodes if produced as a strip, per Additional Series Cycle for which Producer exercises the corresponding Option hereunder.  The foregoing minimum guarantee shall include the Pilot in the First Series Cycle, if produced and exhibited as part of the Series.  In any event, Producer shall have the right to terminate this Agreement at any time with or without cause or justification.  If Producer terminates this Agreement without cause or justification, Producer's obligations hereunder shall be fully satisfied by payment of any accrued but unpaid compensation for services actually completed by Artist and, if applicable, any remaining guaranteed compensation payable hereunder that has not yet been paid. Nothing in this Agreement shall detract from Producer's ability in its sole discretion, to order more than the minimum number in connection with any particular Cycle except that Artist shall be required to render services on no more than twenty-six (26) episodes per Cycle, nor to increase an order from its original number.

C.    **SERIES COMPENSATION:**  Provided that the Option for the First Series Cycle is exercised, and provided further that Artist renders and completes all required services hereunder, and is not in breach or default hereof, Artist's fee shall be Six thousand dollars ($6,000) per regular ½ hour episode of the Series in which Artist appears recognizably if the Series is produced as a weekly, or per week of ½ hour stripped regular episodes if produced as a strip ("Series Fee") for the First Series Cycle for which Artist renders services, in full consideration of the services performed and materials furnished in connection therewith and all rights granted under this Agreement.  Artist's Series Fee shall increase by five percent (5%) (on a cumulative basis) for each Additional Series Cycle for which an Additional Series Cycle Option is exercised. The Series Fee (i.e., amount) shall be provided to Artist on a most favored nations basis with the Series Fee payable to all other on-camera talent on the Series.

3.    **CREDIT:**

A.    **SCREEN CREDIT:**  Provided that Artist is not in breach or default hereunder and provided any other individual receives credit on-screen, Artist shall be accorded an on-screen talent credit on the Pilot (if aired) and each Series episode (as applicable) in which Artist appears recognizably, in the same size font as the size of font of the credit accorded to the other main on-camera talent in the Pilot (if aired) and each Series episode (as

applicable) in which Artist appears recognizably. Such credit will be shared with the other performers and may be squeezed in the event other credits in the end titles are squeezed.

B.    GENERAL.    All other aspects of credit shall be at Producer's sole discretion. No casual or inadvertent, non-repetitive failure by Producer to provide such credit shall be deemed a breach hereof. In the event of a failure to provide such credit, Artist's rights, if any, shall be limited to the right to seek damages in an action-at-law and in no event shall Artist be entitled to seek or obtain injunctive or other forms of equitable relief. Upon Artist's notice to Producer of Producer's failure to provide such credit, Producer shall undertake reasonable efforts to correct such failure on a prospective basis (allowing for an adequate period of time after receipt of such notice to implement such correction but in no event shall Producer be under any obligation to recall or reprint any existing copies or materials).

4.    TRAVEL: If Artist is rendering services at Producer's or MTVN's specific request and direction at an overnight location more than fifty (50) miles away from Artist's permanent (or then-current place of residence, if different), Producer shall provide Artist with the following on an if available, if-used basis: one (1) round trip coach-class airline ticket, standard hotel accommodations (covering room and tax only), $50 per diem (half day rate for travel days) and ground transportation to and from airports and hotels. All travel arrangements, including but not limited to the acquisition of airline tickets, booking of accommodations, etc., shall be made through Producer's or MTVN's location or travel department unless prior written approval is obtained from both Producer and MTVN.

5.    EXCLUSIVITY:  Artist shall be exclusive to Producer in all reality or non-scripted television programming until initial broadcast of the last produced episode of the Project.  Artist's services shall be performed in-person, on an exclusive basis during production periods (including pre- and post-), but at other times Artist services shall be performed in-person on a non-exclusive, first-call, first-priority basis.  Outside of production periods, Artist may render non-interfering, outside services provided that such appearances shall not irreparably tarnish Artist's image as an on-camera performer for the Project; nor refer to the Project, MTVN, its parents, subsidiaries or affiliated companies; nor use or incorporate any of the names, marks or logos of MTVN or any of MTVN's parents, subsidiaries or affiliated companies; nor be on a television program that, to the best of the Artist's knowledge in the exercise of reasonable prudence, is scheduled to be exhibited at the same time as any regularly scheduled exhibition of the Project.  In addition, during any period that Producer has an unexpired Option pursuant to this Agreement (the "Term") and during the initial exhibition of any Cycle of the Series occurring after the Term, Artist shall not appear in any commercials or endorsements for any product or service competitive to (i) a "major sponsor" of the Program or the applicable programming service upon which the Series is initially exhibited (at such time, on request, Producer shall inform Artist of the then-current "major sponsors" for such programming service), (ii) any sponsor whose products or services are integrated into the Series; or (iii) any sponsor with whom Producer has arranged for commercial tie-ins for the Program.  During the term of this Agreement, Artist may render non-interfering services as an actor/performer in other media.  Artist shall notify Producer in advance of all third party services permitted under this Paragraph 5.

6.    PROMOTION:  Artist shall render publicity and promotional services in connection with the Series as reasonably requested by Producer (six [6] appearances per Cycle of the Series being considered by the parties to be per se reasonable), without any further compensation; provided, however, that said publicity services shall be subject to Artist's unavailability due to then-existing conflicting professional contractual commitments in the entertainment industry, except that, at Producer's request, Artist shall be required to appear at the following, once per year each: (i) the MTV "up-front" presentation to advertisers and; (ii) the TCA press tour.  In the event of any such appearance, Producer shall provide travel accommodations per Paragraph 4 above.

7.    APPEARANCE RELEASE/PRIVACY:  Artist agrees that Producer may film, tape, record and photograph Artist in connection with the Casting Tape, Presentation, the Pilot and/or the Series (such film, tape, recordings and photographs, the "Footage"), and may depict, portray and represent Artist, Artist's life and all episodes, exploits, events, incidents, situations and experiences contained in or associated or related to Artist's life that

HHW: C. Lampkin
164098.v4

occur during Artist's participation in the Casting Tape, Presentation, Pilot and/or Series, and may record Artist's voice and conversation in connection therewith, solely for use in and/or in connection with same. Artist acknowledges that the concept for the Project is highly-personal and, during scheduled production periods, will involve the placement of cameras and crew members in Artist's home that may become mildly invasive to Artist's personal life (but in no event shall Producer place any cameras or recording devices in any bathroom or otherwise film Artist in the nude without Artist's explicit, prior permission in each instance). Artist further acknowledges that it may become necessary for Producer to create a temporary television control room in Artist's home for the purpose of coordinating production. If such a control room is built, Producer shall return the area to the condition it was in prior to Producer's use. Furthermore, for the avoidance of doubt, the parties acknowledge that Producer shall, during all production periods, have full access to and may record all of Artist's activities and life experiences, but not including events or experiences of an offensive, prurient or highly distasteful nature, or meetings with Artist's attorney, business manager or doctor in which confidential information is being exchanged, unless Artist otherwise agrees. Artist hereby agrees not to sue and irrevocably and unconditionally release, waive and forever discharge Producer, MTVN, its parent and related companies, subsidiaries (whether or not wholly-owned), affiliates, divisions, and their past, present and future officers, agents, representatives, employees, successors and assigns, jointly and individually (collectively, "Releasees"), from any and all manner of liabilities, claims and demands of any kind or nature, whatsoever, in law or equity, whether known or unknown, suspected or unsuspected, and whether or not concealed or hidden, that Artist may now have or may hereafter have (including, but not limited to, for libel, slander, defamation, invasion of any rights of privacy, right of publicity or personality, intentional infliction of emotional distress, negligent infliction of emotional distress, infringement of copyright or violation of any other right), which arise out of or relate to the use of the Footage in connection with the production, reproduction, exhibition, broadcast, distribution, advertising, promotion or other exploitation of the Casting Tape, Presentation, Pilot and/or Series which Artist (or Artist's assigns, agents and/or representatives) ever had, now has, or in the future may have against the Releases. For clarity, the foregoing release does not apply to Producer's breaches of this Agreement or any bodily harm or property damage caused by Producer or any of its agents, employees or invitees.

8.  **ADDITIONAL SERIES SERVICES**:  In the event Producer or MTVN requires Artist to render any Additional Services (as defined below), then Artist agrees to render such services and, provided such services are not concurrent with, or consecutive to, Production Periods (as defined below) for the Project, Artist shall be paid an additional fee equal to $300 per day (less any required withholdings) for such Additional Services. For the avoidance of doubt, Artist shall not receive any additional compensation for any Additional Services rendered during Production Periods. "Additional Services" shall mean additional performing services (separate and apart from Artist's services rendered in connection with regular Series episodes and excluding promotional appearances) in connection with the production of: (i) enhancement materials including, without limitation, host wraparounds, on-screen commentary, voiceover materials, mini-episodes, so-called "after shows," behind-the-scenes content, and other extended programming content; (ii) promotional spots, trailers and in-store sales tapes; (iii) gaming content including, without limitation, voiceover and image/motion capture materials; (iv) graphics/wallpaper content (*e.g.*, talent photos) and audio content (*e.g.*, voicetone/voice ringback content); (v) any television special (*e.g.*, launch or finale specials), compilation (*e.g.* so-called "cram sessions," recap episodes or other clip shows), reunion or "best-of" programs; alternative versions of Series episodes (*e.g.*, so-called "remix" episodes); and/or extended episode content (*e.g.*, to create so-called "super-sized" versions of episodes) in connection with the Series; (vi) virtual reality environments and community applications, websites (including, without limitation, social networking or user-generated or user uploaded content-based sites, including so-called "verticals" [*e.g.*, IAmOnMTV.com]), webpages or weblogs (which may be text, audio and/or audio-visual, *e.g.*, about Artist's experiences in the Project, etc.), provided that, for off-camera blogging services, Artist shall be paid a flat, one-time, all-inclusive fee equal to Two Hundred and Fifty Dollars ($250) per Cycle for which such services are required, less any required withholdings; and, for the avoidance of doubt, all weblogs will be subject to Producer's right to edit and otherwise approve any and all elements thereof; and (vii) other similar materials (*i.e.*, materials other than regular Series episodes), for all media whether now known or hereinafter devised, including without limitation, home video/DVD or other similar platforms, wireless, online or any other interactive platforms (collectively, the "Additional Materials"). As used herein, "Production Periods" shall mean production periods for the production of regular Series episodes, including pre- and post-production periods and any

extended weeks (*e.g.*, due to production overruns, force majeure events or additional episode orders) attributable to the production of regular Series episodes. For the avoidance of doubt, if Artist's Additional Services are not required by Producer or MTVN in connection with any of the Additional Materials, then Artist will not receive any additional compensation (including, without limitation, the compensation set forth above in this Paragraph 8, any additional episodic fees or any pro-rated portion thereof) in connection therewith.

9.      **CONFIDENTIALITY**:  Artist shall not disclose to any third party any information to which Artist has had or will have access to concerning the Project and/or any of Producer's or MTVN's operations or programming or other services or the terms (other than fee quotes) and conditions of this Agreement, except as expressly permitted by Producer in writing or as required by law, or information that is already in the public domain.  Artist shall not make or authorize others to make any statement to any media service with respect to the Project or otherwise publicize, advertise or promote Artist's appearance on the Project, without Producer's prior written approval in each instance.  Notwithstanding the preceding, Artist may, after the initial press release issued by Producer for the Project, make incidental, non-derogatory, truthful reference to the Project and Artist's services in connection therewith in Artist's personal publicity and may reveal the terms of this Agreement to agents, managers, attorneys and other representatives of Artist who require such information. Under no circumstances shall Artist or any person or entity on Artist's behalf use or employ any of the names, marks or logos of MTV or any other MTV Networks or Viacom entity or any materials owned by Producer for any purpose without the prior express, written permission of Producer.

10.      **HOME VIDEO CLEARANCE.**  In connection with the potential exploitation of the Project in the medium of home video/DVD, Artist will use reasonable, good faith efforts to obtain all necessary permissions from Artist's music recording label ("Label Release") to allow Producer to proceed with such exploitation; provided, however, that Artist's failure to successfully obtain such permission after such efforts shall not be deemed a breach of this Agreement.  Producer's standard record label release is attached to this Agreement as Exhibit "B."  Producer shall cooperate with Artist in obtaining the Label Release.

11.      **MUSIC LICENSES.**   In connection with Producer's use of musical compositions written or co-written by Artist, if any, and to the extent permitted by any preexisting agreement between Artist and a music publishing company with respect to such musical compositions (provided that Artist shall use reasonable good faith efforts to obtain the approval of such music publishing company), Artist hereby grants to Producer a free, non-exclusive synchronization license in Artist's portion of the music publishing rights of each such composition for the purpose of using the compositions within the Project and with respect to Producer's distribution and exploitation thereof (including, but not limited to, the advertising, publicity and promotion of the Project), in perpetuity.  In addition, Artist will use reasonable, good faith efforts to assist Producer in obtaining a free (or, if not free, then discounted), non-exclusive, synchronization license (consistent with the terms hereof) from each co-writer(s) of each composition co-written by Artist that Producer intends to include in the Project; provided, however, that any failure to successfully obtain any such synchronization license after such efforts shall not be deemed a breach of this Agreement.  Producer will have sole responsibility for attempting to obtain any other required licenses from all other authors/publishers, including all co-authors of Artist's compositions.  Artist will execute any synch or other required licenses consistent with this Paragraph 11.   Producer acknowledges that the foregoing synchronization licenses do not apply to non-dramatic performing rights in music to the extent the same are controlled by ASCAP, BMI or any other performing rights society.

12.      **UNION COVERAGE**:   Although the parties contemplate that the services rendered by Artist pursuant to this Agreement shall not be governed by the terms of any union or guild collective bargaining agreement ("Guild Agreement"), Producer nevertheless reserves the right to subject Artist's services and this Agreement to the jurisdiction of any such Guild Agreement, and in that event, all of the following shall apply:

(i) Producer may increase Artist's Pilot Compensation and/or Series Fee (as applicable) at any time to come within the terms of such Guild Agreement and/or to avail itself of any benefit under the Guild Agreement that Producer is entitled to receive by virtue of paying the amount chosen by Producer (including, but not limited

to, paying Artist so-called "overscale" amounts as an advance against residual obligations, overtime, and other required payments); and

(ii) Upon written notice from Producer, Artist shall become, at Artist's sole expense, a member in good standing of the guild or union with jurisdiction over the Guild Agreement and shall remain a member in good standing of such guild or union for so long as Artist is required to render services pursuant to this Agreement; and Artist will execute any further contracts or paperwork required to effectuate the terms of this Paragraph 12 including, but not limited to, assignment of this Agreement to a signatory to the applicable Guild Agreement.

13.    **INSURANCE**: Except to the extent arising from any claims or action with respect to a breach by Artist, Artist shall be covered as an additional insured on Producer's errors and omissions insurance and general liability policies in connection with the during customary periods of production and distribution of the Project, subject to the limitations, restrictions and terms of such policy. The provisions of this Paragraph 13 shall not be construed so as to limit or otherwise affect any obligation, representation or agreement of Artist hereunder.

The foregoing, the Standard Terms and Conditions attached hereto as Exhibit "A" and hereby incorporated by this reference, and the Label Waiver attached hereto as "Exhibit "B" and hereby incorporated by this reference, shall constitute the complete and binding Agreement of the parties, superseding all prior understandings and communications, express or implied, oral or written, with respect to the subject matter hereof and this Agreement shall not be modified or amended except by a subsequent writing signed by all parties hereto.

ACCEPTED AND AGREED TO:

8TH WONDER ENTERTAINMENT, LLC
("Producer")

By: _____    CHRISTINE LAMPKIN

Its: _____                    Date: _____

SIGNATURE: _____

(PRINT NAME: CHRISTINE LAMPKIN

LIST ALL PRIOR NAMES, ALIASES, PROFESSIONAL/STAGE NAMES, ETC.,

_____

DATE OF BIRTH: _____    ADDRESS: ~~~~~~~~~~~~~~~

CITY, STATE, ZIP: ~~~~~~~~~~~~~    TELEPHONE: ~~~~~~~~~~

TYPE OF ID CHECKED: _____

COPY OF ID RECEIVED: ____ YES ____ NO  IF NOT, GIVE REASON _____

[THIS INFORMATION IS BEING OBTAINED AND WILL BE MAINTAINED SOLELY FOR LEGALLY-MANDATED RECORD-KEEPING PURPOSES.]

**EXHIBIT E**



**DON BUCHWALD & ASSOCIATES INC.**

TALENT & LITERARY AGENCY • LOS ANGELES NEW YORK

October 29, 2009

Jill Varon
Eisner, Frank & Kahan
9601 Wilshire Boulevard, Suite 700
Beverly Hills, CA 90210

Re: Christine Lampkin / *Hip Hop Wives*

Dear Jill,

As per our conversation today this letter will confirm that we are terminating the agreement between Christine Lampkin and 8th Wonder Entertainment regarding the project titled *Hip Hop Wives*. At the time we accepted Michael McQuarn's offer, we were told the project was going into production immediately. As this hasn't happened and at present no start date exists, we hereby serve this written notice of termination of the agreement dated August 4, 2009.

Neither party shall have any further obligation to the other with respect to the agreement.

Regards,

Tracy Christian
Don Buchwald and Associates
direct: 323.602.2328

cc: Darin Frank
    Mona Scott-Young

6500 WILSHIRE BLVD.  22nd FLOOR  LOS ANGELES, CA 90048  TEL. 323.655.7400  FAX: 323.655.7470
10 EAST 44TH STREET  NEW YORK, NY 10017  TEL. 212.867.1200  FAX: 212.867.2434

**EXHIBIT F**



amazon Try Prime Your Amazon.com Today's Deals Gift Cards Sell Help St. Patrick's Day Shop now

Shop by Department Search Amazon Instant Video love & hip hop atlanta Go Hello. Sign in Your Account Try Prime 0 Cart Wish List

Amazon Instant Video Prime Instant Video Shop Instant Video Your Watchlist Your Video Library Settings Getting Started Help

# Love & Hip Hop Atlanta 2 Seasons 2012

**Season 1** ★★★★★ (9) | IMDb 6.5/10

**1. The 'A' List** TV-14

Stevie J presents a new home to Mimi too far from Atlanta for her comfort. Do his studio sessions with Joseline involve more than just business? Scrappy tells Erica he isn't sure about their relationship. K.Michelle celebrates her birthday.

**Runtime:** 42 minutes
**Original air date:** June 18, 2012

amazon instant video

Buy with 1-Click®

Episode 1

Buy $1.99

Season 1

Buy $18.99

Redeem a gift card or promotion code

Add Season to Watchlist

Share

Sold by Amazon Digital Services, Inc. Additional taxes may apply.

Send us Feedback

Season 1

| | |
|---|---|
| **1. The 'A' List** Stevie J presents a new home to Mimi too far from Atlanta for her comfort. Do his studio sessions with Joseline involve more than just business? Scrappy tells Erica he isn't sure about their relationship. K.Michelle celebrates her birthday. TV-14 42min June 18, 2012 | $1.99 |
| **2. Pregnito** Stevie tries to make up with Mimi, but she hits him right where it hurts - his wallet. Joseline accuses Karlie of being a snitch and tells her she'll decide if and when Karlie can work with Stevie. TV-14 42min June 25, 2012 | $1.99 |
| **3. Kiss and Yell** K. Michelle is fighting to get over her past and pours her heart out at a showcase. Scrappy confides in Momma Dee that he wants to move out of Erica's house and move on. Joseline drops a bombshell that could affect Stevie and Mimi's relationship. TV-14 42min July 2, 2012 | $1.99 |
| **4. Scrappin** Joseline is faced with making the toughest decision of her life. Mimi finds Stevie waiting on her doorsteps for a surprising confession. Scrappy checks Stevie for disrespecting Erica at K. Michelle's showcase and all hell breaks loose. TV-14 42min July 9, 2012 | $1.99 |
| **5. No 'Receipts'** Mimi takes a big step in her relationship with Stevie J. Scrappy has a health scare that has an emotional affect on his future with Erica. K. Michelle finally confronts Karlie on her disrespectful ways and the two have it out. TV-14 43min July 16, 2012 | $1.99 |
| **6. No Apologies** Stevie checks Joseline for being out of line with Mimi. Rasheeda is fed up with Kirk's management and seeks advice from a competing manager. Joseline and Mimi sit down and address their latest issue. TV-14 42min July 23, 2012 | $1.99 |

$1.99

**7. Therapy** Karlie gets an ultimatum from her management which puts stress on her relationship with Benzino. Stevie makes a last ditch suggestion to Mimi to save their relationship. Rasheeda and Kirk make a tough decision about Kirk's place in her career.

TV-14    42min    July 30, 2012

**8. Three's Company** Stevie gives Mimi an indecent proposal in an effort to save their relationship. Erica receives some disturbing news from K. Michelle. Rasheeda inadvertently betrays Kirk and the two have it out.

TV-14    42min    August 6, 2012

$1.99

**9. Loyalty Card** Erica confronts Scrappy about Shay. Benzino and Karlie romantic date takes a left turn. Rasheeda questions K. Michelle about her domestic abuse story.

TV-14    42min    August 13, 2012

$1.99

**10. Smoke and Mirrors** In the season finale, Mimi, Stevie J and Joseline return to counseling. Erica makes a decision about her relationship with Scrappy. Benzino sets up a proposal to Karlie.

TV-14    42min    August 20, 2012

$1.99

**11. Reunion (Part 1)** The drama continues when the ladies and gentlemen of Love and Hip Hop Atlanta reunite. Together with the host and executive producer Mona Scott Young, the cast will go over past beefs and triumphs.

TV-14    43min    August 27, 2012

$1.99

**12. Reunion (Part 2)** The drama continues when the ladies and gentlemen of Love and Hip Hop Atlanta reunite. Together with the host and executive producer Mona Scott Young, the cast will go over past beefs and triumphs.

TV-14    43min    September 3, 2012

$1.99

**Meet The Cast** Meet the cast of VH1's newest series, Love & Hip Hop: Atlanta.

TV-14    17min    June 10, 2012

$0.00

## Customers Who Bought This Item Also Bought

   

## Product Details

| Genres | Reality TV |
|---|---|
| Supporting actors | Erica Dixon, Mimi Faust, Joseline Hernández, Stevie J., K. Michelle, Rasheeda, Karlie Redd, Antonio Reid Jr., Lil Scrappy, Patrick J. Que Smith |
| Season year | 2012 |
| Network | VH1 |
| Executive Producer | Stephanie Gayle |

| Purchase rights | Stream instantly and download to 2 locations Details |
| Format | Amazon Instant Video (streaming online video and digital download) |
| Terms of use | By placing your order, you agree to our Terms of Use. |

## Customer Reviews

★★★★☆ (9)

4.3 out of 5 stars



| 5 star | | 7 |
| 4 star | | 0 |
| 3 star | | 1 |
| 2 star | | 0 |
| 1 star | | 1 |

See all 9 customer reviews ▸

Share your thoughts with other customers

**Write a customer review**

### Most Helpful Customer Reviews

3 of 3 people found the following review helpful
★★★★★ **love &hip hop ATL no receipts**
By shondatoneil on July 18, 2012
Amazon Purchase
Love the drama in every episode. Had to purchase it because I couldn't watch it on Monday due to my DirecTV not having VH1. There are some issues with DirecTV and Viacom. But it was worth every penny.

Comment | Was this review helpful to you? [ Yes ] [ No ]

2 of 2 people found the following review helpful
★★★☆☆ **Love and Hip Hop Atlanta**
By K. Criswell on December 28, 2012
Format: Amazon Instant Video | Amazon Verified Purchase
It's entertaining and my wife loves reality tv.
I gave it 3 stars because my wife is a big fan.

Comment | Was this review helpful to you? [ Yes ] [ No ]

★★★★★ **Why I love the show.**
By Tomeka washington on February 26, 2014
Format: Amazon Instant Video | Amazon Verified Purchase
I love the show because I get a real glimpse into how famous hio hop stars live. It is worth watching.

Comment | Was this review helpful to you? [ Yes ] [ No ]

★☆☆☆☆ **Ratchet**
By RichieRich on September 3, 2013
Format: Amazon Instant Video | Amazon Verified Purchase
I thought this would be a nice guilty pleasure. I thought wrong. Season 2 kept me on the edge of my seat. Season 1? Not so much...

Comment | Was this review helpful to you? [ Yes ] [ No ]

★★★★★ **This is 1 of my fave shows**
By mistic on June 18, 2013
Format: Amazon Instant Video | Amazon Verified Purchase
I make sure i never miss an episode of this hunny! This is my show my fave character is joseline, kay michelle, stevie jay, and thats it! hahaha. Those 3 bring drama to this show and i luv watching every bit of it unfold! lol. Mama dee is a full of so many different personalitys lol. All in all this is such a good show never a dull moment!

Comment | Was this review helpful to you? [ Yes ] [ No ]

See all 9 customer reviews (newest first) ▸

### Product Images from Customers

Add a product image

### Most Recent Customer Reviews

★★★★★ **Season 5 Best so far...**
Can't get enough of the whole cast. Love me sum Steve J, Mimi, Jose (I mean Joseline lol). It was too exciting this season can't wait for the next!

Published 6 months ago by Hallee

★★★★★ **Loved the ladies had their own**
I loved Erica, Mimi, K.Michelle, Ariane all independent and not living off a man's money, they call their own shots, and are holding it down, independently.

Published 12 months ago by Sheila

★★★★★ **Love that Drama**
OMG this season of Love and Hip Hop was definately the best ever... with the romance, drama, tears and pain... Read more

Published 17 months ago by Lisa D. Pleasant

★★★★★ **one of the favorites**
Love this show, Love all the characters. Joseline is my favorite and Erica and K Michelle is next...Cant stand Stebbie J he's supper WACK his friend Zino turned out to be too..

Published 18 months ago by vikKi

### Search Customer Reviews



☑ Only search this product's reviews

Write a customer review

## Your Recently Viewed Items and Featured Recommendations



Loading.

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Become an Affiliate | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Shop with Points | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Credit Card Marketplace | Returns & Replacements |
| Amazon in the Community | › See all | Amazon Currency Converter | Manage Your Kindle |
| | | | Help |

## AMAZON.COM

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

| 6pm | AbeBooks | AfterSchool.com | Alexa | AmazonFresh | Amazon Local | AmazonSupply | Amazon Web Services |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Score deals on fashion brands | Rare Books & Textbooks | Kids' Sports, Outdoor & Dance Gear | Actionable Analytics for the Web | Groceries & More Right To Your Door | Great Local Deals in Your City | Business, Industrial & Scientific Supplies | Scalable Cloud Computing Services |
| Audible | BeautyBar.com | Book Depository | Bookworm.com | Casa.com | CreateSpace | Diapers.com | DPReview |
| Download Audio Books | Prestige Beauty Delivered | Books With Free Delivery Worldwide | Books For Children Of All Ages | Kitchen, Storage & Everything Home | Indie Print Publishing Made Easy | Everything But The Baby | Digital Photography |
| East Dane | Fabric | IMDb | Junglee.com | Kindle Direct Publishing | Look.com | MYHABIT | Shopbop |
| Designer Men's Fashion | Sewing, Quilting & Knitting | Movies, TV & Celebrities | Shop Online in India | Indie Digital Publishing Made Easy | Kids' Clothing & Shoes | Private Fashion Designer Sales | Designer Fashion Brands |
| Soap.com | TenMarks.com | Vine.com | Wag.com | Warehouse Deals | Woot! | Yoyo.com | Zappos |
| Health, Beauty & Home Essentials | Math Activities for Kids & Schools | Everything to Live Life Green | Everything For Your Pet | Open-Box Discounts | Discounts and Shenanigans | A Happy Place To Shop For Toys | Shoes & Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2014, Amazon.com, Inc. or its affiliates



amazon Try Prime | Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

St. Patrick's Day
› Shop now

Shop by Department | Search | Amazon Instant Video | love & hip hop atlanta | Go | Hello. Sign in Your Account | Try Prime | 0 Cart | Wish List

Amazon Instant Video | Prime Instant Video | Shop Instant Video | Your Watchlist | Your Video Library | Settings | Getting Started | Help

# Love & Hip Hop Atlanta 2 Seasons 2013

amazon instant video

**Season 2** ★★★★★ (38) | IMDb **7.2**/10

**1. Back in the** TV-14 CC

Mimi celebrates new beginnings, but has she really turned the page on Stevie J. Momma Dee schemes to get Scrappy away from Erica. K.Michelle takes a big step forward with her career.

**Starring:** Funky Dineva, DJ Tracie
**Runtime:** 42 minutes
**Original air date:** April 22, 2013
Available in HD on supported devices.

Buy with 1-Click®

Episode 1

Buy HD $2.99 | Buy $1.99

Season 2

Buy HD $33.99 | Buy $22.99

Redeem a gift card or promotion code

Add Season to Watchlist

Share

Sold by Amazon Digital Services, Inc. Additional taxes may apply.

Send us Feedback

Season 2

**1. Back in the** Mimi celebrates new beginnings, but has she really turned the page on Stevie J. Momma Dee schemes to get Scrappy away from Erica. K.Michelle takes a big step forward with her career. $1.99

CC | TV-14 | 42min | April 22, 2013

**2. She Loves Me Not** Joseline wants Stevie J. to cut out the shenanigans. Drew needs Traci's help to stay in Atlanta with their child. Momma Dee springs her trap on Scrappy. $1.99

CC | TV-14 | 42min | April 29, 2013

**3. Dinner Beef** Mimi's housewarming party gets way too hot. Karlie tells Joseline a scandalous rumor about Benzino. Scrappy, Erica, and Momma Dee try to make peace over dinner, but all hell breaks loose. $1.99

CC | TV-14 | 42min | May 6, 2013

**4. He Said, She Said** Erica tells Scrappy she wants to pump the brakes on their engagement. Stevie and Joseline confront Benzino about the rumors he's been spreading. Traci's issues with Drew erupt when she finds a woman in his apartment. $1.99

CC | TV-14 | 42min | May 13, 2013

**5. Baggage** Joseline takes Stevie's new artist down a peg. Erica shows Scrappy her ringless finger. Mimi introduces her new man to K.Michelle and Ariane. Rasheeda gets big news from her doctor. $1.99

CC | TV-14 | 42min | May 20, 2013

**6. Making A Scene** Rasheeda is shocked at Kirk's reaction when she tells him she's pregnant. Joseline doesn't want Stevie working with anyone but her. K.Michelle and Ariane fight with Mimi's boyfriend. $1.99

CC | TV-14 | 42min | May 27, 2013

**7. N.Y. State of Mind** Mimi and Ariane travel to New York to fix things with K.Michelle. Joseline lashes out at Stevie's new artist. Drew gives Traci some devastating news about their business. Rasheeda and Kirk worry how the pregnancy will affect their finances. $1.99

**8. Come To Daddy** Stevie wants Joseline to apologize, but Joseline's jealous nature might destroy their whole relationship instead. Shay regrets letting Scrappy back into her life and her bed. Kirk interrupts Rasheeda's photoshoot with questions about the pregnancy.

CC   TV-14   42min   June 10, 2013      $1.99

**9. The Keymaster** Stevie drives a wedge between Mimi and Nikko. K.Michelle vows to stop brawling when her label tells her she's putting her career in jeopardy, but it isn't long before Karlie puts her to the test. Rasheeda's mother goes in on Kirk.

CC   TV-14   42min   June 17, 2013      $1.99

**10. A Failed Test** Scrappy is accused of violating his probation; will he wind up back in jail? Mimi has had more than enough of her boyfriend Nikko. Pregnant Rasheeda films a sexy video against Kirk's wishes. Erica and Shay get heated at Karlie's event.

CC   TV-14   42min   June 24, 2013      $1.99

**11. Mistake At The Lake** A weekend at a lake house turns wild and Kirk ends up in hot water. Joseline reveals she wants more from Stevie. Drew tries to woo Traci away from her new boyfriend. Scrappy makes a difficult choice.

CC   TV-14   42min   July 1, 2013      $1.99

**12. Turnt Up** Rasheeda confronts Kirk over his wild ways. Joseline pushes Stevie for more commitment. With Scrappy in prison, Erica takes drastic measures for financial security. Ariane auditions to sing back up on K.Michelle's tour.

CC   TV-14   42min   July 8, 2013      $1.99

**13. Up In Flames** Scrappy faces his addiction problems head on. Will Drew do serious damage to Traci's new relationship? Joseline makes a surprise purchase. Rasheeda and her mom face off against Kirk with explosive results.

CC   TV-14   42min   July 15, 2013      $1.99

**14. Boriqua** Joseline surprises Stevie with a gift and a trip. Mimi gets a "Mommy Makeover" while Rasheeda makes a fateful decision whether she stays with Kirk. Scrappy tries to resolve things with Erica before he goes to rehab.

CC   TV-14   42min   July 22, 2013      $1.99

**15. Lord Of The Rings** In the season finale, Kirk makes a big attempt to save his marriage. Erica and Momma Dee visit Scrappy in rehab. K.Michelle makes a major announcement. Stevie risks it all to get everything he wants from Joseline and Mimi.

CC   TV-14   42min   July 29, 2013      $1.99

**16. Reunion, Part 1** Sparks fly when the ladies of Love and Hip Hop Atlanta reunite to settle their beefs. Mimi and Joseline call out Stevie about his double proposal. Erica and Scrappy discuss the end of their engagement. Rasheeda confronts Kirk about his betrayal.

CC   TV-14   42min   August 5, 2013      $1.99

**17. Reunion, Part 2** The drama continues when the entire cast of Love and Hip Hop Atlanta reunites. Rasheeda reveals the status of her relationship with Kirk. Stevie makes it rain on Nikko. Scrappy squirms in the hot seat between Erica and Shay.

CC   TV-14   43min   August 12, 2013      $1.99

**Behind the Photoshoot with the Newest Cast** Join Funky Dineva as she interviews Love & Hip Hop Atlanta's newest cast members, DJ Traci Steele and DJ Babey Drew, behind the scenes at their photo shoot for the new season!

CC   TV-14   9min   April 15, 2013      $0.00

## Customers Who Bought This Item Also Bought

   

## Product Details

| | |
|---|---|
| Genres | Reality TV |
| Starring | Funky Dineva, DJ Tracie, Steele |
| Supporting actors | Ariane Davis, Erica Dixon, Mimi Faust, Kirk Frost, Joseline Hernández, Stevie J., Shay Johnson, K. Michelle, Rasheeda, Karlie Redd, Tracy Steele |
| Season year | 2013 |
| Network | VH1 |
| Executive Producer | Toby Barraud |
| Purchase rights | Stream instantly and download to 2 locations Details ▾ |
| Format | Amazon Instant Video (streaming online video and digital download) |
| Terms of use | By placing your order, you agree to our Terms of Use. |

## Customer Reviews

★★★½☆ (38)

3.3 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 18 |
| 4 star | | 3 |
| 3 star | | 1 |
| 2 star | | 4 |
| 1 star | | 12 |

See all 38 customer reviews ▸

> I watch 1 thru 3 all episodes play well in hd cant wait for the next episode!
>
> mistic

> See as how you can't return these items hopefully they will get it corrected so that I don't have to waste time contacting customer service for an explanation.
>
> JJ

> Good show the best show out of all the vh1s reality shows or maybe I just think josline is so so hot!!!
>
> ltscrawford

### Most Helpful Customer Reviews

7 of 7 people found the following review helpful

★☆☆☆☆ **dup copy**

By sazzy30 on April 30, 2013

**Amazon Verified Purchase**

I need a refund same as ep.1 ......i was looking forward to this episode....b/c i ordered the series ....and justed worked a 12hr shift and wanted a good laugh from this craziness!!!

Comment | Was this review helpful to you?   Yes   No

5 of 5 people found the following review helpful

★★☆☆☆ **Duplicate**

By JJ on April 30, 2013

**Amazon Verified Purchase**

Well I would have loved to watch this show it is quite entertaining but of course I couldn't because

### Product Images from Customers



Add a product image

### Most Recent Customer Reviews

★★★★★ **great show**

This show is full of entertainment, I'm not real sure if any of it is real ,but I tune in to watch every bit of it.

Published 2 months ago by Rating My Best Pick

episode 2 is the same as episode 1. See as how you can't return these items hopefully they will get it corrected so that I don't have to waste time contacting customer service for an explanation.

Comment | Was this review helpful to you? Yes No

5 of 5 people found the following review helpful

★☆☆☆☆ **duplicate item!**

By duplicate item on April 30, 2013

Amazon Verified Purchase

This item I purchased from amazon is the same exact episode as Love And Hip Hop Atlanta Season 2 Episode 1... I played it and its identical.. I was under the impression I was purchasing Episode 2 for this season and paid for something I just watched. It might be an error on Amazon's behalf and I'm requesting a refund or the actual Episode I purchased..Thanx

Comment | Was this review helpful to you? Yes No

2 of 2 people found the following review helpful

★★★★★ **love it..Hot Mess**

By Sheokay on June 20, 2013

Format: Amazon Instant Video

This show is a Hot Mess.Org with a whole lot of extra sad drama..I can't believe its real....Can people be this pathic? I think they just want a check...;-)

Comment | Was this review helpful to you? Yes No

2 of 2 people found the following review helpful

★☆☆☆☆ **Pure garbage.**

By Jayson Harper on May 29, 2013

Format: Amazon Instant Video

Absolutely horrible. Shuck n jive black exploitation at it's worse. I wish my wife wouldn't use my account to watch this trash.

Comment | Was this review helpful to you? Yes No

2 of 2 people found the following review helpful

★☆☆☆☆ **So Disappointed**

By true music lover on April 30, 2013

Amazon Verified Purchase

I must say after looking forward to relaxing and watching this weeks episodes after work today, I am highly disappointed. The fact that not only did you guys miss this big blunder but you have allowed it to continue all day with all the complaints! I was a proud AMAZON member who loved sharing your products and services.

Comment | Was this review helpful to you? Yes No

2 of 2 people found the following review helpful

★☆☆☆☆ **SAME EPISODE**

By diana on April 30, 2013

THIS IS THE SAME EPISODE AS LAST WEEK...I HAVE TO GET A REFUND....NOT PLAYING FOR THE SAME THING..JUST TITLED Different...come on amazon

Comment | Was this review helpful to you? Yes No

2 of 2 people found the following review helpful

★☆☆☆☆ **i would like to see it**

By Holliwud on April 30, 2013

Amazon Verified Purchase

its the same episode as the first one, I want my money back and im not playing with amazon, I paid for some s*** I didn't even get

Comment | Was this review helpful to you? Yes No

See all 38 customer reviews (newest first) ▸

Write a customer review

---

★★★★★ **I love this show!**

This season gave me just as much joy as the first. Still crazy. I love all of the cast members. Very entertaining.

Published 4 months ago by a. strickland

★★☆☆☆ **Stevie is super creepy!**

This show is a'right but what makes it difficult to watch is Stevie. He gives off a super creepy vibe, not only is he controlling but it is clear that he only see's these two women... Read more

Published 6 months ago by LimeyLe

★★★☆☆ **Guilty Pleasure**

These women are ridiculous but Like most "reality tv" shows you can't stop watching the drama. This season Rasheeda and Kirk go through some really heartbreaking marital drama

Published 6 months ago by Leigh

★★★★★ **very exciting**

The characters in this show are a trip but my fav is Mimi she knows just how to handle herself. Very proud of get this season.

Published 6 months ago by KC

★★★★★ **I have no drama in my everyday life so**

I experience it vicariously through this show. Amazon never fails to have the episodes on time. I hope they keep this going for a while.

Published 6 months ago by Wakaidi

★★★★★ **Best reality show on TV**

TRUST ME !!! you will not be able to stop watching you will find yourself looking forward to the next episode these people have some many diffrent things going on all at once its a... Read more

Published 6 months ago by Sunshine

★★★★★ **Real As Day**

You can't get more real then the situation with Rasheda and her Husband? Keep it Real Ra, But if you believe your marriage is worth saving, Don't let nobody tell you no different... Read more

Published 7 months ago by Debbie Sellers

★★★★★ **Drama in the ATL**

This show is one of my guilty pleasures...I just can't look away. Love all of the 'characters'....Looking forward to more seasons to come.

Published 7 months ago by Roshawnda Walker

★★★★☆ **Good!**

Good show the best show out of all the vh1s reality shows or maybe I just think josline is so so hot!!!

Published 7 months ago by ltscrawford

**Search Customer Reviews**

[                    ] Search

☑ Only search this product's reviews

Your Recently Viewed Items and Featured Recommendations



Loading...

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Become an Affiliate | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Shop with Points | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Credit Card Marketplace | Returns & Replacements |
| Amazon in the Community | › See all | Amazon Currency Converter | Manage Your Kindle |
| | | | Help |

AMAZON.COM

Australia    Brazil    Canada    China    France    Germany    India    Italy    Japan    Mexico    Spain    United Kingdom

| 6pm | AbeBooks | AfterSchool.com | Alexa | AmazonFresh | Amazon Local | AmazonSupply | Amazon Web Services |
|---|---|---|---|---|---|---|---|
| Score deals on fashion brands | Rare Books & Textbooks | Kids' Sports, Outdoor & Dance Gear | Actionable Analytics for the Web | Groceries & More Right To Your Door | Great Local Deals in Your City | Business, Industrial & Scientific Supplies | Scalable Cloud Computing Services |
| Audible | BeautyBar.com | Book Depository | Bookworm.com | Casa.com | CreateSpace | Diapers.com | DPReview |
| Download Audio Books | Prestige Beauty Delivered | Books With Free Delivery Worldwide | Books For Children Of All Ages | Kitchen, Storage & Everything Home | Indie Print Publishing Made Easy | Everything But The Baby | Digital Photography |
| East Dane | Fabric | IMDb | Junglee.com | Kindle Direct Publishing | Look.com | MYHABIT | Shopbop |
| Designer Men's Fashion | Sewing, Quilting & Knitting | Movies, TV & Celebrities | Shop Online in India | Indie Digital Publishing Made Easy | Kids' Clothing & Shoes | Private Fashion Designer Sales | Designer Fashion Brands |
| Soap.com | TenMarks.com | Vine.com | Wag.com | Warehouse Deals | Woot! | Yoyo.com | Zappos |
| Health, Beauty & Home Essentials | Math Activities for Kids & Schools | Everything to Live Life Green | Everything For Your Pet | Open-Box Discounts | Discounts and Shenanigans | A Happy Place To Shop For Toys | Shoes & Clothing |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2014, Amazon.com, Inc. or its affiliates



amazon Try Prime
Your Amazon.com | Today's Deals | Gift Cards | Sell | Help
St. Patrick's Day
› Shop now
Shop by Department | Search | Amazon Instant Video | Go | Hello. Sign in Your Account | Try Prime | 0 Cart | Wish List
Amazon Instant Video | Prime Instant Video | Shop Instant Video | Your Watchlist | Your Video Library | Settings | Getting Started | Help

# Love & Hip Hop Atlanta 2 Seasons 2013

amazon instant video

**Season 2** ★★★★★ (38) | IMDb **7.2**/10

**1. Back in the** TV-14 CC

Mimi celebrates new beginnings, but has she really turned the page on Stevie J. Momma Dee schemes to get Scrappy away from Erica. K.Michelle takes a big step forward with her career.

**Starring:** Funky Dineva, DJ Tracie
**Runtime:** 42 minutes
**Original air date:** April 22, 2013
Available in HD on supported devices.

Buy with 1-Click®

Episode 1

**Buy HD $2.99** | Buy $1.99

Season 2

**Buy HD $33.99** | Buy $22.99

Redeem a gift card or promotion code

Add Season to Watchlist

Share

Sold by Amazon Digital Services, Inc. Additional taxes may apply.

Send us Feedback

Season 2

1. Back in the Mimi celebrates new beginnings, but has she really turned the page on Stevie J. Momma Dee schemes to get Scrappy away from Erica. K.Michelle takes a big step forward with her career. $1.99

CC | TV-14 | 42min | April 22, 2013

**2. She Loves Me Not** Joseline wants Stevie J. to cut out the shenanigans. Drew needs Traci's help to stay in Atlanta with their child. Momma Dee springs her trap on Scrappy. $1.99

CC | TV-14 | 42min | April 29, 2013

**3. Dinner Beef** Mimi's housewarming party gets way too hot. Karlie tells Joseline a scandalous rumor about Benzino. Scrappy, Erica, and Momma Dee try to make peace over dinner, but all hell breaks loose. $1.99

CC | TV-14 | 42min | May 6, 2013

**4. He Said, She Said** Erica tells Scrappy she wants to pump the brakes on their engagement. Stevie and Joseline confront Benzino about the rumors he's been spreading. Traci's issues with Drew erupt when she finds a woman in his apartment. $1.99

CC | TV-14 | 42min | May 13, 2013

**5. Baggage** Joseline takes Stevie's new artist down a peg. Erica shows Scrappy her ringless finger. Mimi introduces her new man to K.Michelle and Ariane. Rasheeda gets big news from her doctor. $1.99

CC | TV-14 | 42min | May 20, 2013

**6. Making A Scene** Rasheeda is shocked at Kirk's reaction when she tells him she's pregnant. Joseline doesn't want Stevie working with anyone but her. K.Michelle and Ariane fight with Mimi's boyfriend. $1.99

CC | TV-14 | 42min | May 27, 2013

**7. N.Y. State of Mind** Mimi and Ariane travel to New York to fix things with K.Michelle. Joseline lashes out at Stevie's new artist. Drew gives Traci some devastating news about their business. Rasheeda and Kirk worry how the pregnancy will affect their finances. $1.99

Amazon.com: Love & Hip Hop Atlanta Season 2, Episode 8 "Back in Line": Amazon Instant Video

| | |
|---|---|
| CC  TV-14  42min  June 3, 2013 | |

**8. Come To Daddy** Stevie wants Joseline to apologize, but Joseline's jealous nature might destroy their whole relationship instead. Shay regrets letting Scrappy back into her life and her bed. Kirk interrupts Rasheeda's photoshoot with questions about the pregnancy.      $1.99

CC  TV-14  42min  June 10, 2013

**9. The Keymaster** Stevie drives a wedge between Mimi and Nikko. K.Michelle vows to stop brawling when her label tells her she's putting her career in jeopardy, but it isn't long before Karlie puts her to the test. Rasheeda's mother goes in on Kirk.      $1.99

CC  TV-14  42min  June 17, 2013

**10. A Failed Test** Scrappy is accused of violating his probation; will he wind up back in jail? Mimi has had more than enough of her boyfriend Nikko. Pregnant Rasheeda films a sexy video against Kirk's wishes. Erica and Shay get heated at Karlie's event.      $1.99

CC  TV-14  42min  June 24, 2013

**11. Mistake At The Lake** A weekend at a lake house turns wild and Kirk ends up in hot water. Joseline reveals she wants more from Stevie. Drew tries to woo Traci away from her new boyfriend. Scrappy makes a difficult choice.      $1.99

CC  TV-14  42min  July 1, 2013

**12. Turnt Up** Rasheeda confronts Kirk over his wild ways. Joseline pushes Stevie for more commitment. With Scrappy in prison, Erica takes drastic measures for financial security. Ariane auditions to sing back up on K.Michelle's tour.      $1.99

CC  TV-14  42min  July 8, 2013

**13. Up In Flames** Scrappy faces his addiction problems head on. Will Drew do serious damage to Traci's new relationship? Joseline makes a surprise purchase. Rasheeda and her mom face off against Kirk with explosive results.      $1.99

CC  TV-14  42min  July 15, 2013

**14. Boriqua** Joseline surprises Stevie with a gift and a trip. Mimi gets a "Mommy Makeover" while Rasheeda makes a fateful decision whether she stays with Kirk. Scrappy tries to resolve things with Erica before he goes to rehab.      $1.99

CC  TV-14  42min  July 22, 2013

**15. Lord Of The Rings** In the season finale, Kirk makes a big attempt to save his marriage. Erica and Momma Dee visit Scrappy in rehab. K.Michelle makes a major announcement. Stevie risks it all to get everything he wants from Joseline and Mimi.      $1.99

CC  TV-14  42min  July 29, 2013

**16. Reunion, Part 1** Sparks fly when the ladies of Love and Hip Hop Atlanta reunite to settle their beefs. Mimi and Joseline call out Stevie about his double proposal. Erica and Scrappy discuss the end of their engagement. Rasheeda confronts Kirk about his betrayal.      $1.99

CC  TV-14  42min  August 5, 2013

**17. Reunion, Part 2** The drama continues when the entire cast of Love and Hip Hop Atlanta reunites. Rasheeda reveals the status of her relationship with Kirk. Stevie makes it rain on Nikko. Scrappy squirms in the hot seat between Erica and Shay.      $1.99

CC  TV-14  43min  August 12, 2013

**Behind the Photoshoot with the Newest Cast** Join Funky Dineva as she interviews Love & Hip Hop Atlanta's newest cast members, DJ Traci Steele and DJ Babey Drew, behind the scenes at their photo shoot for the new season!      $0.00

CC  TV-14  9min  April 15, 2013

## Customers Who Bought This Item Also Bought

   

## Product Details

| | |
|---|---|
| Genres | Reality TV |
| Starring | Funky Dineva, DJ Tracie, Steele |
| Supporting actors | Ariane Davis, Erica Dixon, Mimi Faust, Kirk Frost, Joseline Hernández, Stevie J., Shay Johnson, K. Michelle, Rasheeda, Karlie Redd, Tracy Steele |
| Season year | 2013 |
| Network | VH1 |
| Executive Producer | Toby Barraud |
| Purchase rights | Stream instantly and download to 2 locations  Details ▾ |
| Format | Amazon Instant Video (streaming online video and digital download) |
| Terms of use | By placing your order, you agree to our Terms of Use. |

## Customer Reviews

★★★☆☆ (38)
3.3 out of 5 stars

| | |
|---|---|
| 5 star | 18 |
| 4 star | 3 |
| 3 star | 1 |
| 2 star | 4 |
| 1 star | 12 |

See all 38 customer reviews ▸

> I watch 1 thru 3 all episodes play well in hd cant wait for the next episode!
>
> mistic

> See as how you can't return these items hopefully they will get it corrected so that I don't have to waste time contacting customer service for an explanation.
>
> JJ

> Good show the best show out of all the vh1s reality shows or maybe I just think josline is so so hot!!!
>
> ltscrawford

### Most Helpful Customer Reviews

7 of 7 people found the following review helpful
★☆☆☆☆ **dup copy**
By sazzy30 on April 30, 2013
**Amazon Verified Purchase**
I need a refund same as ep.1 ......i was looking forward to this episode....b/c i ordered the series ....and justed worked a 12hr shift and wanted a good laugh from this craziness!!!

Comment | Was this review helpful to you? [Yes] [No]

5 of 5 people found the following review helpful
★★☆☆☆ **Duplicate**
By JJ on April 30, 2013
**Amazon Verified Purchase**
Well I would have loved to watch this show it is quite entertaining but of course I couldn't because

### Product Images from Customers



Add a product image

### Most Recent Customer Reviews

★★★★★ **great show**
This show is full of entertainment, I'm not real sure if any of it is real ,but I tune in to watch every bit of it.

Published 2 months ago by Rating My Best Pick

episode 2 is the same as episode 1. See as how you can't return these items hopefully they will get it corrected so that I don't have to waste time contacting customer service for an explanation.

Comment    Was this review helpful to you?   [ Yes ] [ No ]

5 of 5 people found the following review helpful

★☆☆☆☆ **duplicate item!**

By duplicate item on April 30, 2013

Amazon Verified Purchase

This item I purchased from amazon is the same exact episode as Love And Hip Hop Atlanta Season 2 Episode 1... I played it and its identical.. I was under the impression I was purchasing Episode 2 for this season and paid for something I just watched. It might be an error on Amazon's behalf and I'm requesting a refund or the actual Episode I purchased..Thanx

Comment    Was this review helpful to you?   [ Yes ] [ No ]

2 of 2 people found the following review helpful

★★★★★ **love it..Hot Mess**

By Sheokay on June 20, 2013

Format: Amazon Instant Video

This show is a Hot Mess.Org with a whole lot of extra sad drama..I can't believe its real....Can people really be this pathic? I think they just want a check...;-)

Comment    Was this review helpful to you?   [ Yes ] [ No ]

2 of 2 people found the following review helpful

★☆☆☆☆ **Pure garbage.**

By Jayson Harper on May 29, 2013

Format: Amazon Instant Video

Absolutely horrible. Shuck n jive black exploitation at it's worse. I wish my wife wouldn't use my account to watch this trash.

Comment    Was this review helpful to you?   [ Yes ] [ No ]

2 of 2 people found the following review helpful

★☆☆☆☆ **So Disappointed**

By true music lover on April 30, 2013

Amazon Verified Purchase

I must say after looking forward to relaxing and watching this weeks episodes after work today, I am highly disappointed. The fact that not only did you guys miss this big blunder but you have allowed it to continue all day with all the complaints! I was a proud AMAZON member who loved sharing your products and services.

Comment    Was this review helpful to you?   [ Yes ] [ No ]

2 of 2 people found the following review helpful

★☆☆☆☆ **SAME EPISODE**

By diana on April 30, 2013

THIS IS THE SAME EPISODE AS LAST WEEK...I HAVE TO GET A REFUND....NOT PLAYING FOR THE SAME THING..JUST TITLED Different...come on amazon

Comment    Was this review helpful to you?   [ Yes ] [ No ]

2 of 2 people found the following review helpful

★☆☆☆☆ **i would like to see it**

By Holliwud on April 30, 2013

Amazon Verified Purchase

its the same episode as the first one, I want my money back and im not playing with amazon, I paid for some s*** I didn't even get

Comment    Was this review helpful to you?   [ Yes ] [ No ]

See all 38 customer reviews (newest first) ▸

[ Write a customer review ]

★★★★★ **I love this show!**

This season gave me just as much joy as the first. Still crazy. I love all of the cast members. Very entertaining.

Published 4 months ago by a. strickland

★★☆☆☆ **Stevie is super creepy!**

This show is a'right but what makes it difficult to watch is Stevie. He gives off a super creepy vibe, not only is he controlling but it is clear that he only see's these two women... Read more

Published 6 months ago by LimeyLe

★★★☆☆ **Guilty Pleasure**

These women are ridiculous but Like most "reality tv" shows you can't stop watching the drama. This season Rasheeda and Kirk go through some really heartbreaking marital drama

Published 6 months ago by Leigh

★★★★★ **very exciting**

The characters in this show are a trip but my fav is Mimi she knows just how to handle herself. Very proud of get this season.

Published 6 months ago by KC

★★★★★ **I have no drama in my everyday life so**

I experience it vicariously through this show. Amazon never fails to have the episodes on time. I hope they keep this going for a while.

Published 6 months ago by Wakaidi

★★★★★ **Best reality show on TV**

TRUST ME !!! you will not be able to stop watching you will find yourself looking forward to the next episode these people have some many diffrent things going on all at once its a... Read more

Published 6 months ago by Sunshine

★★★★★ **Real As Day**

You can't get more real then the situation with Rasheda and her Husband? Keep it Real Ra, But if you believe your marriage is worth saving, Don't let nobody tell you no different... Read more

Published 7 months ago by Debbie Sellers

★★★★★ **Drama in the ATL**

This show is one of my guilty pleasures...I just can't look away. Love all of the 'characters'....Looking forward to more seasons to come.

Published 7 months ago by Roshawnda Walker

★★★★★ **Good!**

Good show the best show out of all the vh1s reality shows or maybe I just think josline is so so hot!!!

Published 7 months ago by ltscrawford

**Search Customer Reviews**

[                    ] [ Search ]

☑ Only search this product's reviews

Your Recently Viewed Items and Featured Recommendations



Loading...

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Become an Affiliate | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Shop with Points | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Credit Card Marketplace | Returns & Replacements |
| Amazon in the Community | › See all | Amazon Currency Converter | Manage Your Kindle |
|  |  |  | Help |

AMAZON.COM

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

| 6pm | AbeBooks | AfterSchool.com | Alexa | AmazonFresh | Amazon Local | AmazonSupply | Amazon Web Services |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Score deals on fashion brands | Rare Books & Textbooks | Kids' Sports, Outdoor & Dance Gear | Actionable Analytics for the Web | Groceries & More Right To Your Door | Great Local Deals in Your City | Business, Industrial & Scientific Supplies | Scalable Cloud Computing Services |
| Audible | BeautyBar.com | Book Depository | Bookworm.com | Casa.com | CreateSpace | Diapers.com | DPReview |
| Download Audio Books | Prestige Beauty Delivered | Books With Free Delivery Worldwide | Books For Children Of All Ages | Kitchen, Storage & Everything Home | Indie Print Publishing Made Easy | Everything But The Baby | Digital Photography |
| East Dane | Fabric | IMDb | Junglee.com | Kindle Direct Publishing | Look.com | MYHABIT | Shopbop |
| Designer Men's Fashion | Sewing, Quilting & Knitting | Movies, TV & Celebrities | Shop Online in India | Indie Digital Publishing Made Easy | Kids' Clothing & Shoes | Private Fashion Designer Sales | Designer Fashion Brands |
| Soap.com | TenMarks.com | Vine.com | Wag.com | Warehouse Deals | Woot! | Yoyo.com | Zappos |
| Health, Beauty & Home Essentials | Math Activities for Kids & Schools | Everything to Live Life Green | Everything For Your Pet | Open-Box Discounts | Discounts and Shenanigans | A Happy Place To Shop For Toys | Shoes & Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2014, Amazon.com, Inc. or its affiliates



amazon Try Prime
Your Amazon.com Today's Deals Gift Cards Sell Help
St. Patrick's Day
Shop now
Shop by Department Search Amazon Instant Video Go Hello. Sign in Your Account Try Prime 0 Cart Wish List
Amazon Instant Video Prime Instant Video Shop Instant Video Your Watchlist Your Video Library Settings Getting Started Help

# Love & Hip Hop 4 Seasons 2013

amazon instant video

**Season 4** ★★★★★ (15)

**1. Everybody Plays the Fool** TV-14 CC

Yandy struggles to deal with the loss of her man while Rich and Erica put a line in the sand. Hot new rapper Nya moves to define her stardom as Joe and Tahiry await life changing news. And Peter's new

**Runtime:** 42 minutes
**Original air date:** October 28, 2013
Available in HD on supported devices.

Buy with 1-Click®

Episode 1
Buy HD $2.99 Buy $1.99

Season 4
Buy HD $29.99 Buy $19.99

Redeem a gift card or promotion code

Add Season to Watchlist

Share

Sold by Amazon Digital Services, Inc. Additional taxes may apply.

Send us Feedback

Season 4

**1. Everybody Plays the Fool** Yandy struggles to deal with the loss of her man while Rich and Erica put a line in the sand. Hot new rapper Nya moves to define her stardom as Joe and Tahiry await life changing news. And Peter's new artist has a shocking reveal. $1.99
CC TV-14 42min October 28, 2013

**2. Stray Bullet** Peter races to stop a misfire by his side piece. New cast members Erica Jean and Saigon reconnect for a second chance at love, while Erica Mena and Nya plan a three way. $1.99
CC TV-14 42min November 4, 2013

**3. Lez B Honest** Erica Mena doubles down on her new lifestyle while blowing up her arrangement with Nya. Peter's affair is exposed when Tara finally confronts Amina, while Joe and Tahiry's relationship takes a hairy turn. Yandy's label gets messy. $1.99
CC TV-14 42min November 11, 2013

**4. Picture This** Saigon and Erica Jean find out the real father of their child. Erica Mena unleashes her new girlfriend on her ex-boyfriend Rich, while Tahiry comes to a painful conclusion about Joe. Tara tries to cut Peter out of her life. $1.99
CC TV-14 42min November 18, 2013

**5. Off The Record** Rich and Yandy decide Amina's fate as Yandy struggles to manage her career and fight for her man. Saigon and Erica Jean stand-off over their son lil B. Cyn and Nya arrange a reunion while Peter finally takes a stand. $1.99
CC TV-14 42min November 25, 2013

**6. Wife Swap** Rich makes a proposal to Peter as K. Michelle takes control of her tour. Tahiry's sister reconnects bringing tragic news, while an exhausted Yandy confronts her business partner. Erica realizes signing her contract might have been a huge mistake. $1.99
CC TV-14 42min December 2, 2013

Case 2:14-cv-01748-DDP-JCG   Document 1   Filed 03/10/14   Page 78 of 114   Page ID #:78

**7. Messy All Over The World** Erica Mena and Cyn find love in Panama while Peter delivers an ultimatum to Rich. Tahiry rejects Lexie's plan to help their dad and Yandy receives an important message from Mendeecees in prison. Tara confronts Peter about his rings of deception.

CC  TV-14  42min  December 9, 2013

$1.99

**8. Girls with Gunz** A chance meeting between Tahiry and Joe threatens to rekindle their relationship. Buried emotions get the best of Erica Mena and Rich. New talent teaches Yandy a tough lesson, while K. Michelle leads Tara into a confrontation with Peter and Amina.

CC  TV-14  42min  December 30, 2013

$1.99

**9. Love Is A Battlefield** Joe and Tahiry's destiny continues to intertwine. K. Michelle pushes Peter to reconcile with Amina as Tara takes steps to move on. Saigon makes a brash move and Erica Mena's love triangle explodes.

CC  TV-14  42min  January 6, 2014

$1.99

**10. Red Alert** Tahiry and Rashidah clash while Erica Mena and a new rival fight for territory. Joe decides to stake his claim as Tara and K. Michelle take the plunge on a double date. Rich finally admits his love.

CC  TV-14  42min  January 13, 2014

$1.99

**11. Put A Ring On It** Joe proposes to Tahiry in Times Square as Rich confronts Erica Mena and Cyn in the studio. Saigon and Erica Jean get a blessing while Peter and Amina have a kid crisis. Yandy stays strong while Tara calls it quits.

CC  TV-14  42min  January 20, 2014

$1.99

**12. All Good Things...** Worlds collide at Erica Mena's performance as Rich reveals the final truth to Cyn. Nick Cannon convinces Peter to seal the deal while Yandy and Mendeecees plot their future. Tahiry and Rashidah meet for their final battle.

CC  TV-14  42min  January 27, 2014

$1.99

**13. Reunion Part 1** The cast of Love & Hip-Hop reunite and host Mo'Nique gets to the bottom of this season's messy love triangles and relationships. Drama ensues with shocking reveals and explosive words, both on and off stage.

CC  TV-14  42min  February 3, 2014

$1.99

**14. Reunion Part 2** The reunion picks up right where it left off and starts with a shocking reveal. Host Mo'Nique gets to the bottom of this season's messy love triangles and relationships. Drama ensues with explosive words, both on and off stage. Presented by VH1.

CC  TV-14  42min  February 10, 2014

$1.99

**101. For the Love of Hip Hop** The newest ladies of this season share Hip Hop's influence on their lives and it's importance in New York. Then check out their favorite moments and characters from past Love & Hip Hop seasons.

CC  TV-14  4min  October 14, 2013

$0.00

**102. Meet the New Cast** Meet the newest cast of Love & Hip Hop Season 4!

CC  TV-14  9min  October 20, 2013

$0.00

## Customers Who Bought This Item Also Bought






## Product Details

| Genres | Reality TV |
| --- | --- |
| Supporting actors | Joe Budden, Consequence, Rich Dollaz, Tahiry Jose, Olivia Longott, Erica Mena, Winter Ramos, Yandy Smith, Raqi Thunda |
| Season year | 2013 |
| Network | VH1 |
| Executive Producer | Toby Barraud |
| Purchase rights | Stream instantly and download to 2 locations Details ▾ |
| Format | Amazon Instant Video (streaming online video and digital download) |
| Terms of use | By placing your order, you agree to our Terms of Use. |

## Customer Reviews

★★★★☆ (15)
4.4 out of 5 stars

| | | |
| --- | --- | --- |
| 5 star | | 8 |
| 4 star | | 5 |
| 3 star | | 2 |
| 2 star | | 0 |
| 1 star | | 0 |

See all 15 customer reviews ▸

> I look forward to my Mondays.
> *Felicia*

> So far, my favorite returning cast members are Erica Mena, Rich Dollaz,, and Peter Gunz..
> *BEACHGUY*

> It makes you think am I that person , do I love him can I live without him and so on.
> *Carmen*

### Product Images from Customers

Add a product image

### Most Recent Customer Reviews

★★★★★ **My guilty. Pleasure!**
This season has been by far the most interesting. Peter Guns triangle was intriguing. Also I like looking at Joe he is so fine! ,. Read more

Published 9 days ago by Felicia X

★★★★★ **GREAT SEASON!!**
VERY JUICY THIS SEASON!! LHHNY NEEDED SOMETHING TO GIVE IT THE DRAMA THAT SOME OF US WATCH REALITY SHOWS FOR! I AM ENJOYING EVERY MINUTE OF THIS SEASON!!

Published 2 months ago by Sexy Lexie

★★★★★ **The truth.**
The show is great and I like Erica Mena she is fine! and hot/ sexy and she can sing a heart felt ballot way better then Olivia, Olivia was hating/jealous of erica that why she... Read more

Published 2 months ago by kevin lowe

★★★☆☆ **Not Bad**
I think love and hip hop Atlanta appears to be better than New York cast. However, it's great

### Most Helpful Customer Reviews

2 of 2 people found the following review helpful

★★★★☆ **Lots of Drama**
By valorie on February 4, 2014
Format: Amazon Instant Video | **Amazon Verified Purchase**

All of the cast were interesting people... The least interesting to me was Yandy, I don't think she really fit in with the rest of the drama queens on the show. Unbelievable how Peter Gunz was able to pull off his web of deception and get as far as he did. Erica Mena, is another one. She totally messed with Cyns life getting her into a relationship and she was only manipulating her to get what she wanted out of Rich Dollahs who is a creep! I'm glad Erica J and Saigon, got their relationship together, although I don't think Brian aka Saigon is ready... He's still too immature. I'm also glad Tahiry refused to marry her guy, I don't think he's ready yet either. I hope Lexie and Tahiry stay close, they need each other.

The little stripper/rapper girl with no hair, I don't get her at all. She thought way too much of herself.

Amina, You were lied to, you can do better.

Tara, find yourself a good man and live your life.

K. Don't worry about the haters, keep singing and living your life.

Anyway, I enjoyed watching! all of the Drama. I hope there will be another season. I also hope there is another season of Love and Hip Hop Atlanta!

( I know I probably got some of the names wrong, but you know who I mean).

| Comment | Was this review helpful to you? | Yes | No |

2 of 2 people found the following review helpful

 **Educational**

By MovieAddict on January 8, 2014

Format: Amazon Instant Video | **Amazon Verified Purchase**

The cast is very brave to show who they are from the inside out. This show can be heart wrenching watching the featured individuals making decisions and acting on those decisions in pursuit of what they perceive to be "happiness". Oh my goodness

this show reminds me of when I was younger pursuing a career and success. But life happens for the better or worse and cannot be avoided when trying to achieve your dreams.

| Comment | Was this review helpful to you? | Yes | No |

1 of 1 people found the following review helpful

★★★★☆ **Suspenceful**

By Joyce Turner on February 19, 2014

Format: Amazon Instant Video | **Amazon Verified Purchase**

If you like drama you'll love this reality show. Never a dull moment with these characters. Is there going to be a new season?
Joyce

| Comment | Was this review helpful to you? | Yes | No |

1 of 1 people found the following review helpful

★★★★★ **Love it**

By Valeria on February 17, 2014

Format: Amazon Instant Video | **Amazon Verified Purchase**

The show is awesome the producers have done a great job and the dramatics are on 10 for these people a must watch show

| Comment | Was this review helpful to you? | Yes | No |

1 of 1 people found the following review helpful

★★★★☆ **Must watch**

By Carmen on February 6, 2014

Format: Amazon Instant Video | **Amazon Verified Purchase**

This show has a connect with you are someone you know. It makes you think am I that person , do I love him can I live without him and so on.

| Comment | Was this review helpful to you? | Yes | No |

1 of 1 people found the following review helpful

★★★☆☆ **watchable**

By c hightower on February 5, 2014

Format: Amazon Instant Video | **Amazon Verified Purchase**

its ridiculous and entertaining it's like watching a live action cartoon. I think that was there goal and they achieved it.

| Comment | Was this review helpful to you? | Yes | No |

1 of 1 people found the following review helpful

★★★★★ **Love love love it**

By Nicole Felder on January 12, 2014

Format: Amazon Instant Video | **Amazon Verified Purchase**

Love this show I watch it every week it's one of my favorite shows to watch on vh1 and I love not having to watch the commercials

| Comment | Was this review helpful to you? | Yes | No |

1 of 1 people found the following review helpful

★★★★★ **It goes down on Love & Hip Hop**

By Felicia on January 11, 2014

Format: Amazon Instant Video | **Amazon Verified Purchase**

I look forward to my Mondays. I am all about other folks drama and the people on this show bring the drama. This episode is better than episode 3. Stevie J don't have nothing on peter Guns and his love triangle. I am glad that K Michele isn't acting out in this episode she is the more mature

entertainment for our viewer.

Published 2 months ago by Rating My Best Pick

★★★★★ **DRAMA!!!!!!**

Ooooo Lawd!! What are we gonna do with Peter...smh...Poor Mendeces 15 years Fed time...I would have never thought this show would end up here after Chrissy and Jones left..

Published 3 months ago by Jamara Leigh Whitfield

### Search Customer Reviews



| [Search field] | Search |

☑ Only search this product's reviews

woman in this episode. She is able to give advice rather than someone telling her about her flaws.

I enjoy the show a great deal and I can't wait for next Monday to arrive.

Comment  |  Was this review helpful to you?   [ Yes ]   [ No ]

**See all 15 customer reviews (newest first) ▸**

[ Write a customer review ]

---

    Your Recently Viewed Items and Featured Recommendations



amazon Try Prime Your Amazon.com Today's Deals Gift Cards Sell Help St. Patrick's Day › Shop now

Shop by Department | Search | Amazon Instant Video | Go | Hello. Sign in Your Account | Try Prime | 0 Cart | Wish List

Amazon Instant Video | Prime Instant Video | Shop Instant Video | Your Watchlist | Your Video Library | Settings | Getting Started | Help

# Love & Hip Hop 4 Seasons 2011

amazon instant video

**Season 2** ★★★★★ (6) | IMDb 7.1/10

**1. Still Look Pretty** TV-14 CC

Chrissy still doesn't have a ring on her finger & her rapper boyfriend Jim Jones has already lost his! Emily has finally found the resolve to call it quits with her commitment-phobic rapper boyfriend.

**Runtime:** 43 minutes
**Original air date:** November 14, 2011

Buy with 1-Click®

Episode 1
Buy $1.99

Season 2
Buy $14.99

Redeem a gift card or promotion code

Add Season to Watchlist

Share

Sold by Amazon Digital Services, Inc. Additional taxes may apply.

Send us Feedback

Season 2

**1. Still Look Pretty** Chrissy still doesn't have a ring on her finger & her rapper boyfriend Jim Jones has already lost his! Emily has finally found the resolve to call it quits with her commitment-phobic rapper boyfriend. — $1.99

CC | TV-14 | 43min | November 14, 2011

**2. B----, I'm Fuego** In the aftermath of the fight that went down at Emily's emancipation party, everyone tries to make sense of it all but battle lines are beginning to emerge. Yandy gives Chrissy a self-help book aimed at troublesome in-laws. — $1.99

CC | TV-14 | 43min | November 21, 2011

**3. A Toast to Kimbella** Trying to help Emily transition into single life, good friend & recording artist Teairra Mari drags her to an industy event, which turns out to be a party celebrating Kimbella's cover photo on "Black Men's Magazine". — $1.99

CC | TV-14 | 42min | November 28, 2011

**4. Fizzy-chotic** Olivia reveals her troubled relationship with her mom. Meanwhile, Jim's mom Nancy is working hard to improve relations with Chrissy. Kimbella also tries to make up with Emily by throwing her a party. — $1.99

CC | TV-14 | 42min | December 5, 2011

**5. Emily's 'Fabolous' Life** Emily's new life as a single working mom takes off when she lands a high profile styling job during New York's fashion week. But when Fab shows up to support her, everyone begins to wonder just how "single" she really is. — $1.99

CC | TV-14 | 43min | December 19, 2011

**6. Bottle Service** Jim buys himself a fancy new car which doesn't sit well with Chrissy who is still waiting for her fancy new ring. She meets with a trusted aunt and uncle who drop some wisdom that seems to give her renewed strength. — $1.99

CC | TV-14 | 42min | December 26, 2011

**7. These Are The Breaks** Chrissy gives in to pent up frustration & questions her relationship with Jim. To clear her head, she takes off to Miami with Emily & Olivia. Is Jim's secret plan to engage Chrissy too little too late?     $1.99

`CC` `TV-14` `43min` `January 2, 2012`

**8. Miami Vice** Jim Jones surprises Chrissy in Miami with a touchin proposal. Meanwhile, Teirra Mari & Olivia are both being courted by producer Rico Love. It's a three way that creates instant tensions.     $1.99

`CC` `TV-14` `39min` `January 9, 2012`

**9. Back to Reality** Olivia meets with influential DJ Funk Master Flex hoping she'll be able to move forward by confronting her harshest critics. Meanwhile, there may be a light at the end of the tunnel for her record deal quest.     $1.99

`CC` `TV-14` `42min` `January 16, 2012`

**10. At the End of the Day** Jim & Chrissy confront the inevitable: will they marry or split up? Is Olivia finally on the path to success? And how exactly will Yandy re-position herself now that she's dropped her number one client after 7 years.     $1.99

`CC` `TV-14` `43min` `January 23, 2012`

**11. Reality Check** In revealing, one-on-one interviews, all of the Love and Hip Hop stars speak frankly about which cast members they get along with, who they hate, and answer all of the burning questions that the fans want to know.     $1.99

`CC` `TV-14` `40min` `February 6, 2012`

## Customers Who Bought This Item Also Bought

   

## Product Details

| | |
|---|---|
| Genres | Reality TV |
| Supporting actors | Chrissy Lampkin, Olivia Longott, Somaya Reece, Yandy Smith, Kimberly Vanderhee |
| Season year | 2012 |
| Network | VH1 |
| Executive Producer | Toby Barraud |
| Purchase rights | Stream instantly and download to 2 locations Details ▾ |
| Format | Amazon Instant Video (streaming online video and digital download) |
| Terms of use | By placing your order, you agree to our Terms of Use. |

## Other Formats



DVD
$24.95

## Customer Reviews

★★★★☆ (6)
4.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 2 |
| 4 star | | 2 |
| 3 star | | 2 |
| 2 star | | 0 |
| 1 star | | 0 |

See all 6 customer reviews ›

Share your thoughts with other customers

Write a customer review

## Most Helpful Customer Reviews

2 of 2 people found the following review helpful
★★★☆☆ **I wish there were more seasons!**
By abobo on January 25, 2013
Format: Amazon Instant Video | **Amazon Verified Purchase**
This series is full of drama. I'd recommend it to anyone. Only if they could all just keep it together, maybe I'm just getting too mature for stuff like this...people who take for granted what they do have.

Comment | Was this review helpful to you?   Yes   No

3 of 4 people found the following review helpful
★★★★★ **Chrissy Lampkin Rocks!!!!!**
By oyvnne on November 18, 2012
Format: DVD | **Amazon Verified Purchase**
I love Chrissy,she is a down to earth girl who does not put up with nonsense.I wish her and Jimmy the best...

Comment | Was this review helpful to you?   Yes   No

★★★★★ **#1 Show**
By Munchie on November 27, 2011
**Amazon Verified Purchase**
I love this show!!! $1.99 per show if u miss it. You can also download or save it because u own it!

Comment | Was this review helpful to you?   Yes   No

See all 6 customer reviews (newest first) ›

Write a customer review

## Product Images from Customers

Add a product image

## Most Recent Customer Reviews

★★★☆☆ **Love and Hip Hop 2**
This show is entertaining but a bit much for me.
I gave this a 3 star rating because my wife enjoys this show and this type of reality tv.

Published 14 months ago by K. Criswell

★★★★☆ **Reality Check Indeed**
With this episode, I could see with my own eyes how much a bitch Chrissy is!!! Why would people want to associate with such a psychopath?!?!?!

Published 18 months ago by dadiva

★★★★★ **i really love this show it always makes my day everytimei watch it.**
loving
crazy
complicated
loyality
friendship
it was very touching on some esp.
i love jim jone and chrissy relationship
hardship

Published on March 2, 2012 by Amazon Customer

### Search Customer Reviews

[   ] Search
☑ Only search this product's reviews

---

Your Recently Viewed Items and Featured Recommendations



Loading

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Become an Affiliate | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Shop with Points | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Credit Card Marketplace | Returns & Replacements |
| Amazon in the Community | › See all | Amazon Currency Converter | Manage Your Kindle |
| | | | Help |

AMAZON.COM

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | Alexa<br>Actionable Analytics<br>for the Web | AmazonFresh<br>Groceries & More<br>Right To Your Door | Amazon Local<br>Great Local Deals<br>in Your City | AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
| Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Bookworm.com<br>Books For Children<br>Of All Ages | Casa.com<br>Kitchen, Storage<br>& Everything Home | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands |
| Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Vine.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2014, Amazon.com, Inc. or its affiliates



amazon Try Prime
Your Amazon.com Today's Deals Gift Cards Sell Help
St. Patrick's Day
› Shop now
Shop by Department Search Amazon Instant Video Go Hello. Sign in Your Account Try Prime 0 Cart Wish List
Amazon Instant Video Prime Instant Video Shop Instant Video Your Watchlist Your Video Library Settings Getting Started Help

# Love & Hip Hop 4 Seasons 2013

amazon instant video

**Season 3** ★★★★★ (10)

**1. The Whole Truth and Nothing But The Truth** TV-14 CC

Exes Tahiry and Joe have some unfinished business and are trying to redefine their friendship while dealing with interference from Joe's "best friend" and trouble maker Raqi Thunda.

**Starring:** Lore'l, Rashidah Ali
**Runtime:** 42 minutes
**Original air date:** January 7, 2013
Available in HD on supported devices.

Buy with 1-Click®

Episode 1
Buy HD $2.99 | Buy $1.99

Season 3
Buy HD $34.99 | Buy $22.99

Redeem a gift card or promotion code

Add Season to Watchlist

Share

Sold by Amazon Digital Services, Inc. Additional taxes may apply.

Send us Feedback

Season 3

**1. The Whole Truth and Nothing But The Truth** Exes Tahiry and Joe have some unfinished business and are trying to redefine their friendship while dealing with interference from Joe's "best friend" and trouble maker Raqi Thunda. $1.99

CC TV-14 42min January 7, 2013

**2. Raq and a Hard Place** Joe puts Raqi in her place for stepping over the line and ends their friendship, but now he is dealing with a much greater personal problem. Jen and Cons celebrate their sons' first birthday, but argue over religious differences. $1.99

CC TV-14 42min January 14, 2013

**3. Family Matters** Consequence and Jen deal with the conflicting role religion plays in their relationship. Mendeecees and Yandy wonder if they are both ready to take the next step in their relationship. $1.99

CC TV-14 42min January 21, 2013

**4. Life Support** Erica and Olivia meet to settle the score. Tahiry continues be a part of Joe's support team and surprises him with a pop-up visit and gift. Yandy and Mendeecees face a most difficult time as parents. $1.99

CC TV-14 42min January 28, 2013

**5. Can't Take The Heat** Tahiry and Joe continue on their path of trying to work on friendship. Yandy gets out of the doghouse with Mendeecees by making a sexy video for his birthday. Rich reluctantly agrees to Erica doing a ballad as her first single. $1.99

CC TV-14 42min February 4, 2013

**6. Ain't Always About The Dollaz** Rich gives Erica an ultimatum in her career. Kaylin takes a stand regarding Joe and Tahiry's relationship, but when Tahiry sees Kaylin, it gets ugly. Cons sticks up for Jen by defending his girl. $1.99

CC TV-14 42min February 18, 2013

**7. Burn After Reading** Mendeecees and Maurice bury the hatchet. Rich considers the advice of people closest to him regarding his relationship with Erica. Cons and Jen interview potential babysitters for Caiden.

CC   TV-14   42min   February 25, 2013      $1.99

**8. Closing The Book** Rich takes action and confronts Erica on her wrongdoings but she remains steadfast in proving her worth. Joe has a revelation about how he has treated Tahiry and commits to changing. Rashidah launches her new shoe line, but still can't escape negativity.

CC   TV-14   42min   March 4, 2013      $1.99

**9. Redemption Song** Lore'l and Cons attempt to do a record together. Raqi and Rashidah prove their disdain for one another. Joe finally steps up to the plate and supports Tahiry in her career, but does she trust his intentions? Rich pulls the rug out from underneath Erica.

CC   TV-14   42min   March 11, 2013      $1.99

**10. Do The Right Thing** Erica fights to get her man back the best way she knows how, but a secret is revealed to Olivia that may spice things up. Tahiry gears up for a meaningful trip and is pleasantly surprised by Joe's support.

CC   TV-14   42min   March 18, 2013      $1.99

**11. With Or Without You?** Rich realizes the love triangle he has created has to come to an end. Joe accompanies Tahiry to DR for more than just support. Mendeecees and Yandy's family is about to embark on something that can ultimately tear them apart.

CC   TV-14   42min   March 25, 2013      $1.99

**12. One Day At A Time** Joe and Tahiry deal with the realizations they've made in DR, which involves the fate of his relationship with Kaylin. Deep secrets are revealed between Rich and Erica. Yandy copes with the recent drama surrounding her family.

CC   TV-14   43min   April 1, 2013      $1.99

**13. Love & Hip Hop Reunion Part 1** The drama unfolds as the the ladies of "Love & Hip Hop NY" reunite to get into all the issues, the beef, and the madness that occurred during and after the cameras rolled.

CC   TV-14   43min   April 8, 2013      $1.99

**14. Love & Hip Hop Reunion Part 2** The drama unfolds as the the ladies of "Love & Hip Hop NY" reunite to get into all the issues, the beef, and the madness that occurred during and after the cameras rolled.

CC   TV-14   42min   April 15, 2013      $1.99

**Love & Hip Hop Special** Check out an exclusive sneak peek at the upcoming "Love & Hip Hop" Season 3 - and a behind the scenes look at the taping of "Love & Hip Hop Atlanta".

CC   TV-14   42min   December 16, 2012      $0.00

**Season 3: Meet the Cast** Catch up with some of your favorite cast members on Love & Hip Hop, and get a sneak peek of the newest members on Season 3.

CC   TV-14   25min   January 6, 2013      $1.99

## Customers Who Bought This Item Also Bought

›






## Product Details

| | |
|---|---|
| Genres | Reality TV |
| Starring | Lore'l, Rashidah Ali |
| Supporting actors | Joe Budden, Rich Dollaz, Mendeecees Harris, Tahiry Jose, Olivia Longott, Lore'l, Alisa Maria, Erica Mena, Dexter Mills, Winter Ramos, Heather Robinson, Yandy Smith |
| Season year | 2013 |
| Network | VH1 |
| Executive Producer | Brad Abramson |
| Purchase rights | Stream instantly and download to 2 locations Details ▾ |
| Format | Amazon Instant Video (streaming online video and digital download) |
| Terms of use | By placing your order, you agree to our Terms of Use. |

## Other Formats



DVD
$29.95

## Customer Reviews

★★★½ (10)
3.3 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 4 |
| 4 star | | 1 |
| 3 star | | 1 |
| 2 star | | 2 |
| 1 star | | 2 |

See all 10 customer reviews ▸

Share your thoughts with other customers

Write a customer review

### Most Helpful Customer Reviews

2 of 2 people found the following review helpful
★★☆☆☆ **it was okay**
By Marcus Cash on April 24, 2013
Format: Amazon Instant Video
This season was okay, dial down the drama some and show some more hip hop being made. I wonder how the Atalanta season will be.

Comment | Was this review helpful to you? Yes No

1 of 1 people found the following review helpful
★★☆☆☆ **Aint Atlanta**
By DametreaRenae on November 8, 2013
Format: Amazon Instant Video    **Amazon Verified Purchase**

### Product Images from Customers

Add a product image

### Most Recent Customer Reviews

★★★★★ **EXCELLENT BUY**
I AM A BIG FAN OF LOVE AND HIP HOP AND I ALSO OWN SEASONS ONE AND TWO OF NY AND NOT ONLY DID IT MEET MY EXPECTATIONS BUT I HAD NO PROBLEMS WITH THE DVD.

Published 1 day ago by Curtis knuckles

★★★★★ **go ladies**
these ladies are so cool, I love the way they keep it real, can't wait to see the next show

Published 11 months ago by diana

★★★★★ **Lame!! Waste of money. Bring back L&HH Atlanta...**
I purchased this series and I fall asleep before the end of each version. The Love and Hip Hop Atlanta

They definately ain't Atlanta! I do love Tahiry though. Erica sit down, I bet she really ain't as tough as she be actin. Get ya life boo!!!

Comment | Was this review helpful to you? [ Yes ] [ No ]

1 of 1 people found the following review helpful

★★★★☆ **Love & Hip Hop, New York**

By Delores C-H on October 26, 2013

Format: DVD

This show could be a great show , if Chrissy could tone it down and stop trying to be so ghetto, she act more like a dude than a lady. I really don't like her character on this show at all. Other than that, this is a good show. I think I like Love & Hip Hop Atlanta better

Comment | Was this review helpful to you? [ Yes ] [ No ]

1 of 1 people found the following review helpful

★★★★★ **Great Show**

By Chihuahua Mom on August 4, 2013

Format: DVD | **Amazon Verified Purchase**

I love this show. It's one of my guilty pleasures. I can't wait for more seasons to come to dvd!

Comment | Was this review helpful to you? [ Yes ] [ No ]

★★★★★ **My Show 4 Sho**

By Mrslpz on March 9, 2014

Format: Amazon Instant Video | **Amazon Verified Purchase**

Love the drama, with all seasons. I love Erica Mena, and Yandy, but cannot stand Olivia.. Washed up...go away please

Comment | Was this review helpful to you? [ Yes ] [ No ]

See all 10 customer reviews (newest first) ›

[ Write a customer review ]

had me sitting on the edge of my seat! They were entertaining!

Published 13 months ago by Shauna Peach

★★★☆☆ **overall?**

yandy really has no relevance to the show but being Mona's extra replacement Olivia might as well give it up your showing just what rich said Arrogant for no reason last single was... Read more

Published 13 months ago by ohnellieee

★☆☆☆☆ **Too stank for my taste - Very Ghetto**

Too stank for my taste. Ugly ghetto girls yelling and screaming at each other. Very confrontational stank drama momma's. Totally not interested in this trash.

Published 13 months ago by James A. Anderson Jr.

### Search Customer Reviews

[                    ] [ Search ]

☑ Only search this product's reviews

---

## Your Recently Viewed Items and Featured Recommendations



Loading..

---

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Kindle
Help

**amazon**.com

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Spain  United Kingdom

| 6pm | AbeBooks | AfterSchool.com | Alexa | Amazon Fresh | Amazon Local | AmazonSupply | Amazon Web Services |
| Score deals on fashion brands | Rare Books & Textbooks | Kids' Sports, Outdoor & Dance Gear | Actionable Analytics for the Web | Groceries & More Right To Your Door | Great Local Deals in Your City | Business, Industrial & Scientific Supplies | Scalable Cloud Computing Services |

| Audible | BeautyBar.com | Book Depository | Bookworm.com | Casa.com | CreateSpace | Diapers.com | DPReview |
| Download Audio Books | Prestige Beauty Delivered | Books With Free Delivery Worldwide | Books For Children Of All Ages | Kitchen, Storage & Everything Home | Indie Print Publishing Made Easy | Everything But The Baby | Digital Photography |

| East Dane | Fabric | IMDb | Junglee.com | Kindle Direct Publishing | Look.com | MYHABIT | Shopbop |
| Designer Men's Fashion | Sewing, Quilting & Knitting | Movies, TV & Celebrities | Shop Online in India | Indie Digital Publishing Made Easy | Kids' Clothing & Shoes | Private Fashion Designer Sales | Designer Fashion Brands |

| Soap.com | TenMarks.com | Vine.com | Wag.com | Warehouse Deals | Woot! | Yoyo.com | Zappos |
| Health, Beauty & Home Essentials | Math Activities for Kids & Schools | Everything to Live Life Green | Everything For Your Pet | Open-Box Discounts | Discounts and Shenanigans | A Happy Place To Shop For Toys | Shoes & Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2014, Amazon.com, Inc. or its affiliates

Case 2:14-cv-01748-DDP-JCG Document 1 Filed 03/10/14 Page 91 of 114 Page ID #:91

amazon Try Prime

Your Amazon.com Today's Deals Gift Cards Sell Help

St. Patrick's Day
Shop now

Shop by Department | Search | Amazon Instant Video | Go | Hello. Sign in Your Account | Try Prime | 0 Cart | Wish List

Amazon Instant Video | Prime Instant Video | Shop Instant Video | Your Watchlist | Your Video Library | Settings | Getting Started | Help

# Love & Hip Hop 4 Seasons 2011

**Season 1** ★★★★★ (8) | IMDb **7.6**/10

## 1. Love & Hip Hop TV-14

Rapper Somaya Reece arrives in NY; Emily contemplates her relationship with rapper Fabolous; Chrissy discovers that her boyfriend Jim Jones is collaborating with Somaya Reece. Chrissy and Somaya clash at an NBA draft party.

**Runtime:** 22 minutes
**Original air date:** March 6, 2011

amazon instant video

Buy with 1-Click®

Episode 1

Buy $1.99

Season 1

Buy $12.99

Redeem a gift card or promotion code

Add Season to Watchlist

Share

Sold by Amazon Digital Services, Inc. Additional taxes may apply.

Send us Feedback

Season 1

**1. Love & Hip Hop** Rapper Somaya Reece arrives in NY; Emily contemplates her relationship with rapper Fabolous; Chrissy discovers that her boyfriend Jim Jones is collaborating with Somaya Reece. Chrissy and Somaya clash at an NBA draft party. $1.99

TV-14 | 22min | March 6, 2011

**2. Birthday** Chrissy and Momma Jones plan a birthday party for Jim; Emily asks her client, NY Jets football star Darrelle Revis, about his relationship with Olivia; Somaya's manager Maurice pushes her too far on a sexy photo shoot. $1.99

TV-14 | 22min | March 21, 2011

**3. The Yacht** Emily confronts Olivia about her relationship with NY Jets football star Darrelle Revis; The girls get together for a day on a Yacht. Things turn nasty when Somaya presses Chrissy on her failed collaboration with Jim Jones. $1.99

TV-14 | 22min | March 28, 2011

**4. Aftermath** Jim Jones confronts Somaya's manager Maurice for talking trash about Chrissy. Somaya finds comfort in the arms of her ex-boyfriend, rapper X. $1.99

TV-14 | 22min | April 4, 2011

**5. A Voice** Emily visits Mashonda at the run-down house she shared with ex-husband Swizz Beats. Mashonda dares Emily to find her voice. Olivia breaks down over her career. Somaya lays into Olivia for sparking the fight between Jim & Maurice $1.99

TV-14 | 22min | April 11, 2011

**6. Proposal** Chrissy decides she's going to propose to Jim and comes up with a sexy way to do it. Olivia performs at a important industry showcase. Chrissy has second thoughts about her elaborate proposal. $1.99

TV-14 | 22min | April 18, 2011

**7. Hold You Down** Chrissy proposes to Jim, he says "I'm with you"; Momma Jones is mad about the $1.99



secret news. Fab skips Emily's family photo shoot. Olivia helps Jim make a song for Chrissy. Somaya slams Olivia online; Olivia's manager vows revenge

`TV-14` `22min` `April 25, 2011`

**8. Me Against the Joneses** Jim is reluctant to plan a future with Chrissy. Emily seriously contemplates her relationship after a new Fab rumor emerges. Rich confronts Somaya for dissing Olivia. Chrissy tries to mend ways with Momma Jones but it goes sour.                   $1.99

`TV-14` `22min` `May 2, 2011`

**9. Reunion** Do you think that Mama Jones and Chrissy will have words? Will Olivia talk some smack to Somaya after "December" trounced "Would You Still Love Me" on the charts? Will Maurice dare show his face? Find out what happens when the cast is reunited.                   $1.99

`TV-14` `1h 4min` `May 16, 2011`

## Customers Who Bought This Item Also Bought

   

## Product Details

| | |
|---|---|
| Genres | Reality TV |
| Season year | 2011 |
| Network | VH1 |
| Executive Producer | Kenny Hull |
| Purchase rights | Stream instantly and download to 2 locations Details ▾ |
| Format | Amazon Instant Video (streaming online video and digital download) |
| Terms of use | By placing your order, you agree to our Terms of Use. |

## Customer Reviews

★★★★★ (8)
4.8 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 6 |
| 4 star | | 2 |
| 3 star | | 0 |
| 2 star | | 0 |
| 1 star | | 0 |

Share your thoughts with other customers

[ Write a customer review ]

See all 8 customer reviews ›

## Most Helpful Customer Reviews

1 of 1 people found the following review helpful
★★★★★ **Love&Hiphop**

### Product Images from Customers

[ Add a product image ]

### Most Recent Customer Reviews

★★★★★ **Love & Hip Hop**
Love Chrissy...Momma Jones...thats another story :)
Was a great show, kept me wanting more.
Watched all in one night, couldnt stop!

By Diva P on May 3, 2013

Format: Amazon Instant Video

Chrissy is a real woman love the show.The luv Jim and she have is just like me and my hubby and ppl envy that.

Comment | Was this review helpful to you?  [ Yes ] [ No ]

1 of 1 people found the following review helpful

⭐⭐⭐⭐⭐ **Funny**

By raven on May 2, 2013

Format: Amazon Instant Video

These people act ridiculous and I love it! Some of the story lines are good. If your not into drama don't watch this

Comment | Was this review helpful to you?  [ Yes ] [ No ]

1 of 1 people found the following review helpful

⭐⭐⭐⭐⭐ **Awesome Drama At Its Finest**

By Amazon Customer on April 28, 2013

Format: Amazon Instant Video

This Season Was Good!!! I Love Watching Other People's Drama. If They Like It I Love It!!! Chrissy Is My Girl Love Her To Pieces

Comment | Was this review helpful to you?  [ Yes ] [ No ]

⭐⭐⭐⭐⭐ **My fave!**

By kathryn koch on December 23, 2013

Format: Amazon Instant Video  |  Amazon Verified Purchase

One of my favorite shows ever!! I love the first 2 seasons only because Chrissy, jim, liv, ect are all in those, I didn't appreciate them changing all the characters like that, yes I know chrissy and jim got a spin-off but you couldn't pay me to watch seasons after 3rd.

Comment | Was this review helpful to you?  [ Yes ] [ No ]

See all 8 customer reviews (newest first) ›

[ Write a customer review ]

Published 10 months ago by JILL OWEN

⭐⭐⭐⭐⭐ **Love love and hip hop**

Ilooove this show kimbella has balls for a girl who just came into this group of woman she holds her own

Published 10 months ago by willona

⭐⭐⭐⭐⭐ **It was good!**

Wow, when I watched the second season I actually thought it was the first. This one was alright I liked it, the second season was even better.

Published 11 months ago by D. Moses

⭐⭐⭐⭐⭐ **Okay...**

Even though I love my fair share of trash tv; Jersey Shore, Bad Girls Club and Mob Wives....this show takes the cake. With the drama, fights and make ups. This show is crazy.  Read more

Published 12 months ago by a. strickland

## Search Customer Reviews

[                              ] [ Search ]

☑ Only search this product's reviews

## Your Recently Viewed Items and Featured Recommendations

See personalized recommendations

[ Sign in ]

New customer? Start here.

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Kindle
Help

AMAZON.com

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Spain  United Kingdom

6pm
Score deals
on fashion brands

AbeBooks
Rare Books
& Textbooks

AfterSchool.com
Kids' Sports, Outdoor
& Dance Gear

Alexa
Actionable Analytics
for the Web

AmazonFresh
Groceries & More
Right To Your Door

Amazon Local
Great Local Deals
in Your City

AmazonSupply
Business, Industrial
& Scientific Supplies

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download

BeautyBar.com
Prestige Beauty

Book Depository
Books With Free

Bookworm.com
Books For Children

Casa.com
Kitchen, Storage

CreateSpace
Indie Print Publishing

Diapers.com
Everything

DPReview
Digital

| Audio Books | Delivered | Delivery Worldwide | Of All Ages | | Made Easy | But The Baby | Photography |
|---|---|---|---|---|---|---|---|
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands |
| Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Vine.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2014, Amazon.com, Inc. or its affiliates



## VH1+SHOWS

▶ **Love And Hip Hop** »  Watch Video



**Main**

**Watch Video**

**» Full Episodes**

**» Show Clips**

**» Bonus Clips**

**Episode Summaries**

**Photos**

**Other Seasons**

**Cast Bios**

**Blog**

**Fan Us on Facebook**

**Buy On iTunes**

### Full Episodes (11)

Select a Season  Love And

Videos 1 - 11 of 11

**Miami Vice**
Jim Jones surprises Chrissy in Miami with a touching proposal. Kimbella faces the demons of her past
Posted 1/11/12    300,004

| | Episode | Type | | |
|---|---|---|---|---|
| ▶ | 211 | Full Episo | | |
| ▶ | 210 | Full Episo | | |
| ▶ | 209 | Full Episo | | |
| ▶ | 208 | Full Episode | Miami Vice | 1/11/12 |
| ▶ | 207 | Full Episode | These Are The Breaks | 1/04/12 |
| ▶ | 206 | Full Episode | Bottle Service | 12/28/11 |
| ▶ | 205 | Full Episode | Emily's Fabolous Life | 12/21/11 |
| ▶ | 204 | Full Episode | Fizzy-chotic | 12/07/11 |
| ▶ | 203 | Full Episode | A Toast to Kimbella | 11/30/11 |
| ▶ | 202 | Full Episode | B----, I'm Fuego | 11/23/11 |
| ▶ | 201 | Full Episode | Still Look Pretty | 11/16/11 |

### Sponsored Links

**Is He Cheating On You?**
1) Enter His Email Address 2) See Hidden Pics & Social Profiles Now!
SPOKEO.COM/FIND-CHEATERS »

**Articles From Experts**
Understand Why Beauty Equals Health Take Our Relationship Quiz Today!
WWW.YOUBEAUTY.COM/RELATIONSHIPQUIZ »

**Arrest Records Now Online**
1) Enter Name and State. 2) Access Anyone's Public Records Instantly.
INSTANTCHECKMATE.COM »

TAKE **FREE ONLINE COURSES** FROM THE BEST UNIVERSITIES IN THE WORLD.

VIEW THE LATEST COURSES AT EDX.ORG »



Advertisement

## VH1

SHOWS    CELEBRITY    MUSIC    VIDEO    SCHEDULE

Search VH1.com  🔍  WEB

VISIT VH1 ON:   f   🐦   G+   t   📷   ✒   📌   ▶

| VH1 SITES | STAY CONNECTED | CORPORATE | TERMS/POLICY |
|---|---|---|---|
| Basketball Wives | VH1 on Facebook | Jobs | Help/FAQ |
| Love & Hip Hop | VH1 on Twitter | Advertising Contacts | Terms Of Use |
| Mob Wives | VH1 on Tumblr | Partners | Privacy Policy/Your CA Privacy Rights (updated 12/26/13) |
| T.I. & Tiny | VH1 on Google+ | Public Affairs | Copyright Compliance Policy |
| VH1 Celebrity | Newsletters | VH1 Press | Social Project Privacy Statement |
| Top 20 Countdown | Add RSS Headlines | | Social Project Terms of Use |
| VH1 Blog | VH1 App | | User Content Submission Agreement |
| Tuner Blog | | | Closed Captioning Contact |
| VH1 Classic | | | |






**GIRL**
PHARRELL WILLIAMS

VH1+SHOWS

▶ Love And Hip Hop  ≫  Watch Video



LOVE & HIP HOP

Main

Watch Video

» Full Episodes

» Show Clips

» Bonus Clips

Episode Summaries

Photos

Other Seasons

Cast Bios

Blog

Fan Us on Facebook

Buy On iTunes

## Full Episodes (14)

Select a Season   Love And Hip Hop: Season 3 ▼

Videos 1 - 14 of 14

| | Episode | Type | Title | Date |
|---|---|---|---|---|
| ▶ | 314 | Full Episode | The Reunion (Part II) | 4/17/13 |
| ▶ | 313 | Full Episode | The Reunion (Part 1) | 4/10/13 |
| ▶ | 312 | Full Episode | One Day At A Time | 4/03/13 |
| ▶ | 311 | Full Episode | With Or Without You | 3/27/13 |
| ▶ | 310 | Full Episode | Do The Right Thing | 3/20/13 |
| ▶ | 309 | Full Episode | Redemption Song | 3/13/13 |
| ▶ | 308 | Full Episode | Closing The Book | 3/06/13 |
| ▶ | 307 | Full Episode | Burn After Reading | 2/27/13 |
| ▶ | 306 | Full Episode | Ain't Always About The Dollaz | 2/20/13 |
| ▶ | 305 | Full Episode | Can't Take The Heat | 2/06/13 |
| ▶ | 304 | Full Episode | Life Support | 1/30/13 |
| ▶ | 303 | Full Episode | Family Matters | 1/23/13 |
| ▶ | 302 | Full Episode | Raq and a Hard Place | 1/16/13 |
| ▶ | 301 | Full Episode | The "Ho" Truth and Nothing But The Truth... | 1/09/13 |

## Sponsored Links

Is He Cheating On You?
1) Enter His Email Address 2) See Hidden Pics & Social Profiles Now!
SPOKEO.COM/FIND-CHEATERS»

Articles From Experts
Understand Why Beauty Equals Health Take Our Relationship Quiz Today!
WWW.YOUBEAUTY.COM/RELATIONSHIPQUIZ»

Arrest Records Now Online
1) Enter Name and State. 2) Access Anyone's Public Records Instantly.
INSTANTCHECKMATE.COM»

TAKE
**FREE**
**ONLINE**
**COURSES**
FROM
THE BEST
UNIVERSITIES
IN THE
WORLD.

VIEW THE
LATEST COURSES
AT EDX.ORG ≫



Advertisement

VH1

SHOWS     CELEBRITY     MUSIC     VIDEO     SCHEDULE     Search VH1.com  🔍   WEB

VISIT VH1 ON:       

| VH1 SITES | STAY CONNECTED | CORPORATE | TERMS/POLICY |
|---|---|---|---|
| Basketball Wives | VH1 on Facebook | Jobs | Help/FAQ |
| Love & Hip Hop | VH1 on Twitter | Advertising Contacts | Terms Of Use |
| Mob Wives | VH1 on Tumblr | Partners | Privacy Policy/Your CA Privacy Rights (updated 12/26/13) |
| T.I. & Tiny | VH1 on Google+ | Public Affairs | Copyright Compliance Policy |
| VH1 Celebrity | Newsletters | VH1 Press | Social Project Privacy Statement |



Top 20 Countdown          Add RSS Headlines                    Social Project Terms of Use
VH1 Blog                  VH1 App                              User Content Submission Agreement
Tuner Blog                                                     Closed Captioning Contact
VH1 Classic
VH1 Mobile
Best Week Ever

©2013 Viacom International Inc. All Rights Reserved.
VH1 and all related titles and logos are trademarks of Viacom International Inc.

Ad Choices



10 NEW SONGS INCLUDING **HAPPY**

## VH1+SHOWS

▶ **Love And Hip Hop** » **Watch Video**



Main

» Full Episodes

» Show Clips

» Bonus Clips

Episode Summaries

Photos

Other Seasons

Cast Bios

Blog

Fan Us on Facebook

Buy On iTunes

## Full Episodes (12)

Select a Season  Love And Hip Hop: Season 4 ▼

Videos 1 - 12 of 12

| | Episode | Type | Title | Date |
|---|---|---|---|---|
| ▶ | 414 | Full Episode | The Reunion (Part 2) | 2/11/14 |
| ▶ | 413 | Full Episode | The Reunion (Part 1) | 2/04/14 |
| ▶ | 411 | Full Episode | Put A Ring On It | 1/21/14 |
| ▶ | 410 | Full Episode | Red Alert | 1/14/14 |
| ▶ | 408 | Full Episode | Girls With Gunz | 12/31/13 |
| ▶ | 407 | Full Episode | Messy All Over The World | 12/10/13 |
| ▶ | 406 | Full Episode | Wife Swap | 12/03/13 |
| ▶ | 405 | Full Episode | Off The Record | 11/26/13 |
| ▶ | 404 | Full Episode | Picture This | 11/19/13 |
| ▶ | 403 | Full Episode | Lez B Honest | 11/12/13 |
| ▶ | 402 | Full Episode | Stray Bullet | 11/05/13 |
| ▶ | 401 | Full Episode | Everybody Plays The Fool | 10/29/13 |

## Sponsored Links

**Is He Cheating On You?**
1) Enter His Email Address 2) See Hidden Pics & Social Profiles Now!
SPOKEO.COM/FIND-CHEATERS»

**Articles From Experts**
Understand Why Beauty Equals Health Take Our Relationship Quiz Today!
WWW.YOUBEAUTY.COM/RELATIONSHIPQUIZ»

**Arrest Records Now Online**
1) Enter Name and State. 2) Access Anyone's Public Records Instantly.
INSTANTCHECKMATE.COM»

TAKE **FREE ONLINE COURSES** FROM **THE BEST UNIVERSITIES IN THE WORLD.**

VIEW THE LATEST COURSES AT EDX.ORG »



Advertisement

## VH1

SHOWS    CELEBRITY    MUSIC    VIDEO    SCHEDULE    Search VH1.com 🔍  WEB

VISIT VH1 ON:   f  🐦  g+  t  ⌷  ⌷  P  ▶

| VH1 SITES | STAY CONNECTED | CORPORATE | TERMS/POLICY |
|---|---|---|---|
| Basketball Wives | VH1 on Facebook | Jobs | Help/FAQ |
| Love & Hip Hop | VH1 on Twitter | Advertising Contacts | Terms Of Use |
| Mob Wives | VH1 on Tumblr | Partners | Privacy Policy/Your CA Privacy Rights (updated 12/26/13) |
| T.I. & Tiny | VH1 on Google+ | Public Affairs | Copyright Compliance Policy |
| VH1 Celebrity | Newsletters | VH1 Press | Social Project Privacy Statement |
| Top 20 Countdown | Add RSS Headlines | | Social Project Terms of Use |
| VH1 Blog | VH1 App | | User Content Submission Agreement |
| Tuner Blog | | | Closed Captioning Contact |

VH1 Classic
VH1 Mobile
Best Week Ever

©2013 Viacom International Inc. All Rights Reserved.
VH1 and all related titles and logos are trademarks of Viacom International Inc.

Ad Choices

Love & Hip Hop | Videos | VH1.com

## VH1+ SHOWS

▶ **Love And Hip Hop** » **Watch Video**



AdChoices ▷

### All Video (27)

Select a Season [ Love And Hip Hop: Season 1 ▾ ]

1 - 27 of 27

| | Episode | Type | Title | | Date |
|---|---|---|---|---|---|
| ▶ | 109 | Full Episode | Reunion Special | | 5/18/11 |
| ▶ | 109 | Show Clips | Best Moments From The Reunion Special | | 5/16/11 |
| ▶ | 108 | Show Clips | Top 10 Loudest, Hair-Raising Fights! | | 5/05/11 |
| ▶ | 108 | Full Episode | Me Against the Joneses | | 5/03/11 |
| ▶ | 108 | Show Clips | Best Moments From Episode 8 (Season Finale) | | 5/02/11 |
| ▶ | 108 | Bonus Clips | Episode 8 Bonus Clips (Season Finale) | | 5/02/11 |
| ▶ | 107 | Bonus Clips | Episode 7 Bonus Clips | | 4/25/11 |
| ▶ | 107 | Show Clips | Best Moments From Episode 7 | | 4/25/11 |
| ▶ | 106 | Full Episode | Proposal | | 4/19/11 |
| ▶ | 106 | Show Clips | Best Moments From Episode 6 | | 4/18/11 |
| ▶ | 106 | Bonus Clips | Episode 6 Bonus Clips | | 4/18/11 |
| ▶ | 105 | Full Episode | A Voice | | 4/12/11 |
| ▶ | 105 | Bonus Clips | Episode 5 Bonus Clips | | 4/11/11 |
| ▶ | 105 | Show Clips | Best Moments From Episode 5 | | 4/11/11 |
| ▶ | 104 | Full Episode | Aftermath | | 4/05/11 |
| ▶ | 104 | Bonus Clips | Episode 4 Bonus Clips | | 4/04/11 |
| ▶ | 104 | Show Clips | Best Moments From Episode 4 | | 4/04/11 |
| ▶ | 103 | Full Episode | The Yacht | | 3/29/11 |
| ▶ | 103 | Show Clips | Best Moments From Episode 3 | | 3/28/11 |
| ▶ | 103 | Bonus Clips | Episode 3 Bonus Clips | | 3/28/11 |
| ▶ | 102 | Full Episode | Birthday | | 3/22/11 |
| ▶ | 102 | Show Clips | Best Moments From Episode 2 | | 3/21/11 |
| ▶ | 102 | Bonus Clips | Episode 2 Bonus Clips | | 3/21/11 |
| ▶ | 101 | Full Episode | Series Premiere | | 3/15/11 |
| ▶ | 101 | Show Clips | Best Moments From Episode 1 | | 3/14/11 |
| ▶ | 101 | Bonus Clips | Episode 1 Bonus Clips | | 3/14/11 |
| ▶ | 101 | Show Clips | Supertrailer | | 2/10/11 |

#### Sidebar
- Main
- Watch Video
- » Full Episodes
- » Show Clips
- » Bonus Clips
- Episode Summaries
- Photos
- Other Seasons
- Cast Bios
- Blog
- Fan Us on Facebook
- Buy On iTunes

Advertisement

### Sponsored Links

**Is He Cheating On You?**
1) Enter His Email Address 2) See Hidden Pics & Social Profiles Now!
**SPOKEO.COM/FIND-CHEATERS**▸

**Articles From Experts**
Understand Why Beauty Equals Health Take Our Relationship Quiz Today!
**WWW.YOUBEAUTY.COM/RELATIONSHIPQUIZ**▸

**Arrest Records Now Online**



Love & Hip Hop Atlanta | Videos | VH1.com



lyrell coffee table black $597

## VH1 + SHOWS

▶ **Love & Hip Hop Atlanta** » **Watch Video**



Main

Watch Video

» Full Episodes

» Show Clips

» Bonus Clips

Episode Summaries

Photos

Cast Bios

Songs From The Show

Blog

Fan Us on Facebook

Buy on iTunes

Buy on DVD

**Upcoming Airings**

TV-14
**Thursday, March 20**
3:00 PM ET/PT on VH1
4:00 PM ET/PT on VH1
5:00 PM ET/PT on VH1
6:00 PM ET/PT on VH1

FULL TV SCHEDULE »

## Full Episodes (28)

1 - 28 of 28

| | Episode | Type | Title | | Date |
|---|---|---|---|---|---|
| ▶ | 217 | Full Episode | Season 2 Reunion (Part Two) | | 8/14/13 |
| ▶ | 216 | Full Episode | Season 2 Reunion (Part One) | | 8/07/13 |
| ▶ | 215 | Full Episode | Lord Of The Rings | | 7/31/13 |
| ▶ | 214 | Full Episode | Boriqua | | 7/24/13 |
| ▶ | 213 | Full Episode | Up In Flames | | 7/17/13 |
| ▶ | 212 | Full Episode | Turnt Up | | 7/10/13 |
| ▶ | 211 | Full Episode | Mistake At The Lake | | 7/03/13 |
| ▶ | 210 | Full Episode | Failed Test | | 6/26/13 |
| ▶ | 209 | Full Episode | The Keymaster | | 6/19/13 |
| ▶ | 208 | Full Episode | Come To Daddy | | 6/12/13 |
| ▶ | 207 | Full Episode | N.Y. State Of Mind | | 6/05/13 |
| ▶ | 206 | Full Episode | Making A Scene | | 5/29/13 |
| ▶ | 205 | Full Episode | Baggage | | 5/22/13 |
| ▶ | 204 | Full Episode | He Said, She Said | | 5/15/13 |
| ▶ | 203 | Full Episode | Dinner Beef | | 5/08/13 |
| ▶ | 202 | Full Episode | She Loves Me Not | | 5/01/13 |
| ▶ | 201 | Full Episode | Back In The "A" | | 4/24/13 |
| ▶ | 112 | Full Episode | Reunion Part 2 | | 9/05/12 |
| ▶ | 111 | Full Episode | The Reunion Part 1 | | 8/29/12 |
| ▶ | 109 | Full Episode | Loyalty Card | | 8/15/12 |
| ▶ | 108 | Full Episode | Three's Company | | 8/08/12 |
| ▶ | 110 | Full Episode | Smoke and Mirror | | 8/02/12 |
| ▶ | 106 | Full Episode | No Apologies | | 7/25/12 |
| ▶ | 105 | Full Episode | No 'Receipts' | | 7/18/12 |
| ▶ | 104 | Full Episode | Scrappin | | 7/11/12 |
| ▶ | 103 | Full Episode | Kiss and Yell | | 7/04/12 |
| ▶ | 102 | Full Episode | Pregnito | | 6/27/12 |
| ▶ | 101 | Full Episode | The 'A' List | | 6/15/12 |

## VH1

SHOWS    CELEBRITY    MUSIC    VIDEO    SCHEDULE    [Search VH1.com] 🔍    WEB

VISIT VH1 ON:    f    twitter    g+    t    instagram    ✓    p    YouTube

**VH1 SITES**
Basketball Wives
Love & Hip Hop

**STAY CONNECTED**
VH1 on Facebook
VH1 on Twitter

**CORPORATE**
Jobs
Advertising Contacts

**TERMS/POLICY**
Help/FAQ
Terms Of Use

Mob Wives
T.I. & Tiny
VH1 Celebrity
Top 20 Countdown
VH1 Blog
Tuner Blog
VH1 Classic
VH1 Mobile
Best Week Ever

VH1 on Tumblr
VH1 on Google+
Newsletters
Add RSS Headlines
VH1 App

Parties
Public Affairs
VH1 Press

Privacy Policy/Your CA Privacy Rights (updated 12/26/13)
Copyright Compliance Policy
Social Project Privacy Statement
Social Project Terms of Use
User Content Submission Agreement
Closed Captioning Contact

VIACOM

©2013 Viacom International Inc. All Rights Reserved.
VH1 and all related titles and logos are trademarks of Viacom International Inc.

Ad Choices ▷

**EXHIBIT G**



Search MadameNoire

- MN Business
- Behind The Click
- The Hustle
- Higher Education
- Politics
- Small Business Spotlight
- Tech Talk
- Career
- Entertainment
- Bet You Didn't Know
- Pass or Play?
- Reality TV
- Where Are They Now
- Love

- Ask A Very Smart Brotha
- Evening Eye Candy
- Straight From His Mouth
- True Life
- Hair
- Beauty
- Fashion
- Health
- Living
  - Monday's Madame
- News
- Video
  - Destination LA
  - Ask A Black Man
  - Celebrity Interviews
  - Mommy In Chief
  - Home Savvy
  - She's the Boss
- Parenting
  - MommyNoire
- Follow MadameNoire on Instagram
- Follow MadameNoire on Tumblr
- Like MadameNoire on Facebook
- Follow MadameNoire on Twitter
- Subscribe to MadameNoire on YouTube
- Follow MadameNoire on Pinterest
- Follow MadameNoire on Google+
- Subscribe to MadameNoire

MadameNoire.com - Black Women's Lifestyle

## 'Love & Hip Hop LA' Producers Reportedly Still Scrambling To Find Stars Weeks Before Filming Is Set To Begin

6 comments

January 10, 2014 - By Jazmine Denise Rogers

0
0
1

Source: Facebook

Last fall we told you that music-industry-vet-turned-reality-TV-producer Mona Scott-Young was looking to expand her "Love & Hip Hop" franchise to Los Angeles, California. However, there's just one problem. According to TMZ, filming begins later this month and producers are still scrambling to secure a notable celebrity to headline the show.

If you recall, initially it was reported that Ray J was supposed to headline the spin-off with rumored romantic interest Teairra Mari. However, TMZ is reporting that "Love & Hip Hop LA" producers were unable to secure the deal because Ray had already committed to hosting Oxygen's "Bad Girls Club All-Stars" and would be unavailable for filming. As a result, the show reportedly remains without a celebrity headliner. You know what they say though, the show must go on. Sources close to





production are saying that when filming begins this month, they will begin by following the storylines of the smaller stars who have already signed on to buy time, until they can secure a bigger name celebrity. The stars who have already been added to the cast reportedly include Brooke Valentine, video vixen Bria Myles, rapper Hazel-E and radio DJ Yesi Ortiz.

Things seem very shaky right now. Hopefully Mona can find a way to work her magic so that "Love & Hip Hop LA" doesn't suffer the same fate as "The Gossip Game."

Are there any celebrities that you'd like to see sign on for "Love & Hip Hop LA?"

*Follow Jazmine on Twitter @JazmineDenise*

**We Recommend**

Case 2:14-cv-01748-DDP-JCG   Document 1   Filed 03/10/14   Page 108 of 114   Page ID #:108







Did You Know They Were The Daddy? Surprising Celebrity Parents



14 Little Changes You Have To Make Once You Become A Wife



What the Heck Happened To You? What Lost Celebs Look Like Nowadays



Celebs Who Look Better Natural



In Honor Of World Aids Day: Celebrities Who Died From HIV/AIDS



What Happened? Celebrities Who Should Have Had Bigger Careers

Recommended by

Like this article? You'll adore our newsletter. Sign Up Here

3/10/2014      Mona Scott Young Gears Up to Film Love & Hip Hop L.A. Without Major Star | Love and Hip Hop Atlanta | Wetpaint

Case 2:14-cv-01748-DDP-JCG Document 1 Filed 03/10/14 Page 109 of 114 Page ID #:109



[Wetpaint](#)

Find celebs, TV shows…

Toggle Category Navigation    Close Search Box

- Viggle + Wetpaint»
- The Bachelor»
- The Vampire Diaries»
- Pretty Little Liars»

- *facebook*
- *twitter*
- *google-plus*
- *rss*

- Hot TV
- Celebrity
- News
- Moms



# Love and Hip Hop Atlanta

**Mona Scott Young Gears Up to Film Love & Hip Hop L.A. Without Major Star**

Share Tweet 8+1 Pin it
Reward Me
January 13, 2014 at 06:39PM EST by Afiya Augustine

**Related:**

- Love and Hip Hop Atlanta, News, Reality Gossip,
- Love and Hip Hop,
- Mona Scott Young

3/10/2014    Mona Scott Young Gears Up to Film Love and Hip Hop L.A. Without Major Star | Love and Hip Hop Atlanta | Wetpaint

Case 2:14-cv-01748-DDP-JCG    Document 1    Filed 03/10/14    Page 110 of 114    Page ID #:110



full size

**Credit: D Dipasupil/ Getty Images**

It turns out the rumors are true: _Love & Hip Hop_ creator Mona Scott Young is taking the show on the road! The mega-mogul, who has found success in both New York and Atlanta, has reportedly settled on expanding the franchise to Los Angeles, and has already started filming — sans a major headliner.

As you may have heard, a slew of big names were rumored to be attached to the show, including Kim Kardashian's gal pal Blac Chyna, Chris Brown's on-again/off-again girlfriend Karrueche Tran, and singer/reality TV veteran Ray-J. However, it's rumored that once word leaked of the possible cast, all the big ticket parties dropped out — including Ray J, who would've had to come on board the show as a producer due to his current contract as the host of Oxygen's _Bad Girls Club All Stars_.

Sources for TMZ say that Mona and co. have been scrambling to find a few big ticket stars, but will be filming the storylines of smaller celebs — including singer Brooke Valentine, radio DJ Yesi Ortiz, rapper Hazel-E, and video vixen Bria Myles — and will work on finding the bigger names later.

We can only hope that this strategy will work for Mona and that this spin-off will be just as successful as _Love & Hip Hop_ and _Love & Hip Hop Atlanta!_

_Who do you think should join the cast of_ Love & Hip Hop L.A.? _Tell us about your dream cast in the comments below!_

From the Web

**Source:** _TMZ_

Sponsored Content by Taboola
**Jenelle Evans 'Accidentally' Shows Off Her Best Assets on Instagram (PHOTOS)**
Stirring Daily

**Controversial New Diet Pill Hits the Market...**
All Consumer Health Tips


**Baby Bieber: Justin Bieber's Shocking Body Evolution**
Hollyscoop


**Mommy Fab: Actress Reagan Gomez and Kids**
Mommy Noire


**30 Shocking Pictures of Celebrities Without Makeup**
CelebrityToob


**Forget Tattooing Your Brows And Try This...**
Dermstore


**Recommended**

3/10/2014    Mona Scott Young Gives the Scoop on Rumored Love & Hip Hop L.A. Spin-Off | Love and Hip Hop Atlanta | Wetpaint

Case 2:14-cv-01348-DDP-JCG   Document 1   Filed 03/10/14   Page 12 of 114   Page ID #:112



Wetpaint

Find celebs, TV shows…

Toggle Category Navigation    Close Search Box

- Viggle + Wetpaint»
- The Bachelor»
- The Vampire Diaries»
- Pretty Little Liars»

- *facebook*
- *twitter*
- *google-plus*
- *rss*

- Hot TV
- Celebrity
- News
- Moms

▷ ⊗



# Love and Hip Hop Atlanta

## Mona Scott Young Gives the Scoop on Rumored Love & Hip Hop L.A. Spin-Off

Share Tweet [8+1] [Pin It]

Reward Me

November 27, 2013 at 03:22PM EST by Afiya Augustine

**Related:**

Love and Hip Hop Atlanta, News, TV,
- Love and Hip Hop,
- Mona Scott Young



Case 2:14-cv-01348-DDP-JCG Document 1 Filed 03/10/14 Page 12 of 14 Page ID #:113



full size

**Credit: D Dipasupil / Getty Images**

For months, whispers of *Love & Hip Hop* expanding to a new city have been flooding the web and with creator <u>Mona Scott Young confirming that she'd been looking at cities such as L.A., Houston, and New Orleans,</u> we've been anxiously waiting to hear whether or not she's come to a decision. Well, it looks like Mona's finally picked the City of Angels as the newest locale in the franchise.

In a <u>recent interview with Hot 107.9</u> in Atlanta, the media mogul gabbed:

"We've been looking at a few cities. We've been to a few of those cities. It's feeling like we may land in LA. I don't know if that's a scoop, I don't know if I should be saying that, but L.A. feels like the next city," later adding "It's feeling like we've got some great stories to tell in L.A."

The media maven didn't go into detail as to which celebs she may be looking to cast in the L.A. edition of the show, but rumor has it that the spin-off may feature the likes of reality TV vet, singer Ray J (Grammy Award-winning singer Brandy Norwood's brother), his "close" friend, Teairra Marí, and Karrueche Tran, Chris Brown's on-again-off-again girlfriend!

*Would you watch the* Love & Hip Hop L.A. *spin-off when it comes to TV? Sound off in the comments below!*

From the Web                                                                 Sponsored Content by Taboola

**Jenelle Evans 'Accidentally' Shows Off Her Best Assets on Instagram (PHOTOS)**
Stirring Daily

**Controversial New Diet Pill Hits the Market...**
All Consumer Health Tips

**30 Fairly Shocking Pictures of Celebrities Without Makeup**
CelebrityToob

**Mommy Fab: Actress Reagan Gomez and Kids**
Mommy Noire

**Forget Tattooing Your Brows And Try This...**
Dermstore

Case 2:14-cv-01348-DDP-JCG Document 1 Filed 03/10/14 Page 114 of 114 Page ID #:114

**The 10 Biggest Disney Controversies**

TheRichest.com

▷

## Recommended

- 1.  Congrats on DWTS, NeNe Leakes! Other Glee Stars We Want to See on the Show 5 days ago wetpaint.com Wetpaint.com Beth Douglass <bdouglass@wetpaint.com> Beth Douglass <bdouglass@wetpaint.com>